IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv256

| | |
|---|---|
| Shirley Teter ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PROJECT VERITAS ACTION FUND, ) et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 14] filed by Jonathan D. Sasser, counsel for Plaintiff.

Upon a review of the motion, it appears that Ralph Streza is a member in good standing with the Ohio Bar and he will be appearing with Jonathan D. Sasser, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motions [# 14]. The Court **ADMITS** Ralph Streza to practice *pro hac vice* before the Court while associated with local counsel.

Signed: November 6, 2017

Dennis L. Howell
United States Magistrate Judge