```
                                        Pages 1-235
                                        Exhibits 1-18

_____
        IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF NORTH CAROLINA
               ASHEVILLE DIVISION


                                No. 1:17-cv-00129-MR-DLH

RICHARD L. CAMPBELL,

            Plaintiff,

v.

SHIRLEY TETER and SINCLAIR COMMUNICATIONS, INC.,

            Defendants.

_____
                                No. 1:17-cv-00256-MR-DLH

SHIRLEY TETER,

            Plaintiff,


v.


PROJECT VERITAS ACTION FUND, et al.,

            Defendants.

_____


        DEPOSITION OF JOANNE COMERFORD
           TAKEN NOVEMBER 30, 2018
        AT NORTHAMPTON DISTRICT COURT
               15 GOTHIC STREET
           NORTHAMPTON, MASSACHUSETTS


Reporter:   Elizabeth P. Duffy
            National Court Reporters, Inc.
            7835 Freeway Circle, Cleveland, OH 44130
            (888) 800-9656 (866) 819-2317 fax
```

EXHIBIT 11

```
APPEARANCES:


For the Defendants (Project Veritas Action):
Womble Bond Dickinson LLP
One West Fourth Street
Winston-Salem, NC 27101
BY:  MICHAEL MONTECALVO, ESQ.
     JAMES DEAN, ESQ. (VIA TELEPHONE)
PHONE:  (336) 721-3600
michael.montecalvo@wbd-us.com



For the Deponent:
Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.
1090 Vermont Ave NW, Ste. 750
Washington, DC 20005
BY:  JOSEPH E. SANDLER, ESQ.
PHONE:  (202) 479-1111
sandler@sandlerreiff.com




VIA TELEPHONE:



For the Defendant/Plaintiff (Shirley Teter):
Critchfield, Critchfield & Johnston, Ltd.
996 Foote Road
Medina, OH 44256
BY:  RALPH STREZA, ESQ.
PHONE:  (330) 723-6404
streza@ccj.com



For the Defendant/Plaintiff (Shirley Teter):
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636
BY:  PREETHA SURESH RINI, ESQ.
PHONE:  (919) 573-1299
FAX:  (919) 865-7010
preetha.sureshrini@elliswinters.com
```

APPEARANCES (Continued):


For the Plaintiff (Richard L. Campbell):

Cranfill Sumner & Hartzog, LLP

2907 Providence Road, #200

Charlotte, NC 28211

BY:  VIRGINIA WOOTEN, ESQ.

PHONE:   (704) 940-3401

FAX:   (704) 831-5549

vwooten@cshlaw.com

```
INDEX:

WITNESS:   JOANNE COMERFORD                        PAGE
```

```
Examination by Mr. Montecalvo..................... 6

Examination by Mr. Streza...................... 213

Further examination by Mr. Montecalvo.......... 231


EXHIBITS:

Exhibit 1, Subpoena............................. 9

Exhibit 2, Subpoena............................. 9

Exhibit 3, Subpoena............................ 10

Exhibit 4, Consulting Agreement................ 86

Exhibit 5, 9/14/16 E-mail from Sara Kenigsberg. 116

Exhibit 6, MoveOn Permission and Release Form.. 130

Exhibit 7, 9/14/16 E-mail from Sara Kenigsberg. 131

Exhibit 8, 9/14/16 E-mail from Jo Comerford.... 137

Exhibit 9, 9/15/16 E-mail from Jo Comerford.... 150

Exhibit 10, 9/15/16 E-mail from Jo Comerford... 153

Exhibit 11, 9/15/16 E-mail from Jo Comerford... 159

Exhibit 12, 9/15/16 E-mail from Randy Bernard.. 163

Exhibit 13, 9/15/16 E-mail from Randy Bernard.. 167

Exhibit 14, Phone Records...................... 169

Exhibit 15, 9/16/16 E-mail from Shirley Teter.. 189

Exhibit 16, Blog Post including 9/16/16 E-mail

from Shirley Teter............................ 194
```

EXHIBITS (Continued):

Exhibit 17, Shirley Teter's Response to Project

Veritas Action Fund's First Set of Interrogatories

and Requests for Production.................... 204

Exhibit 18, Shirley Teter's Supplemental Responses

to Project Veritas Action Fund's First Set of

Interrogatories and Requests for Production.... 208

1  Mr. Bernard received from Ms. Teter?

2       A.    I don't know.  I mean, I see the link

3  there.

4       Q.    All right, let's look at the next one.

5       (Exhibit 13, 9/15/16 E-mail from Randy

6       Bernard, marked for identification)

7       (BY MR. MONTECALVO)

8       Q.    All right, this is Exhibit 13, it's

9  MoveOn 67.  Do you recognize this e-mail string?

10      A.    I see it's an e-mail with me on it.

11      Q.    Okay.  Focusing on the 4:30 p.m. e-mail

12  where it says, "Thanks, Randy, we are about to

13  publish so I will send you links when it's up."

