```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NORTH CAROLINA
 2                     ASHEVILLE DIVISION

 3   RICHARD CAMPBELL,              )
                                    )
 4            Plaintiff,            )
                                    )  Case No.
 5   vs.                            )  1:17-cv-00129-MR-DLH
                                    )
 6   SHIRLEY TETER and SINCLAIR     )
     COMMUNICATIONS, INC.,          )
 7                                  )
              Defendants.           )
 8   _____/
                                    )
 9   SHIRLEY TETER,                 )
                                    )
10            Plaintiff,            )
                                    )  Case No.
11   vs.                            )  1:17-cv-00256-MR-DLH
                                    )
12   PROJECT VERITAS ACTION FUND,   )
     et al.,                        )
13                                  )
              Defendants.           )
14   _____/

15

16              ATTORNEYS' EYES ONLY

17      Rule 30(b)(6) VIDEOTAPE DEPOSITION OF

18   PROJECT VERITAS AND PROJECT VERITAS ACTION FUND

19            By and Through its Designee

20               RUSSELL JOSEPH VERNEY

21  (Taken by Defendant/Counter Plaintiff Shirley Teter)

22             Winston-Salem, North Carolina

23             Tuesday, November 20th, 2018

24

25         Reported by:  Judy F. Reins, RMR, CRR
```

CaseWorks, Inc.          www.caseworksonline.com          800.955.0541
Case 1:17-cv-00256-MR   Document 39-18   Filed 12/31/18   Page 1 of 5
EXHIBIT 17

1                    APPEARANCES

2  ON BEHALF OF RICHARD L. CAMPBELL:

3        TODD KING, Esquire (via telephone)
         2907 Providence Road
4        Suite 200
         Charlotte, North Carolina  28211
5        (704) 332-8300

6  ON BEHALF OF SHIRLEY TEETER:

7        JEREMY M. FALCONE, Esquire
         JONATHAN D. SASSER, Esquire
8        PREETHA SURESH RINI, Esquire (via telephone)
         Ellis & Winters LLP
9        4131 Parklake Avenue
         Suite 400
10       Raleigh, North Carolina  27612
         (919) 865-7000
11
         - and -
12
         RALPH STREZA, Esquire (via telephone)
13       Critchfield, Critchfield & Johnston, Ltd.
         4996 Foote Road
14       Medina, Ohio  44256
         (330) 723-6404
15
   ON BEHALF OF PROJECT VERITAS and PROJECT VERITAS
16 ACTION FUND AND JAMES E. O'KEEFE, III:

17       JAMES A. DEAN, Esquire
         MICHAEL MONTECALVO, Esquire
18       Womble Bond Dickinson LLP
         One West Fourth Street
19       Winston-Salem, North Carolina 27101
         (336) 721-3600
20

21

22 ALSO PRESENT:

23       Brad Cartner, Videographer

24

25

```
 1             30(b)(6) VIDEOTAPE DEPOSITION OF PROJECT
 2   VERITAS AND PROJECT VERITAS ACTION FUND, By and
 3   Through its Designee, RUSSELL JOSEPH VERNEY, a witness
 4   called on behalf of Defendant/Counter Plaintiff
 5   Shirley Teter, before Judy F. Reins, Notary Public, in
 6   and for the State of North Carolina, at the offices of
 7   Womble Bond Dickinson LLP, One West Fourth Street,
 8   Winston-Salem, North Carolina, on Tuesday, the 20th
 9   day of November, 2011, commencing at 9:09 a.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        outside of the scope of the noticed topic.  I'm
 2        just going to say same objection on that to save
 3        time if that's all right with you all.
 4             MR. FALCONE:  That's fine.
 5   BY MR. FALCONE:
 6        Q.   Does Project Veritas Action Fund have any
 7   employees?
 8             MR. DEAN:  Same objection.
 9             THE WITNESS:  No.
10   BY MR. FALCONE:
11        Q.   What is the business of Project Veritas?
12             MR. DEAN:  Same objection.
13             THE WITNESS:  Project Veritas conducts
14        undercover video recordings of public officials
15        and organizations to expose unethical, immoral,
16        or illegal activities.
17   BY MR. FALCONE:
18        Q.   And has that been the business of Project
19   Veritas the entire time you've been with the company?
20        A.   Yes.
21             MR. DEAN:  Same objection.  And Mr. Verney,
22        you have to give me time to give my objection out
23        before you answer.  Hate to interrupt.  Go ahead.
24   BY MR. FALCONE:
25        Q.   Are you an employee or a contractor of
```

```
 1  STATE OF NORTH CAROLINA
    COUNTY OF FORSYTH
 2

 3                  REPORTER'S CERTIFICATE

 4          I, JUDY F. REINS, a Notary Public in and for

 5  the State of North Carolina, do hereby certify that

 6  there came before me on Tuesday, the 20th day of

 7  November, 2018, the person hereinbefore named, RUSSELL

 8  JOSEPH VERNEY, who was by me duly sworn or affirmed to

 9  testify to the truth and nothing but the truth of his

10  knowledge concerning the matters in controversy in

11  this cause; that the witness was thereupon examined

12  under oath, examination reduced to typewriting under

13  my direction, and the deposition is a true record of

14  the testimony, to the best of my ability and

15  understanding, given by the witness.

16          I further certify that I am neither attorney

17  or counsel for, nor related to or employed by, any

18  attorney or counsel employed by the parties hereto or

19  financially interested in the action.

20          IN WITNESS WHEREOF, I have hereto set my

21  hand, this the 3rd day of December, 2018.

22                    /s/ Judy F. Reins
                    _____
23                    JUDY F. REINS, RMR, CRR
                      Notary Public No. 20031970024
24

25
```