IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:17-CV-00256

SHIRLEY TETER,

            Plaintiff,

v.

PROJECT VERITAS ACTION FUND et al.,

            Defendants

**INDEX OF EXHIBITS TO SHIRLEY TETER'S BRIEF IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Ex 1 | Excerpts from November 29, 2018 Deposition of Shirley Ann Teter |
| Ex 2 | Excerpts from November 28, 2018 Deposition of James E. O'Keefe, III |
| Ex 3 | Vogel, Kenneth P., *James O'Keefe, Practitioner of the Sting, Has an Ally in Trump*," THE NEW YORK TIMES (December 7, 2017), https://www.nytimes.com/2017/12/07/us/politics/james-okeefe-project-veritas-trump.html |
| Ex 4 | Elliott, Philip, *Everything We Know About the Latest James O'Keefe Video Sting*, TIME (October 18, 2016), http://time.com/4536212/james-okeefe-project-veritas-video-democrats/ |
| Ex 5 | *Report of the Attorney General on the Activities of ACORN in California*, CALIFORNIA DEPARTMENT OF JUSTICE (April 1, 2010), http://ag.ca.gov/cms_attachments/press/pdfs/n1888_acorn_report.pdf |
| Ex 6 | Cillizza, Chris, *What James O'Keefe Doesn't Get About the Media*, CNN (November 28, 2017), https://www.cnn.com/2017/11/28/politics/project-veritas-washington-post/index.html?no-st=1548093429 |
| Ex 7 | Boburg, Shawn, Davis, Aaron C., and Crites, Alice, *A woman approached The Post with dramatic – and false – tale about Roy Moore. She appears to be part of undercover sting operation*," THE WASHINGTON POST (November 27, 2017), https://www.washingtonpost.com/investigations/a-woman-approached-the-post-with-dramatic--and-false--tale-about-roy-moore-sje- |

| | |
|---|---|
| | appears-to-be-part-of-undercover-sting-operation/2017/11/27/0c2e335a-cfb6-11e7-9d3a-bcbe2af58c3a_story.html?utm_term=.b66fcd8e1791 |
| Ex 8 | Excerpts from November 20, 2018 Deposition of Robert Joel Halderman |
| Ex 9 | Project Veritas, *NC Non-Citizens Voting, Dead Offered Ballots, UNC Officials Embrace Voter Fraud*, YOUTUBE (May 15, 2012), https://www.youtube.com/watch?v=ptSrcNvJzBQ |
| Ex 10 | Affidavit of Fernando Romero |
| Ex 11 | Project Veritas Action, *James O'Keefe Offered a Bus load of Ballots in North Carolina*, YOUTUBE (Nov. 3, 2014), https://www.youtube.com/watch?v=V-uKdEmBGfs |
| Ex 12 | Markay, Lachlan, *James O'Keefe Donor Flees Over Failure to Disclose Criminal Record*, DAILY BEAST (Dec. 2017), https://www.thedailybeast.com/james-okeefe-donor-flees-over-failure-to-disclose-criminal-record |
| Ex 13 | North Carolina Secretary of State Charitable Solicitation Licensing Division Annual Report for July 1, 2015 through June 30, 2016 |
| Ex 14 | Excerpts from August 16, 2018 Deposition of Gregory Meade |
| Ex 15 | Excerpts from October 18, 2018 Deposition of Michael Granados Orozco |
| Ex 16 | Excerpts from November 30, 2018 Deposition of Ruth C. Smith |
| Ex 17 | Excerpts from November 30, 2018 Deposition of Joanne Comerford |
| Ex 18 | Excerpts from November 15, 2018 Deposition of Christian Lee Hartsock |
| Ex 19 | PVDEF0002543; Video of Scott Foval phone call |
| Ex 20 | PVDEF0005225-5243; AAR Form, O'Keefe Depo. Ex 1 |
| Ex 21 | PVDEF008534-8710; Transcript of Scott Foval Meeting, O'Keefe Depo. Ex 2 |
| Ex 22 | Affidavit of Scott Foval |
| Ex 23 | Hartsock Deposition Exhibit 19; Dearden, Lizzie, "Muslim Woman Removed from Donald Trump Rally 'for Handing Out Pens,'" *Independent* (Aug. 19, 2016) |
| Ex 24 | O'Keefe Deposition Exhibit 22; September 29, 2016 email from James O'Keefe regarding "TARGET Foval/creamer release date" |
| Ex 25 | PVDEF0001826; October 3, 2016 email from James O'Keefe regarding "Big Money Bonuses for You" |
| Ex 26 | O'Keefe Deposition Exhibit 9; October 14, 2016 email from Christian Hartsock to Joe Halderman regarding "Embargoed!!! DO not share!!!" |
| Ex 27 | PVDEF0000467; October 14, 2016 email from Joel Pollak to James O'Keefe regarding "CONFIDENTIAL – drafts (3)" |
| Ex 28 | Pollak, Joel B., *Attorney for 'Bird-Dogging' Victim: Assault Charges a 'Hoax,'* BREITBART NEWS (October 17, 2016), |

