# EXHIBIT 14

# In The Matter Of:
*Richard L. Campbell v.*
*Shirley Teter*

*Gregory Meade*
*August 16, 2018*

*Bridges Court Reporting*
*P.O. Box 2156 Rutherfordton, NC 28139*
*828-429-7839*
*Laura@LBridgesCourtReporting.com*

Original File MeadeGr.txt
**Min-U-Script® with Word Index**

| | | |
|---|---|---|
| 1 | | what I saw.  I think that was over a year ago if I'm |
| 2 | | not mistaken. |
| 3 | Q. | Is that the only time you've spoken with him? |
| 4 | A. | Yes, ma'am.  Well, no, I spoke to him a few weeks ago. |
| 5 | | He let me know that you guys would probably be -- or |
| 6 | | someone would probably be wanting to talk to me and I |
| 7 | | said that was fine. |
| 8 | Q. | The first conversation that you had with Mr. Streza |
| 9 | | over a year ago, how long did that conversation last? |
| 10 | A. | Maybe -- maybe 15 minutes. |
| 11 | Q. | And what questions did he ask you? |
| 12 | A. | Just what -- what I had seen at the rally. |
| 13 | Q. | Did he give you any advice on testifying? |
| 14 | A. | No, ma'am. |
| 15 | Q. | Did he give you any advice on speaking with attorneys |
| 16 | | representing Mr. Campbell? |
| 17 | A. | No, ma'am. |
| 18 | Q. | Did he provide any documents to you? |
| 19 | A. | No, ma'am. |
| 20 | Q. | Did you provide any documents to him? |
| 21 | A. | No, ma'am. |
| 22 | Q. | What did you tell him? |
| 23 | A. | That I had gone to the rally, was -- as the rally was |
| 24 | | coming out, I was waiting for my brother to try and see |
| 25 | | what was going on with him and how he liked it.  And I |

 1     saw an older gentleman come out and he kind of tripped.
 2     He came out of the civic center.  I'm facing the civic
 3     center, he came out to the left and he kind of
 4     stumbled.  And I -- when I was there earlier, I noticed
 5     they kind of had the line set up in a weird place where
 6     you could trip over the curb kind of easy.  It was
 7     really -- there were so many people there it was hard
 8     to see the ground.  And I noticed an older gentleman
 9     come out and he kind of stumbled.  And there was a
10     woman with him and she kind of stabilized him a little
11     bit.  And he was pretty well -- he was full of piss and
12     vinegar.  He was fired up.  It was -- I noticed him
13     because of that, I thought that was kind of cool.  And
14     he kept walking and he was pretty amped up.  And he was
15     kind of doing like this (demonstrating), like you know,
16     fired up.  And then he got to Ms. Teter and he kind of
17     shadowboxed her from like -- like about this far away.
18     And I -- I really thought it was kind of funny until he
19     did that to her.  And then I thought that was not a
20     very nice thing to do.  And as he walked away, I
21     noticed Ms. Teter walked up and touched him on the left
22     hand -- the left shoulder.  He was, if I'm here
23     (demonstrating), he was probably where that gentleman
24     is.  I'd say on the clock, about two or three o'clock
25     from me.  And she touched his left shoulder to say

```
 1     something and he turned and then I just saw her kind of
 2     snap back and fall to the ground.  And then I ran to
 3     her and her eyes were kind of -- kind of like this
 4     (demonstrating), kind of trying to -- they were kind of
 5     fluttering.  And I looked up to see where he was and
 6     like, he was like, maybe 15 or 20 feet away and three
 7     or four people had hold of the elderly gentleman.  And
 8     that's -- that's it.
 9  Q. Let me ask you this.  Do you know any of the following
10     persons, Morgan Stanford?
11  A. No, ma'am.
12  Q. Kenneth Moore?
13  A. No, ma'am.
14  Q. Emily Bidwell?
15  A. No, ma'am.
16  Q. Bill Fiesser.
17  A. No, ma'am.
18  Q. Michael Grandorozco.
19  A. No, ma'am.
20  Q. Sue Huelbig.
21  A. No, ma'am.
22  Q. Kristen Azulita.
23  A. No, ma'am.
24  Q. Jared Dixon.
25  A. No, ma'am.
```