# EXHIBIT 15

# In The Matter Of:

*Richard L. Campbell v.*
*Shirley Teter*

---

*Michael Granados Orozco*
*October 18, 2018*

---

*Bridges Court Reporting*
*P.O. Box 2156 Rutherfordton, NC 28139*
*828-429-7839*
*Laura@LBridgesCourtReporting.com*

Original File Orozco.txt
**Min-U-Script® with Word Index**

1  A.   You know, this -- I think his red color in his face.

2  Q.   Okay.

3  A.   And then what I saw him.

4  Q.   And this --

5  A.   And then what I saw that he grabbed her by the neck

6      confirms that he was angry.

7  Q.   And I'm talking about before he grabbed her.  You saw

8      him and determined that he was visibly angry?

9  A.   He was yeah, he was kind of -- I mean, everybody who

10     was passing through the protestors got some mad face,

11     you know.

12  Q.  And when you say a "mad face," Mr. Campbell had a mad

13     face as well?

14  A.  Yeah.  Yeah.

15  Q.  And his face was red before this -- before he grabbed

16     her neck?

17  A.  Yeah, yeah.

18  Q.  Okay.

19  A.  I don't know why all the protestor were yelling before,

20     you know.  I don't know what they were saying that make

21     these people more mad.

22  Q.  Right.  Then the last sentence of paragraph 13 says,

23     "Her oxygen tank made a loud sound as it hit the

24     concrete."  Do you remember that happening?

25  A.  Yeah, yeah.

```
 1   Q.   When she hit the ground the tank made a loud sound.
 2   A.   Yeah, and her tank is in her bag.
 3   Q.   In paragraph 15, talks about you questioning the policy
 4        as to why Mr. Campbell wasn't arrested immediately.
 5   A.   Yeah.
 6   Q.   Do you remember having those -- any conversations like
 7        that with the police or overhearing --
 8   A.   Yeah, yeah.
 9   Q.   Tell me what you said to the police or what you heard
10        them say.
11   A.   Say if you say a black guy or a Spanish guy who hit a
12        woman we will be arrested already.
13   Q.   You said that or someone else said that?
14   A.   I say it.
15   Q.   You said that?
16   A.   Yeah.  Because it happens many times if a African
17        American hits a white woman he will be shot.
18   Q.   And what did they say in response?
19   A.   They can't leave their position.  They're ordered to
20        stay in the position.
21   Q.   How many police officers were present when you said
22        that?
23   A.   I don't know, maybe the second one, two.
24   Q.   Was one of those officers black?
25   A.   Yes.  I remember an African American cop.
```