# EXHIBIT 16

Case 1:17-cv-00256-MR   Document 43-17   Filed 01/22/19   Page 1 of 4

```
UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF NORTH CAROLINA
              ASHEVILLE DIVISION

         Case No. 1:17 cv 00129; 1:17 cv 00256


RICHARD L. CAMPBELL,             )
                                 )
          Plaintiff,             )
                                 )
    v.                           )
                                 )
SHIRLEY TETER and SINCLAIR       )
COMMUNICATIONS, LLC,             )
                                 )
          Defendants.            )
_____)
SHIRLEY TETER,                   )
                                 )
          Plaintiff,             )
                                 )
    v.                           )
                                 )
PROJECT VERITAS ACTION FUND,     )
PROJECT VERITAS, and JAMES E.    )
O'KEEFE, III,                    )
                                 )
          Defendants.            )
_____)


         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

              VIDEO DEPOSITION OF RUTH C. SMITH

        Taken by Plaintiff/Defendant/Counter-Plaintiff

                 Asheville, North Carolina

                Friday, November 30th, 2018



                  Reported in Stenotype by
     Tammera R. Thomason, Certified Shorthand Reporter
     Transcript produced by computer-aided transcription
```

| | |
|---|---|
| 1 | A. It would have been around the spring of 2017. |
| 2 | Q. Before or after your interaction with Pete |
| 3 | Kaliner, Kaliner? |
| 4 | A. Oh, I'm sorry. I thought that was a question. |
| 5 | It was after. |
| 6 | Q. For each of these media outlets that we've |
| 7 | discussed, did you reach out to them, or did they reach |
| 8 | out to you or was it a mix? |
| 9 | A. It was a mix. |
| 10 | Q. For WLOS, did you reach out to them or did they |
| 11 | reach out to you? |
| 12 | A. They reached out to us. |
| 13 | Q. For the Asheville Citizen Times, did you reach |
| 14 | out to them or did they reach out to you? |
| 15 | A. I don't remember. |
| 16 | Q. For the Charleston Post and Courier, did you |
| 17 | reach out to them or did they reach out to you? |
| 18 | A. I reached out to them. |
| 19 | Q. When was it that you reached out to them? |
| 20 | A. September -- I don't remember the exact date. |
| 21 | It would have been probably the 15th or the 16th. |
| 22 | Q. Why did you reach out to the Charleston Post and |
| 23 | Courier? |
| 24 | A. The Charleston Post and Courier was my client's |
| 25 | hometown newspaper, and they had run an article with Ms. |

```
 1   Teter's accusations in it.
 2       Q.   And you don't recall who you spoke with, but you
 3   did speak with someone from the Charleston Post and
 4   Courier?
 5       A.   That is correct.
 6       Q.   And what was your goal in speaking with that
 7   person?
 8       A.   To tell the truth.
 9       Q.   Do you recall anything about your conversation
10   with the Charleston Post and Courier?
11       A.   I believe I told him that there was video
12   evidence contradicting Ms. Teter's allegations, as well
13   as physical evidence contradicting her allegations.  I
14   provided them a copy of our press release.
15       Q.   And I think we'll look at that in a minute, but
16   the press release to which you're referring is the same
17   press release that was provided to Breitbart?
18       A.   Correct.
19       Q.   How many times did you speak with the Charleston
20   Post and Courier?
21       A.   One.
22       Q.   Did 570 AM reach out to you, or did you reach
23   out to them?
24       A.   They reached out to me.
25       Q.   Did Breitbart reach out to you, or did you reach
```