# EXHIBIT 20

PV Video Summary Form

Journalist Name: Christian Hartsock, Brittany Rivera

Date Video Was Obtained: 9/15/16

Date of Upload: 9/15/16

Target Name/Location/contact info: Scott Foval, Adviser to Democracy Partners, Adviser to Americans United for Change 202-827-6140 scottfoval@fovalgroup.com

Script/Operation: Re-engaging Foval on surrogate voting & Trump rally "birddogging."

Summary/Screenshots: Foval confirmed continuation of "birddogging" (plants at Trump rallies deliberately provoking selected Trump supporters into beating them up), connected the operations all the way to the Clinton campaign and DNC, explained the procedures, affirmed that old lady beat up in North Carolina yesterday was a plant, teased an event that will happen tomorrow which will result in arrests, and offered to let our Charles Roth in on the higher-level birddogging if he's willing to put forth the funding. He said that it's too late to pull of the surrogate voting scheme, that Creamer wouldn't touch it with a ten-foot pole because of his previous prison sentence, and explained that the problem wasn't illegality, but logistics in this current timeframe.



File Name: FNPM0908_20160701073253.MOV, Foval1-7

Relevant Timestamps:

[Context of relationship between Fovel and Creamer]

SF: Bob and I made a strategic decision to channel this program towards Americans United for Chance (AUC) and Voces De La Frontera…so, ummm…I turned that over to Bob because of my existing responsibilities – it would have been a pretty big conflict of interest to direct…

FNPM0908_20160820121355.MOV

PV: …Mr. Roth's re-enfranchisement plan. The one that you and I talked about.
SF: So, the one you and I talked about is not legal. So, the idea that he has…neither Bob nor I are going to touch the exact thing he wanted to do with a 10-foot pole. Because the legality involved in it – honestly, you guys don't want to be a part of that either.

1

Confidential     Case 1:17-cv-00256-MR   Document 43-21   Filed 01/22/19   Page 2 of 20     PVDEF0005225

FNPM0908_20160820121433.MOV

[Creamer discusses media program. Yadda, yadda...it's fluff]

FNPM0908_20160820121509.MOV

[Context: explaining what's possible at the moment]

SF: There are ways that it has been done in the past. They're not legal. The...the idea of going "there," whether he likes it or not, he has to play within the ballgame that we have. Now, things are a lot looser, even more than they were 6 months ago. When we first had this conversation, back in April, I think, um, we were still –

FNPM0908_20160820121547.MOV

SF: Things are more open, but I will say that the, uh, the ethical environment, here, everyone is still playing a waiting game, after this election, to find out how tough the campaigns, the elections' boards, the campaign boards are gonna be.

[Goes on to discuss Russian hacking incident...thinks his own phone has been hacked. At this point, I wondered if we were burned, but we weren't. He is, however, very paranoid.]

File: FNPM0908_20160820121800.MOV

[Creamer's relationship w/Fovel. Explains why they are being so adamant to meet w/Roth in person. Reiterated many times throughout.]

SF: The way Bob works, he does a lot of things with separate systems, in order to maintain security. I do a lot of the same thing. And so, my system where things were happening, but that doesn't mean that, tomorrow, there couldn't be on the front of the WA Post, is that there couldn't be another leak. My caution to Mr. Roth is that he doesn't want his name associated with something –

FNPM0908_20160820121838.MOV

-- until we know him better, and until we get beyond the election, we're all going ot be on a very tight leash.

FNPM0908_20160820122133.MOV

[Further discussion of media program. No content, but language is useful.]

FNPM0908_20160820122542.MOV

[Context: PV is pushing for more info on how to get out the Hispanic vote. Goal is to circle back to re-enfranchisement....not panning out in direct terms.]

Confidential
PVDEF0005226

SF: The Challenge, here is we're within 60-days. The outreach of the existing voting populous, in the Hispanic community, should be where the laser is focused, right now. Because that will deliver the white house. [Possible bumper line.]