14  What does that mean?

15      A.    Meaning it would not have been live

16  until -- publish is sending it live.

17      Q.    Sending what live?

18      A.    The video.

19      Q.    The e-mail or just the video?

20      A.    No, just the video with these links.

21  These are the links:  Facebook, Twitter and Youtube.

22      Q.    Okay, so let's break that down before

23  we get to that.

24      A.    Sure.

1   Q.    So where it says, "We are about to

2   publish", that means you are about to -- MoveOn is

3   about to do what?

4   A.    Send it live.

5   Q.    Send what live?

6   A.    The video.

7   Q.    Live to who?

8   A.    To the world.  I mean, on the internet.

9   That sounds so grandiose, but on the internet.  You

10  know, once it's out on social media, it's live.

11  Q.    Okay.  And the links that you are

12  sending, what does that mean?  "I'll send you links

13  when it's up", what types of links are you sending?

14  A.    Those links.

15  Q.    The links that are in the next e-mail

16  up?

17  A.    Exactly.

18  Q.    And tell me what those links are?

19  A.    Well, it looks like they are the links

20  to the video.

21  Q.    And where are the links going?

22  A.    On Facebook, Youtube and Twitter.

23  Q.    Tell me how that works; how do those

24  links work on Facebook, Twitter and Youtube?  What

1   does that mean?

2          A.     So we would publish the video and we

3   would load it up on Facebook, Twitter and Youtube.

4   And then we would push buttons.  And they would go

5   up as posts.  Posts and tweets.

6          Q.     Excellent.  And so that goes out to

7   anyone who cares to see it or is --

8          A.     Anyone who cares to see it.

9          Q.     Whether it's Facebook, Twitter or

10  Youtube, okay.

11         A.     Correct.

12         Q.     Sorry I had to go through that but I

13  never published anything to any of those things so I

14  don't know what --

15         A.     No, no, it's okay, it's okay.

16                   MR. SANDLER:  Really?

17     (Exhibit 14, Phone Records, marked for

18     identification)

19     (BY MR. MONTECALVO)

20         Q.     Okay, showing you now what we've marked

21  as Exhibit 14.  This is Teter 1618.  All right, I

22  don't expect that you would have seen this before.

23  It's been represented to us that this is a log from

24  Ms. Teter's home telephone.  Do you remember calling

1          Q.      What does that mean?

2          A.      We're going to go back to those call

3    alerts now.  You make a call, you sign a petition,

4    you donate.  So it's engagement.

5          Q.      And there's millions of people who have

6    done that?

7          A.      Yes.

8          Q.      And in September --

9          A.      Not all of those things, right?  Just

10   to be really clearly.  You don't get onto MoveOn's

11   list unless you engage with MoveOn, right, that's

12   not how we work.

13         Q.      Okay.  And during September 2016, did

14   MoveOn have millions of members?

15         A.      Yes.

16         Q.      How does MoveOn keep track of who is a

17   member to send communications to?

18         A.      We have lists.

19         Q.      Okay.  Do you have a current -- so

20   MoveOn somewhere has a list of all the members?

21         A.      No.  Not a definitive list.  But we

22   have groups, right, so we can send -- we have people

23   who subscribe to us.  For example, via Facebook.  So

24   that's one cohort.  We have people who are on our

1          Q.     All right.  And where it says Shirley

2     Teter via MoveOn.org political action, what does

3     that mean on the top of Exhibit 15?

4          A.     This is generally when people --

5                    MR. STREZA:  Excuse me, sorry to

6          interrupt.  What page are you on, sir?

7                    MR. MONTECALVO:  It's the Shirley

8          Teter -- it was marked as Exhibit 2 to David

9          Greenson's deposition.  It's a Friday,

10         September 16, 2016 e-mail at 8:54 p.m.

11         (BY MR. MONTECALVO)

12         Q.     Do you recognize this?

13         A.     Yes.

14         Q.     All right.  Is this the message that

15    you helped draft?

16         A.     Yes.

17         Q.     All right.  And is this the message --

18    and do you see where it has a picture in the middle

19    of this exhibit?

20         A.     Yes.

21         Q.     What is that picture from?

22         A.     That's called a thumbnail and that's a

23    static picture of the video.