| | |
|---|---|
| | https://www.breitbart.com/politics/2016/10/17/attorney-for-bird-dogging-victim-assault-charges-a-hoax/ |
| Ex 29 | O'Keefe Deposition Exhibit 13; October 15, 2016 email from Joe Halderman to Fredy Mfuko and James O'Keefe regarding "more" |
| Ex 30 | Veritas Draft, *Behind the Scenes Mash-up*, YOUTUBE (Jan. 9, 2017), https://www.youtube.com/watch?v=YnzC7Y10di4&feature=youtu.be |
| Ex 31 | Donovan, Evan, *Undercover video claims Asheville woman punched at Trump rally was planted by DNC*, WLOS (October 19, 2016), https://wlos.com/news/local/undercover-video-claims-asheville-woman-punched-at-trump-rally-was-planted-by-dnc |
| Ex 32 | Pollak, Joel B., *Woman Backtracks on Assault Claim After O'Keefe Video*, BREITBART NEWS (October 20, 2016), https://www.breitbart.com/politics/2016/10/20/okeefe-woman-backtracks-assault-claim-project-veritas-video/ |
| Ex 33 | O'Keefe Deposition Exhibit 23; Eder, Steve and Martin, Jonathan, *Videos Put Democrats on Defensive About Dirty Tricks*, THE NEW YORK TIMES (October 20, 2016). |
| Ex 34 | O'Keefe Deposition Exhibit 24; October 21, 2016 email from James O'Keefe to Jon Richards and Ken Konstanzer regarding "We're in Friday's Print Edition, New York Times, AGAIN" |
| Ex 35 | Affidavit of Joel Jacobson |
| Ex 36 | Teter 01688 FILED UNDER SEAL |
| Ex 37 | Teter 01689 FILED UNDER SEAL |
| Ex 38 | Teter 01692 FILED UNDER SEAL |
| Ex 39 | Screenshot of description of YouTube channel for Video I |
| Ex 40 | PVDEF0007235-43; "Rigging the Election-Inciting Violence – part 1 – Draft 13 |
| Ex 41 | Excerpts from November 20, 2018 Deposition of Russell Joseph Verney |
| Ex 42 | PVDEF0010077; Video Clip from October 19, 2016 Presidential debate |
| Ex 43 | Phone records produced by Tracfone pursuant to Defendants' subpoena |
| Ex 44 | PVDEF0002915; October 21, 2016 email from James O'Keefe regarding "Nothing?" |
| Ex 45 | PVDEF0002927; October 28, 2016 email from James O'Keefe regarding "James O'Keefe here – Discussion" |
| Ex 46 | PVDEF0002977-80; October 22, 2016 email from James O'Keefe regarding "What a difference a day makes…" |
| Ex 47 | 2016 Form 990 for Project Veritas, filed November 15, 2017 |