FNPM0908_20160820122617.MOV

[Explanation of why the re-enfranchisement project simply cannot happen.]

SF: If they're not documented by now, they're not gonna get documented – and they're not going to get registered – okay. The last class has already been sworn in for the year. The US government is not going to be swearing in new citizens before this election. There's a 60-day hard window. They don't do that anymore.

[He then moves on to discuss the "youth vote" and "down ballot" operations. Fluff.]

FNPM0908_20160820122806.MOV

JOE: Possible lead-in for senate vids:

SF: The state houses, that's where the action is.

FNPM0908_20160820122943.MOV

[This may be why Dan should go to the gala]

FV: I will say this. I have an opportunity that is separate from Democracy Partners that is a bigger deal. Um…which is about re-enfranchising progressive media. Discusses need for $3-5 MM.

FNPM0908_20160820124002.MOV

FV: [We need to do something] so that the national media is like, "Whoa, what the fuck is happening? The problem we have, right now, with out current consulting team, is that the parties are not turning out right now. We need to start doing the same game as Donald Trump does, which is paying people to be out there.


FNPM0908_20160820124157.MOV

[Context: Discussion on various paid persons for rallies]

FV: I know why the party doesn't want to tread ball with them – they're afraid. They're afraid of reinforcing this bad behavior. The reality is, though, we can pay a group of senior citizens, a group of immigrants, a group of students…

FNPM0908_20160820124304.MOV

[Get lapse content from Christian's footage]

3

Confidential
PVDEF0005227

...that's how you get the seniors out. The money is not as much the deal for them, as that issue is. For the students, it's student loans, but you also can say, hey, we will load you up. We will feed you, and we will bus you wherever we need you to go...

FNPM0908_20160820124338.MOV

[PV suggests giftcards.]

PV: I was wondering – was that you? Because, um, you told me to look out for your work. Was that you...

FNPM0908_20160820124417.MOV

[Get lapse contenst from Christian's footage. Foval nods and says he is responsible for the North Carolina rally incident.


PV: ...that's the kind of shit that tickles, you know, ummm...that's the kind of stuff he wants to get behind.

SF: We're doing a lot of stuff down here that we won't necessarily take credit for, because we're contracted to the DNC...this is happening because we're spreading things out. The problem we're having now, operationally, I can't hire enough people right now.

FNPM0908_20160820124450.MOV

[Context: The kinds of people Foval hires for Trump rallies]

PV: I thought it was young activists, but, you're hiring old ladies?

SF: We can hire any demo that we want. We use the same mechanism to recruit them that we do to make focus groups. When we have focus group, you maintain that list...[and select people for training]

FNPM0908_20160820124527.MOV

PV: You're already pre-screening them to make sure they are, you know, down with the cause.

SF: We have to be really careful. Um, because, what we don't need is for it to show up on CNN that the DNC paid for 'x' people to...that's not gonna happen. We need to keep it, you know, I hate to use the Beyonce term, "partition," but we need to keep the partition. That's as gay as I'll get.

FNPM0908_20160820124708.MOV

[Foval explains how AUFC is the best vehicle for this shady stuff because it is a super pac]

SF: So, both are in the coordinated space, but AUFC is part of a super pac, not DNC. And so DNC doesn't have to approve of the stuff that we do there, but obviously Bob and myself, and Erin (Aaron?) are the center of those things. And Brad Woodhouse are all on the same page.

4

Confidential                                                                                                                                  PVDEF0005228

FNPM0908_20160820124748.MOV

SF: So Bob got me...the way this thing works. So Democracy Partners is the pinwheel that feeds into Brad Woodhouses' operation, my operation, I feed into Nation Consulting, here, Um...I feed to Our Future, here. It depends on the state and it depends on the issue, which structure we use. Bob's contract –

FNPM0908_20160820124825.MOV

SF:...with AUFC, we can do other things. All I have to do is call Bob, call Brad...

PV: Things like North Carolina.