24         Q.     Okay.  Was the video sent out with this

```
 1   a colleague is that I have the number of e-mail

 2   recipients, so --

 3        Q.      You have the number of e-mail

 4   recipients that receive this e-mail?

 5        A.      Yeah.  But in no way would it -- we

 6   couldn't characterize these as every MoveOn member.

 7        Q.      Understood.

 8        A.      That would have been not factual on my

 9   part.

10        Q.      I understand the clarification.

11        A.      Okay.  Sorry.

12        Q.      So what is the number of people who

13   received this e-mail?

14        A.      I have it as -- and this is a number

15   from our colleague Robert -- $4,549,221.

16        Q.      All right.  And do you know how many

17   people have viewed the video on Facebook?

18        A.      Yeah, we have those numbers.  So, the

19   Facebook page for the video says one million views

20   and the Youtube has it as between 5,000 and 6,000

21   views.

22        Q.      How about Twitter?

23        A.      Twitter, it's impossible to track those

24   kinds of -- you could go to the tweet at that time.
```

1 | I don't have this information.  You can see how many

2 | people liked it.  Or you know the little heart thing

3 | on Twitter.  Or retweeted it, that's an RT, but it's

4 | a different kind of thing.

5 |         Q.     Okay.  Do you know whether other

6 | websites where the letter or the video was posted by

7 | MoveOn Political?

8 |         A.     We do not post our e-mails on websites.

9 |         Q.     Do you know of any other websites that

10 | hosted it or posted it on their websites?

11 |         A.     I've come to understand that there was

12 | this site, which I did not understand before this

13 | moment.  Before this prep for this.  There's some

14 | site where there's apparently someone who's taking

15 | MoveOn content and publishing it.

16 |         Q.     Okay.  Let's mark -- I think I have

17 | this.  Let me mark this as the next Exhibit 16.

18 |         A.     We don't really have that.  And we

19 | don't have data --

20 |                   THE COURT REPORTER:  Hold on.

21 |                   MR. MONTECALVO:  Yeah, why don't

22 |      we let you mark that.

23 |      (Exhibit 16, Blog Post including 9/16/16

24 |      E-mail from Shirley Teter, marked for

1         identification)

2         (BY MR. MONTECALVO)

3         Q.      Showing you what we've marked as

4   Exhibit 16.  Do you now know what Exhibit 16 is

5   based on after your review?

6         A.      I know from my prep for this and I know

7   from looking at this that it's a site.  It is not a

8   MoveOn site.  This is not MoveOn.org.  This is

9   someone else.

10        Q.      So someone took the Shirley Teter video

11  on MoveOn's Facebook and posted it here?

12        A.      No, this is a person.  This only could

13  have come from someone who has subscribed to our

14  e-mail list.  Because this is the e-mail itself.  So

15  if they had put Facebook or Twitter links or Youtube

16  links, they would have looked different.

17        Q.      Okay.

18        A.      So this is the reposting of an e-mail.

19        Q.      Okay.  So someone took the MoveOn video

20  and text and republished it on this blog?

21        A.      No, no.  They took the e-mail that was

22  sent out.

23        Q.      Oh, I'm sorry.  When I said text, I

24  meant the text from the e-mail.

1          A.     But this is the actual e-mail.  See?

2    Because you have the links.  So someone must --

3    because it has the footer here, it has all the stuff

4    that is a traditional MoveOn e-mail.

5          Q.     All right.  So some member republished

6    the MoveOn e-mail?

7          A.     Correct.

8          Q.     Okay.

9          A.     It looks like on this site.

10         Q.     All right.  And you don't know how many

11   people have viewed Exhibit 16?

12         A.     No, we don't have any analytical we

13   don't know who these folks are.  At least I don't

14   know and I don't believe MoveOn knows who these

15   folks are.

16         Q.     Okay.  What would the answer be to

17   those questions be on behalf of MoveOn Civic?

18         A.     Well, this again was not a MoveOn Civic

19   action work, so it would have actually been -- the

20   same question about -- the same answers to the

21   member count that defies counting.  So, the same

22   thing.  This was not sent out via civic action so

23   the answer there is not applicable to civic action.

24   And on Youtube, Twitter and Facebook, this was also

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

        I, ELIZABETH P. DUFFY, a Notary Public in and
for the Commonwealth of Massachusetts, do hereby
certify that there came before me on Friday,
November 30, 2018, at Northampton District Court, 15
Gothic Street, Northampton, Massachusetts, the
following named person, to wit:  JOANNE COMERFORD,
who was by me duly sworn to testify to the truth and
nothing but the truth as to her knowledge touching
and concerning the matters in controversy in this
cause; that she was thereupon examined upon her oath
and said examination reduced to writing by me; and
that the statement is a true record of the testimony
given by the witness, to the best of my knowledge
and ability.

        I further certify that I am not a relative or
employee of counsel/attorney for any of the parties,
nor a relative or employee of such parties, nor am I
financially interested in the outcome of the action.

        WITNESS MY HAND DECEMBER 14, 2018.


                        _____
                        Elizabeth P. Duffy
                        Notary Public




My Commission expires:
November 11, 2023