SF: Things like North Carolina. Umm...when we go to things like the state fair. I don't know if you saw the "Make misogyny great again" signs around...we've been doing this duck all over the place...

FNPM0908_20160820124857.MOV

SF: We can do the immigrant message in Chicago. We can do it in Milwaukee, we can do it in Tuscon...it's great. It just depends on the location.

FNPM0908_20160820125427.MOV

[Convo switches to Foval wanting to know who else we're "meeting" with in Wisc.]

SF: You may not want to tell me this, but who else are you meeting with? Are you meeting with Jonathan? [I don't know who this is...Jonathan Levin?] You meeting with my wife? So, Jonathan and I are very good friends. We have to walk a very fine line this time around, because of where Our Future is doing their work.

FNPM0908_20160820125507.MOV

[Eludes to an underhanded project in Milwaukee, but we don't get clarification. Sounds bad!]

FNPM0908_20160820125616.MOV & FNPM0908_20160820125704.MOV

[Why Roth needs to get to the gala]

FNPM0908_20160820125739.MOV

[Talks about Creamer being risk averse, due to imprisonment and contract with DNC.]

FNPM0908_20160820125820.MOV

[Charles Roth isn't moving fast enough]

SF: You gotta understand, when you and I began our discussion I was with PFAW. So I had to make a choice, do I go to work with bob, for the DNC contract, so...so you guys understand my role there.

FNPM0908_20160820125925.MOV

5

Confidential
PVDEF0005229

[How he gets things done]

SF: I show up, on somebody's doorstep. I literally call them 10 minutes before I get there and say, "Hey, I'm here. Let's do this." One of the people we have a good relationship with, Malik Shabazz [Black Panther activist], he's a minister in Detroit. The stuff up in Flint that week in Detroit, Trump came into town, he just ran into a brick wall of people...that [was us].

FNPM0908_20160820130048.MOV

[Discusses Creamer learning about re-enfranchisement scheme]

SF: Bob came back to me and asked me, "What is he talking about?" I told him what we were talking about. He said, "I'm not gonna touch that with a 10-foot pole, now. I go, "Nor should you. Nor should YOU. He goes, "Good, glad we're on the same page, there. However, other people can make things happen that you don't need to know about.

FNPM0908_20160820130125.MOV

SF: [...] He's still gonna have to know about it.

PV: Who? Creamer? Is that okay?

SF: We talk about lots of things that we don't talk about.

FNPM0908_20160820130208.MOV

SF: Bob is very careful because of his previous incarceration. Of being to the letter when it comes to what the lawyers say we can and cannot do. So you understand what Bob was incarcerated for. It was the same thing that Rob [inaudible] was incarcerated for...

FNPM0908_20160820130255.MOV

[Joe: This could be a great lead-in for vid if we get them actually training/provoking Trumpies.]

SF: ...we're talking about a bunch of people who are playing Chicago rules, 20 years ago. Now, they're all under the microscope. There's a whole other generation of people who don't give a shit. And they will do whatever.

PV: And they're faceless.

SF: They're faceless.

PV: For now.


Foval4

6

Case 1:17-cv-00256-MR   Document 43-21   Filed 01/22/19   Page 7 of 20

Confidential

PVDEF0005230

5:33

FOVAL

Mr. Creamer is the prime consultant with the DNC."

6:29

FOVAL

They're starting conversations in the line. Right? They're not starting confrontations in the rally. Because once they're inside the rally they're under Secret Service's control. The media will cover it no matter where it happens. The key is initiating the conflict by having leading conversations with people who are naturally psychotic. I mean honestly, it is not hard to get some of these assholes to pop off. It is a matter of showing up, to want to get into the rally, in Planned Parenthood t-shirts. Or, Trump is a Nazi, you know. You can message to draw them out, and draw them to punch you. I almost got punched on Monday morning. I was in the duck costume.

7:53:

FOVAL

When we set up a birddogging operation that pre-trains and pre-conditions people to take a little bit more risk, each time they step out."

CH

So it's the same people.

FOVAL

It's the same people.

FOVAL

Confidential

PVDEF0005231

Have you guys seen the calendar? Have you guys seen the schedule that we get every morning? So I'm going to show you a copy of this, and show you how many events we're actually looking at that we need to motivate people behind.

BRIT

So let me ask you in the meantime. This North Carolina woman, does that mean she's going out again? She's going to go out again.

FOVAL

I have no idea. We didn't know who she was ahead of time. We just had somebody who connected with her before that rally. And we knew that she was putting herself out there to draw a fire. That's all we knew.

ME

So someone that you guys work with contacted her-

FOVAL

That's what we know about it now.

ME

-put out a secret casting notice? I don't know how the hell you guys do this.

FOVAL

No no no no no no no, it was not preplanned. But she was one of our activists. Who had been trained up to birddog. So the term birddogging -- you put people in the line, at the front which means that they have to get there at six in the morning because they have to get in front, at the rally, so that when Trump comes down the rope line, they're the ones asking him the question in front of the reporter, because they're pre-placed there. To funnel that kind of operation, you have to start back with people two weeks ahead of time and train them HOW to ask questions. You have to train them to birddog.

BRIT

8

Confidential                                                                                                                                     PVDEF0005232

You're putting a very specific kind of person, who's going to get a specific reaction.

FOVAL

Right.

CH

So she was trained? Or she was not trained.

FOVAL

She was trained. We've trained a whole group of people in North Carolina, South Carolina, New Hampshire, New York, Virginia, here, Iowa, to go and insert themselves and try to get into rallies to ask questions. It's a hit or miss kind of thing.

CH

Literally hit or miss!

FOVAL

Yeah literally hit or miss.

BRIT

I assume you train them afterwards how they deal with the press because we've seen the article...

FOVAL

So the deal with the press angle, we tell them to direct everything back in, that they don't know what they're doing and need some help, and we have somebody help them, and usually it's someone who's not on contract. So here, you have a schedule of events. We update this on an ongoing rolling basis every morning. These are all the Trump and Pence appearances. Tomorrow for instance, we are turning out five hundred people in front of the Trump International in D.C...We have to have people prepared to go wherever these events are, which means we have to have a central kind of agitator training. Now we have a built-in

Confidential

PVDEF0005233

group of people in New York who do this. We have a built-in group of people in D.C. who do this. We have a group of people in Vegas. We have a group of people in Colorado. We have a group of people in Minneapolis. So, you know, if they show up there, we can group them -- Phoenix -- another one. The problem we have right now is, picking and choosing which fights because we have a limited resourcing behind the project.

BRIT

Assume that resources were not an issue. What would that look like?

FOVAL

I would need to check with Bob and see how far he would want to blow it out. And I'll tell you -- Americans United for Change? Brad? He's all about this. I mean, this is the the same guy-

BRIT

All about this in a Charles Roth kind of way.

FOVAL

Yes. Yes. So we're all about sending people in to do stuff, if we can train them up, and get them there. Because the moments are what it's all about. The woman who got up in the town hall and raised hell and got pushed around? And it was all over every network. She was a pre-trained birddogger for a year. For a year. And she was a military mom, and she had been doing this stuff around the country, and going from within three or four states, from where she lived, just to get that moment, she had been going and been birddogging for a year. Like our New Hampshire birddog teams? We started two years ago when I was still back at PFAW training people. I did three trainings in six months out there.

BRIT

So you have first-hand ex

16:13

FOVAL

10

Confidential
PVDEF0005234

So if somebody wants to do a project, where we're inserting conflict into Donald Trump's events across the country. The one thing I would say is, at this point in time, we're not going to insert people into the rally. If they want to go into the rallies themselves, and initiate that conflict, that's fine-

BRIT

And I assume you must be able to reach out and let them know the event is happening.

FOVAL

So we have plenty of ability to buy lists of people who are currently affiliated with our partner organizations wherever we want to go.

CH

Focus groups?

11

FOVAL

So, I'll give an example. In Iowa. Progress Iowa has a built-in group of people that they can message, who will show up. But what they will not do, is do that unless someone is paying them on the project. Because there's staff time involved, there's transportation involved, there's food, lodging training, whatever, involved. We have these organizations around the country who are allies, who are on the I.E. side, who are on the labor side, but we also have them on our side where we can buy that list and say, 'Hey, if you want spend the next two months leading up the election, making things difficult for Donald Trump…I'd say demographically, getting vets do things is very easy, A) because they need the money, B) they're fearless.

CH

And they've been in contact.

FOVAL

Yeah. The vets are the easiest group to get to show up. But what we have to watch is making sure there's a double blind between the actual campaign and the actual DNC and what we're doing. There's a double-blind there, so that they can plausibly deny that they heard anything about it.

Confidential    Case 1:17-cv-00256-MR   Document 43-21   Filed 01/22/19   Page 12 of 20    PVDEF0005235

CH

Do they know -- I mean, Bob Creamer is--

FOVAL

Between Bob and myself, Aaron Black, Brad Woodhouse, few other people in town, everybody hears about everything, we're basically on the same group of conference calls -- including the Russians! I use an encrypted system to communicate...

BRIT

So this double-blind. Maybe you can't tell us that, but how does that work?

FOVAL

We have separate groups of calls with separate groups of people to maintain a plausible wall, we call it "the wall," we maintain a wall around each project so that the people who are not involved legally are not involved.

23:06

FOVAL

We could pump it up very easily, but literally the decision needs to be made next week.

23:41

FOVAL

He needs to be willing to fund some ads, for some digital outreach, that reaches out directly to these people in a massive way, texting, and investing in a backend that is completely secured-encryped for the activists involved. And I'm talking black phones, that kind of stuff.

CH

12

Confidential
PVDEF0005236

Wait, I'm sorry, the first part made it seem like it's not so-

FOVAL

No, when you're doing the outreach, to the group of activists, to flip it up, we need to buy a list, poll them over the weekend, find out who's interested, get them moved to a central location where we train them in a very rapid way, and we're talking a minimum expenditure of half a million dollars before anybody hits the ground.

FOVAL5

13:46

FOVAL

The birddogging. The aggressive birddoggging. What I call it is "conflict engagement." Conflict engagement in the lines at Trump rallies? We're starting anarchy. And he needs to understand that we're starting anarchy.

17:11

FOVAL

What you do, you're ginning up the people who are showing up to support them, and you're planting and training people in the midst of those people so they create the role. Think theater here, think theater. You're putting on a magic show. There's a magician. And how many people are planted in the audience to be part of the show. So you have to role-play that too. So there's a training process that goes. The people who are already birddogging are already kind of preconditioned.

BRIT

Those are the magician's friends.

FOVAL

13

Confidential
PVDEF0005237

They're the magician's assistants. In this case there's no magician…There's a script.

CH

Oh there is a script.

FOVAL

A script of engagement. Sometimes the crazies bite and sometimes the crazies don't bite. And somebody needs to be okay with the crazies not biting for a week. Because you have to get them agitated from state to state…And as things heat up, it gets hotter. And it's getting really hot right now.

18:35

FOVAL

When I say a "script," it's a script for the whole play, for how it plays out. It is a situation that you're setting up in the line at these locations all over the country until one pops. And so it's programmatic, everywhere you go.

19:09

FOVAL

It's like producing a podcast, only it's a public thing that you're doing, and you having a livestream camera there, and so there's some architecture that has to go with it to make sure that it gets captured, and that it gets redisseminated.

BRIT

And that it looks-

FOVAL

Authentic.

14

Confidential
PVDEF0005238

BRIT

Organic for the-

FOVAL

It's not really hard to make something look organic. It's much harder for it to actually have it be organic.

BRIT

Right. It is. So, organic by design.

FOVAL

Organic by design, exactly.

BRIT

Because it's not a good look, if you know...

FOVAL

The average viewer doesn't know the difference, you guys. Wag the dog has been happening for a long time. It's been happening since the nineties. Since the early nineties. You know? I mean, I got a priest to cry on camera once. What do you think I had to buy him to get that? He's a priest, I'll give you an idea.

24:16

FOVAL

And we have the guy -- which you guys have probably heard of him but I won't say his name, but you've heard of the guy -- who has the experience doing these kinds of Kabuki theater who can help me work through the complicated script piece to make sure it's, the optic is right. Because that's the tough part. The optic.

15

Confidential
PVDEF0005239

FOVAL6

2:44

FOVAL

So while we were sitting here Sam just texted me to ask if we had gotten things done on the media plan. So why don't you call him and find out. So why don't you call him and find out what his appetite for that extra forty grand is. And then let's talk tonight, so that I can at least call Sam and say, 'So here's what we're going to do. We're going to have Charles actually come out to the gala and we're going to lock everything down.

4:45

CH

So my whole thing is I'm going to talk him into throwing some more of what he threw last week into the above-the-board stuff, but if he wants to get his hands dirty-

FOVAL

If he wants to get dirty we can get dirty.

CH

So just so I can -- because I'm advising him on who to communicate with too -- he should -- Mr. Creamer is in charge of the Trump rally stuff or? He is the birddogging?

FOVAL

The aggressive birddogging thing? I have to call him and tell him this is what we're proposing as an alternative, on top of what we have already discussed that is in this, so this needs to get funded, the media piece needs to get funded, and we're going to do this other piece, and have Bob go, "I don't want to know about it." Or Brad say, "I don't want to know about it." Or have [?] say, "Great, let's do it!"

16

Confidential

PVDEF0005240

BRIT

But he's not going to say, "Don't toucher."

FOVAL

No.

CH

But that was another thing they were having a conversation about. When Mr. Creamer said that he runs the Trump rally operations, he wasn't talking about-

FOVAL

He was talking about the rapid response as the piece that he has hired me to do. That is on behalf of the DNC. The way that works is: The campaign pays DNC, DNC pays Democracy Partners, Democracy

Partners pays The Foval Group, The Foval Group goes and executes the shit on the ground.

CH

So it is the birddogging, he just doesn't directly handle it-

FOVAL

We do the birddogging, we do the duck, we do the counterprotest, we do the video if that's necessary, we do -- I mean tomorrow, tell him this: Watch what happens at Trump D.C. International tomorrow morning at 9 am, eastern time, and ask if we can execute what we talk about.

BRIT

Tomorrow morning.

FOVAL

17

Tomorrow morning, 9 am Trump International, D.C. where Trump is giving his press conference. He's going to run into some trouble.

FOVAL6

23:14

FOVAL

If you want to play in this arena, and be a co-producer. Then, you buy your way in, if you're not the person doing the actual production. So I have to hire "dancers," and "make-up people," and "videographers" and I have to "rent a venue," and I have to fly the "cast" around you know, it's the same vernacular. I do not use the political vernacular, or the consulting vernacular in this case. When I talk consulting language with people, they fall asleep. But if you talk the P.T. Barnum language with them, their heads pop off.

FOVAL7

4:52

CH

I thought you said earlier that [Charles Roth] and [Christine Neumann of Voces de la Frontera] know eachother.

FOVAL

Mr. Roth knows Christine Pelosi. Not Christine Neumann. I know for a fact that she knows Charles. They live not that far away from eachother I guess. I told her that I was pitching him with Bob and she's like, "Huh, you know he has a partner." I'm like, "I did not know he was gay." And she's like, "Oh yeah. Reaaallly gay."

CH

He hasn't brought up his partner with you?

18

Confidential                                                                                                             PVDEF0005242

FOVAL

Well I think he's donated to her mother. And she's been in the party for a really long time. Especially out there.

19

Confidential
PVDEF0005243