# EXHIBIT 21

EXHIBIT
2
O'Keefe

00:00:00    SP1: Hey, I'm coming down, coming down.

SP2: **(inaudible)**

SP1: Okay, bye. Do you have the…  oh, oh, oh. Son of a gun. **(inaudible)** the microphone. It just keeps, the microphone.

SP2: **(inaudible)**

SP1: I just can't…

SP2: **(inaudible)**

SP1: Yeah, uhm, well, there's a table here.

SP4: When you see Dave, uhm, just let him know, uh, if you see Dave tell him, uhm, it's taken care of so, as of yesterday **(inaudible)**

SP1:  Get my keys, it's in my, no, I got, I got it, I got it.

00:05:00    SP2: **(inaudible)**

00:10:00

SP1: Ah, fuck it. Hm. Hm, do you know if, uh, Roth has, do you know if Roth has, uh, you told him about, about, you told Roth about this meeting, right?

SP2: Yep, I did.

SP1: Cool.

SP2: **(inaudible)**

SP1: Hm, uh-hm.

SP4: I, uh, just had to, to tell **(inaudible)**

SP1: Uh-hm.

Confidential                                                                     PVDEF0008534

SP1: Personally, I like a lot of his stuff.

SP2: **(inaudible)** This is for sure **(inaudible)**

SP1: And, and I've met a lot of those people there. I mean, I get where Charles is coming from.

SP2: In what, in what sense?

SP1: Well, I mean, I mean, obviously, obviously, I get where he's coming from but at the same time, uh, really a lot of good stuff, but, I don't know.

**(inaudible)**

SP2: You set the **(inaudible)** yet?

SP1: Yeah.

SP2: Hm.

SP4: Hey.

SP1: Hey.

SP4: How you doing?

SP1: Good to see you again, man.

SP4: Good to see you, man.

SP1: Were, uh, set up over here.

SP4: Hi, there, how you doing?

SP2: Hi.

SP4: Doing good, how are you?

SP1: This is Scott, this is **(inaudible)**

SP2: Hi.

SP4: Pleasure. Okay.

SP2: **(inaudible)**

2

Confidential

PVDEF0008535

SP4: Uh, you know, she's going back on the road today
so were, we were kind of, uh, awaiting to see what
the results were for the **(inaudible)**

SP1:: Uhm, so, so what do you think of Roth?

SP4: **(inaudible)**

SP1:: Permission to speak freely.

SP2: **(inaudible)**

SP4: I admire his, uhm, enthusiasm.

SP1: Yeah, yeah.

SP4: I, I, my reaction to, his reaction to Bob…

SP1: Hm.

SP4: Was a little odd so I'm still figuring that
out.

SP1: Yeah.

SP4: Because we put forth a pretty straight forward
plan.

SP2: Uh-hm.

SP1: Uh-huh.

SP4: And, you know, I mean, it's one of the… these
things where you, you do a referral to a guy, you,
you expect him to kinda come back straightforward and
say, yeah, yes, no, at least say things you like and
the things you don't like…

SP1: Uh-hm.

3

Confidential

PVDEF0008536

SP4: and I didn't get the sense from Bob that that's where that conversation went.

SP1: Yeah, I mean, to be honest, I assumed all this time that you know, you guys were already doing stuff 'cause of, so I'm, I'm, we're, I'm just recently getting…

SP4: **(inaudible)**

SP1: the firm back in the whole thing.

SP4: it's really a long…

SP1: yeah.

SP4: and, you know, from my perspective, when, when we started these conversations, uh, I expected a little bit more of a straightforward idea from him…

SP1: Uh-hm.

SP4: of what he was going to be interested in…

SP1: Yeah.

SP4: and it didn't end up being that click…

SP1: Oh.

SP4: and we really had to go **(inaudible)**

SP1: The thing about him that I've learned, just being on the phone with him, is you kinda have to l… I mean, I've had to at least, kinda just let him go…

SP4: Uh-hm.

SP1: and, like if he calls like, do I have two and a half hours? Huh.

4

Confidential                                         PVDEF0008537

SP4: Yep.

SP1: Uhm, and then you know, by the time, but within that whole, you know, volcano of verbage there are, if you connect the certain dots…

SP4: Uh-hm.

SP1: there's some brilliance there, and that's what I was, you know, was the subject of our initial conversation.

SP4: **(inaudible)**

SP1: Yeah, uhm, and that's kind of what… so, I'm, from what I… from what I, uh, Mr. Roth has relayed to me, uhm, from the conver… from, from the conversations is that, uh, he loves, uhm, the people that he loves, uh, Mr. Creamer…

SP4: Yes.

SP1: and he, uhm, he, uh, he also, you know, he said, uhm, he met, he met the, two other, you, you and two other people met…

SP4: He did not meet with me.

SP1: Oh, you haven't met?

Sp4 I was not there.

SP1: Oh.

SP4: No, no, I, uh, so before I elected to go to D.C…

SP1: Uh-huh.

SP4: I, you know, worked out here…

5

Confidential

PVDEF0008538

SP1: Uh-hm.

SP4: so I did not go in for that, but I'm leaving up for Brad Woodhouse…

SP1: Uh-hm.

SP4: who is my other boss. Uhm, so you guys understand my two cont…

SP1: Right, yeah.

SP4: my regular contracts, uhm, my contract with Democracy Partners…

SP1: Uh-huh.

SP4: is to help co-run their Trump rapid response program around the country. Uhm, I have the entire Midwest myself 'cause I'm…

SP1: Right.

SP4: **(inaudible)** and my second contract, uh, which is actually a bigger one, is as Field Director for Americans United for Change…

SP1:: Uh-hm.

SP4: and so Bob and I made a strategic decision to channel this program towards Americans United for Change and towards Voces de la Frontera from…

SP1: Which is perfect, yeah, yeah.

SP4: so, uhm, I turned that over to Bob…

SP1:: Uh-hm.

SP4: because of my existing responsibilities…

6

Confidential

PVDEF0008539

SP1: Yeah.

SP4: it would have been a, hm, a pretty big conflict of interest for me to directly negotiate.

SP1: Right. So, uh, what I'm, the way I'm looking at it right now is…

SP4: Uh-hm.

SP1: because I haven't been part of the conversations, I assumed you guys were already rocking and rolling, uhm, you know…

SP4: Well…

SP1: she's, she's actually the one, she's actually the one…

SP2: **(inaudible)**

SP1: who, who, uh, relayed this, uhm, all this stuff to me. Uhm, is he, Mr. Roth, uh, uh, says he's not, he wonders if he and, uh, Mr. Creamer are having the same conversation, which I was a very, you know, you and I…

SP4: Uh-hm.

SP1: spoke very, uhm, candidly…

SP4: Uh-hm.

SP1: had that conversation…

SP4: Uh-hm.

SP1: and, he is kinda not cert… first of all, uhm, what we've, we've looked over the proposal and I

7

Confidential

PVDEF0008540

told, I told him that you gotta, you know, this is, this is, these aren't good things…

SP4: Uh-hm.

SP1: that they're doing, uhm, where he is coming from is, he kinda wants, uh, since you and I are able to speak more frankly…

SP4: Uh-hm.

SP1: I mean, I thought he and Mr. Creamer were speaking, able to do that…

SP4: I thought they were too, but…

SP1: Yeah, uhm, but is, for instance, uhm, like is it, is, uh, their, I understand there's only so much that can be put on paper, right? Is this euphemistic of what, uhm, Mr. Roth's whole re-enfranchisement, uh, plan was, the one that you and I talked about?

SP4: The one that we talked about…

SP1: Uh-hm.

SP4: is not legal…

SP1: Right.

SP4: I mean, so the, the idea…

00:20:00     SP1: Uh-hm.

SP4: that he has…

SP2: Uh-hm.

SP4: is neither Bob nor I were in touch exactly what he wanted to do with **(inaudible)**.

8

Confidential

PVDEF0008541

SP1: Okay.

Sp4: Because the reality involved in it, and honestly, you guys don't wanna be part of that either, and, and both Bob and I decided to steer him in the direction of the program…

SP1: Uh-hm.

Sp4: that we could do in this time frame at this point. Now, the other side of it was, that we didn't put into this proposal that I would love for him to consider, is the immediate program for **(inaudible)** you know, if you have programs here…

SP1: Uh-hm.

SP4: the media program is a separate program but, you know, we were trying to get a read on him, on the stuff that is legal. The, the bussing people across state lines…

SP2: Uh-hm.

SP4: is not gonna happen, and when I discussed it with you, I think I explained to you that, you know, there are ways that it has been done in the past…

SP2: Uh-hm.

SP1: Uh-hm.

SP4: They're not legal.

SP1: Yeah.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 10 of 178

Confidential

PVDEF0008542

SP4: So the, the idea of going there, whether he likes it or not, he's gotta play within the ball game that we have. Now, things are a lot looser…

SP1: Uh-hm.

SP4: then they were even six months ago…

SP1: Right.

SP4: when we first had this conversation, you know. Back in April, I think, uhm, we were still getting an idea of what was gonna be…

SP1: Uh-hm.

SP4: going on here in Wisconsin and in other states. The game definitely has shifted quite a bit. Things are more open…

SP1: Uh-hm.

SP4: But I will say that the, uh, the ethical environment here, everybody's still playing the waiting game after this election to find out how tough the campaigns and elections boards are gonna be, the ethics board is gonna be…

SP1: Uh-hm.

SP4: uhm, and I would say that the hacking incident…

SP2: Hm.

SP4: has put everybody back significantly…

SP2: Okay.

10

Confidential

PVDEF0008543

SP4: and I would be remiss if I didn't mention to you guys that, you know, all of us who have been working either directly with DN… with DNC, or indirectly with DNC, have been targeted one way or the other. My personal phone was hacked two weeks ago.

SP2: Hm.

SP4: I'm one of three…

SP1: Really? How did…

SP4: consultants from here in the Midwest who have had that happen. The way they, the way they do it is, is **(inaudible)** uh, are you familiar with a Stinger? Do you know what a Stinger is?

SP1: No.

SP4: So a Stinger is a, a device that police use, and the Secret Service uses it, well, extensively…

SP2: Okay.

SP4: to target any device that's within a certain radius of their location. They compile a list of all of those devices and they listen in to 'em. Under the National Security Act they can do that, and then what they do is, that list somehow is making it to a group of hackers who go back in and they target the ones who are not their friendlies and they fuck with people…

SP2: Uh-hm.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 12 of 178

Confidential

PVDEF0008544

SP4: basically. So the, and the reason I bring that up is to, kinda lay the groundwork with you guys. Even some of the things that we have talked about…

SP1: Uh-hm.

SP4: We gotta be really, really careful.

SP2: And you're confident that you were compromised in that way?

SP4: Uh, my cell phone was compromised, yeah, my new, they, they attempted to download my entire address book. The good thing about…

SP2: Well…

SP4: the way I have things set up is that is that's not really possible to do it honestly.

SP2: Okay.

SP4: So…

SP1: But you're not a member of the DNC, I mean you're…

SP4: I, I am a DNC consultant through my, through Democracy Partners. Uhm, the way Bob works is…

SP1: Uh-hm.

SP4: he does a lot of things with separate systems in order to…

SP1: Hm.

SP4: maintain security, I give Bob the same thing. Uhm, and so my system stopped working as this

12

Confidential

PVDEF0008545

happened, were happening, but that doesn't mean that
tomorrow there couldn't be on the front page of the
Washington Post another leak. My caution to Mr. Roth
is that he doesn't want his name associated with
something…

SP1: Uh-hm.

SP4: even in inference. We have had a significant
deep conversation that until we know him better…

SP1: Uh-hm.

SP4: and until we get beyond the election, we're all
gonna be on a very tight leash.

SP1: So, okay. Now, obviously I'm, I want to protect
his…

SP4: Uh-hm.

SP1: you know, and keep him safe and everything…

SP4: Uh-hm, Uh-hm.

SP1: uhm, my own worst en… my own worst enemy in that
is him…

SP4: Uh-hm.

SP1: uhm, because, and, uh, uh, here's the thing, uh,
do you, do you know the whole, has he given you the
whole spiel about his dad…

00:25.00

SP4: Yeah, yeah, Uh-hm.

13

Confidential

PVDEF0008546

SP1: and ever… okay. So he, who has been an outsider to politics…

SP4: Hm.

SP1: he doesn't really get how everything works, I mean, he's donated, you know, here and there.

SP4: He fancies himself as a strategist a little bit though.

SP1: Yeah, he came up with this id… which I gotta say, I, I think it's a really cool idea, uhm, just, I mean, just the thought that went into it…

SP4: Uh-hm.

SP1: Uhm, and, and what you were, the advice you were giving like made it seem plausible to…

SP4: Uh-hm.

SP1: pull off.

SP4: Uh-hm.

SP1: That was, of course, what I did relay, uhm, from that conversation, is what inspired him, you know…

SP4: Uh-hm.

SP1: and, uhm, to get together with you guys and…

SP2: I think it encourage… **(inaudible)**

SP1: and, he felt like, yeah.

SP4: that it, it, it would have been possible to do.

SP2: Uh-hm.

SP1: Uh-hm.

Confidential

PVDEF0008547

SP2: It's so challenging working with a, with a
client who's acting so emotional…

SP1: Uh-hm.

SP2: and so, and he has been specific, so.

SP1: But he, part of that is he, you know, he always,
whenever, whenever we talked about like the risk
associated, uhm, he talks about how his Dad walked
away from his contract with the city of San Francisco
in protest of the urban remo… renewal and that, that
was against the law and everything…

SP4: Uh-hm.

SP1: uhm, and he feels he has not, he has not, uhm,
put hi… put himself at risk and he feels he hasn't
done the same, really lived up to that legacy. His
father was an immigrant, uhm, you know his whole
thing was, of when he joined Waco, was fighting on
behalf of the displaced African Americans. Well…

SP4: Uh-hm.

SP1: 50 years later, you know, you have these voter
I.Q. laws, uhm, and, which obviously are targeting
African Americans…

SP4: Uh-hm.

SP1: and also, you have Donald Trump…

SP4: Uh-hm.

15

Confidential

PVDEF0008548

SP1: talking about taking out the, and, the, the
people who have the most to lose in this election are
the people who don't have a say in it, and I think
that's, so like, that's where, that's where when he
points that out, I'm like, okay, I get, I get it, you
know.

SP4: Well, and this is why, you know, funneling money
towards Voces…

SP1: Uh-hm.

SP4: would have been the most ground-based work…

SP1: Uh-hm.

SP4: of, I would argue, any group in the country…

SP1: Right.

SP4: in this vein, directly with people who are
directly affected and directly disenfranchised, would
be, that, that's the best use of his resources.

SP2: What's the media program here?

SP4: So the, they, we've, we've developed a media
program, let me ask you to, to go outside with him
to, uhm, I've heard it's **(inaudible)**

SP2: Yeah, yeah.

SP4: Yeah.

SP1: Well, but I wanna understand everything.

SP4: The, the media program is a small but targeted
Spanish language…

16

Confidential

PVDEF0008549

SP1: Uh-hm.

SP4: uh, we need a TV, radio, digital, that through the direct outreach in the same counties where the field program was, so it's Milwaukee…

SP2: Uh-hm.

SP4: Madison, Kenosha-Racine, Green Bay, Brown County, Green County, and the Oshkosh, Fond Du Lac, and a little bit of Madison, very little bit of Madison. Uhm, the, the reason that there's a very little bit Madison is because the Spanish speaking population here is actually credible…

SP1: Uh-hm.

SP4: and they're a, a little bit higher education level and they're already registered. They're not in that, that risk nexus that these other pla… places are, and so funneling the money towards that outreach program to remind people of the simple things that they have to do to vote…

SP1: Uh-hm.

SP4: to bring them back into the field program…

SP1: Uh-hm.

SP4: is the point of that program. It's not really a voter turnout program, it's not really a voter turnout meeting program, it's to reinforce the field program.

17

Confidential

PVDEF0008550

SP2: Okay.

SP4: does that make…

SP2: So the idea for the field program is that they're, is laying the groundwork and then you have these…

SP4: Yes.

SP2: from the media reinforcing…

SP4: And the field programs already operate and so I, I can't stress with you guys enough how badly they need that money.

SP1: Uh-hm.

SP2: Uh-hm.

SP1: And was any of what he gave, hm, hm, I remember you saying the other day, some of that was appropriated to, uhm, to that, to that project…

SP4: Yes.

SP1: that you're talking about?

SP4: Yes.

SP1: Okay.

SP4: So, that the, the 40 or so…

SP1: Uh-hm.

SP4: that's already out there that's, that, uh, uhm, uh, Americans United for Change…

SP1: Uh-hm.

18

Confidential

PVDEF0008551

SP4: is the **(inaudible)** that a lot of that is funding my work…

SP1: Uh-hm.

SP4: that's really that's already for them, because I'm not taking a commission on it.

SP1: Uh-hm. What Roth gave?

SP4: Yeah, yeah.

SP1: Okay.

SP4: not directly, but, I mean…

SP1: Sure.

SP4: they're, they're using it for that.

SP1: Yeah.

SP4: Uhm, now the field program itself doesn't succeed, in my opinion, without the media groups also because it puts, puts Voces at a disadvantage to do only one piece of it…

SP1: Uh-hm.

SP4: and not both, because their overall field program was developed in concert

00:30:00    with Our Future…

SP1: Right.

SP4: and they have to carry their piece of it…

SP1: Uh-hm.

SP4: one way or the other on the contract. Uhm, so the, I don't, I don't quite understand where the

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 20 of 178

Confidential                                                                          PVDEF0008552

disconnect is between Charles and Bob, and Bob, I don't think Bob knows.

SP1: What, uh, what my understanding, well, two things, one is as far as, uhm, he calls it re-enfranchisement 'cause he, I mean, he, he, it's the, it's, he feels that it's really that, uhm, the Hispanic, uhm, electorate is…

SP4: Uh-hm.

SP1: loyal and they're gonna, they're gonna fight like soldiers for this.

SP4: Uh-hm, uh-hm.

SP1: He, he feels that the truly voiceless, the undocumented, who pay taxes, who **(inaudible)** we both live in California…

SP4: Uh-hm.

SP1: alright? That they don't have a say in, in the election that is existential to their fates…

SP4: Uh-hm.

SP1: So that's, I think he, and plus it's, it has, it, and he, he, he, he wants to do something like that. He's looking…

SP4: Instead of paying Voces, what Voces other half of the organization says is, that providing documentation, coaching people on how to get their citizenship papers

20

Confidential

PVDEF0008553

SP1: Uh-hm.

SP4: and getting them through that process, does he understand that that's the other half of their work as a community organization?

SP1: Uhm, I mean, if that was…

SP4: 'Cause I think…

SP1: I mean, yeah…

SP4: tell him, but I don't know.

SP2: I, I don't know that we have **(inaudible)** but I have known him…

SP4: Yeah.

SP2: I think his concern is, is that gonna be enough, you know?

SP4: Well, okay.

SP2: Then we agree?

SP4: The…

SP1: Yeah, I do.

SP4: the, the challenge here is, were within 60 days…

SP2: Uh-hm, right.

SP1: Uh-hm.

SP4: The outreach of the existing **(inaudible)**

SP1: Uh-hm.

SP4: is that they should be where the laser is focused right now.

SP1: Uh-hm.

21

Confidential     PVDEF0008554

SP4: Because that will deliver the White House.

SP2: Uh-hm.

SP1: See if you can fast track even the, the people who are undocumented. We can get them voting by fast tracking their….

SP4: No, anybody who's not documented by now…

SP2: Guess what?

SP4: They're not gonna get documented…

SP1: Uh-hm.

SP4: and they're not gonna get registered to vote…

SP1: Uh-hm.

SP4: okay? The, the last class has already been sworn in…

SP1: Uh-hm.

SP4: for the year. They're, the, the U.S. Government is not gonna be swearing in new citizens before this election now…

SP2: Yeah.

SP4: because if there's a 60-day hard window…

SP1: Uh-hm.

SP4: they don't, they don't do that anymore. The existing registered population has turned up by 22, 24 percent just from the beginning of last year…

SP1: Uh-hm.

22

Confidential

PVDEF0008555

SP4: has been fixed. The new folks which, you know, you've worked with a lot of these kids in April…

SP1: Uh-hm.

SP4: They're motivated. If their parents, if the other new immigrants who are just sworn in…

SP1: Uh-hm.

SP4: they need a little extra push…

SP1: Right.

SP4: it is the, uhm, it's the parents of these kids who need to be continuously getting, uh, for the next 60 days, to make sure they get to the polls early.

SP1: Uh-hm.

SP4: And then the turnout operation for everybody else who is supportive, that needs to be addressed.

SP2: Okay.

SP1: And I understand, I'm all for that.

SP4: Now you see what he's talking about.

SP1: Yeah.

SP4: but, what, he needs to focus long gain for that.

SP1: Uh-hm.

SP4: And that's a conversation we have, long gain, but okay, how do we do down ballot too.

SP1: Yeah.

SP4: Because it's not just the White House…

SP1: Uh-hm.

23

Confidential

PVDEF0008556

SP4: It's, Fred, it's Colorado, it's Nevada…

SP1: Uh-hm.

SP4: uhm, it's Wisconsin to a certain extent but, you know, it's also Virginia.

SP1: Uh-hm.

SP4: It's North Carolina. It's taking back the state house in Texas, it's taking back the state house here and in Iowa…

SP1: Right.

SP4: where these people are put most at risk.

SP1: Yeah.

SP4: Could, I would say, I would argue that, yes, the White House is important, but the state houses?

SP1: Uh-hm.

SP4: That's where the action is because what all these candidates are saying is this is a state level problem. Well, you know who the big state level problem here is, getting Scott Walker and a guy named Rob DaBoss…

SP1: Yeah.

SP4: who are honestly, some of the most racist assholes I've ever met in my life.

SP2: And the goal in two years is to say, who?

SP4: Right. Right. So, and, and I, I began to enter that conversation with him…

24

Confidential

PVDEF0008557

SP1: Uh-hm.

SP4 but I think, you know, there's immediate goals and then there's long gain…

SP1: Uh-hm.

SP4: and we gotta get to November 9th…

SP1: Uh-hm.

SP4: before we can…

SP1: Right.

SP4: talk about the state houses.

SP1: The, uhm, yeah, so I mean, I think maybe that's the, that's what the disconnect may be is that, he thought that I was setting up to, you know, I had that conversation with you and, you know, relayed some of it to him and he said, okay, well, that's what, 'cause our senior, our senior colleagues weren't doing anything, they didn't really get it and they didn't, you know, were, uhm, understandably cautious. So he felt, okay, well, and I, I relayed a little bit about kinda what your brand is…

SP4: Uh-hm.

SP1: and that is what attracted him and that's why, he's like, okay, well, that's the kinda person who, those are the kinds of people I need to ally with, who are willing to take that risk to, to win this election.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 26 of 178

Confidential

PVDEF0008558

SP4: Now I would just, I will say this…

SP1: Yeah.

SP4: I have an opportunity that is separate from Democracy Partners that he may be interested in, that's a bigger, long gain deal…

SP1: Uh-hm.

SP4: uhm, which is about re-enfranchising progressive media…

SP2: Okay.

SP4: and, you know, were talking, were talking a minimum of 3 to 5 million across multiple states for this to happen. There are, uhm, we've identified here, uhm, and in Minneapolis, uhm, Phoenix, Tucson, a couple of other locations, stations that are about ready to go under…

SP1: Uh-hm.

SP4: that are good progressive stations from a branding standpoint that are just very poorly managed…

SP1: Uh-hm.

SP4: But they're still not **(inaudible)** uhm, the one that we're doing in Milwaukee is currently, uh, the black station that, the owner is about 85-years-old…

SP2: Okay.

26

Confidential

PVDEF0008559

SP4: the son does not wanna take it over, his son's a lawyer here, and, uh, my business partner there and I, uh, are negotiating with the old man to take that over and he's, time on one of the TV stations to simulcast that contact and turn it into a regional platform. That would be a station in Minneapolis…

SP1: Uh-hm.

SP4: a station here, a station in Chicago and this other **(inaudible)** with a mini-network of both local and syndicated contract to kind of bring back the **(inaudible)** idea, in, in a properly managed way, uhm…

SP1: **(inaudible)** get the band back together, Randy Rhodes, and…

SP4: Well, so the difficult thing with the, the current state of the industry is, syndicating **(inaudible)** does not make it, local contact does…

SP1: Yeah.

SP4: but not just the local host who's running their own operations…

SP2: That's true.

SP4: uh, the way that **(inaudible)** does it in Chicago is really the better model, where the station controls the revenue and the sales **(inaudible)** etcetera, they actually employ their hosts…

27

Confidential

PVDEF0008560

SP2: Uh-hm.

SP4: and then they control the ad revenue to keep everything **(inaudible)** The host may have a profit share in their operation. They have contact freedom on their, on their station, but then you backfill everything that is not owned by the station with a sales-lease model, and so the sales-lease model generates additional content that gets put on these stations in off time when you can't make money off of it anyway…

SP1: Uh-hm.

SP4: so you sell to your local lawyer who wants to give some legal advice on Saturday afternoon under that slot.

SP2: Uh-hm.

SP4: But in each, in each market you have a local host who talks local issues five days a week every two hours, that's where you make the bulk of your money. The syndicated content you fill in…

SP1: Uh-hm.

SP4: is kind of your gravy. Here in Madison for instance, iHeart has a station on the radio that is a progressive station, 80 percent leased out. It supports the rest of the cluster financially.

SP2: Uh-hm.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 29 of 178

Confidential

PVDEF0008561

SP4: and then we're talking four stations…

SP2: Uh-hm.

SP4: four other stations that all lose money and the only one that makes money for the others is the progressive station. They have a conservative station that loses money that is also supported by progressive stations that failed, and a syndicated model that goes to other stations.

SP2: Uh-hm.

SP4: So, the reason I'm bringing this up is, podcasting is now financially feasible…

SP2: Uh-hm.

SP4: but the problem is people don't have the resources, they don't have the studios, they don't…

SP1: Uh-hm.

SP4: have the technical expertise and they don't have the editing **(inaudible)** On top of that they don't have the, uh, research and oppo to be able to generate the content they're talking about on the air. They're not being pitched ideas by professional producers and news people…

SP2: Uh-hm.

SP4: who are constantly churning the conversation with opposition research, polling, authors,

Confidential

activists, whatever, who are feeding into that similar to

00:40:00    a public radio model. Secondarily, the multi-casting technology is cheap once you put it…

SP1: Uh-hm.

SP4: place, put as many people as you wanna put on it. That's a minimal, about 80, 90 thousand dollars per market, right? That's a studio that looks nice, that's cameras…

SP2: Uh-hm.

SP4: with multiple angles, that's a live stream feed that sits underneath it, and the infrastructure to keep it live 24/7. That is a minimum investment that, if you put it one location you can feed multiple places with…

SP2: Uh-hm.

SP4: just by using a **(inaudible)**

SP1: It's about 5 million across the spectrum about, yeah. Now…

SP4: And then were talking to, you know, were talking three, a two to three…

SP1: Uh-hm.

SP4: year minimum project for that, to get it off the ground, have it well known, and have it become financially self-sustaining.

30

Confidential

PVDEF0008563

SP1: Uh-hm. That I will absolutely talk to him about because the other path of what he wanted us to discuss was on the media end.

SP4: Uh-hm.

SP1: The one, the one thing I'm worried about is, if I mention the podcast he's gonna want a podcast…

SP2: Yeah, he'll…

SP1: he's gonna wanna host the podcast.

SP2: **(inaudible)**

SP4: **(inaudible)** I'm all about that…

SP2: **(inaudible)**

SP4: I'm all about the…

SP2: Get him the **(inaudible)** I'm sure he wants to do his job because **(inaudible)**

SP1: Every phone calls a podcast.

SP4: So you know WBS radio in San Diego?

SP2: Uh, not…

SP1: I know KCRW, I listen to KCRW and…

SP4: Okay, but WBS radio, it's a conservative version

SP2: Right.

SP4: of what we're talking about, I was WBS radio Chicago's franchisee.

SP2: Oh, were you?

31

Confidential

PVDEF0008564

SP4: for a year before Chris, before Captain Chris died. uhm, the reality is the model worked on both ends…

SP2: Right.

SP1: Uh-hm.

SP4: but, the key is, that investor, you gotta give him a podcast, yeah, and that's fine because you know what? The more voices are the more voices are the more voices and that's a good thing.

SP2: Uh-hm.

SP4: I don't care if they ramble on for two, two…

SP2: And he will.

SP4: two hours…

SP2: And he will.

SP4: don't make **(inaudible)** I've hosted a three hour show five days a week…

SP1: Uh-hm.

SP4: for two years. He is not using, and even with a professional producer and a professional engineer…

SP1: Right.

SP4: but who is? If you sell that idea back to other people, you'd be surprised how many would step up with a thousand bucks a week to do it.

SP1: Yeah, I mean, that's, that's something that I en… but on the media end he is, he is, uhm,

Confidential

PVDEF0008565

interested in the, what the, the aspect of our previous conversation that was media, and I'm gonna talk to him about all this and, uh, that's not, I understand that would be after the election so that would be…

SP4: Actually we're in the process…

SP1: an ongoing thing…

SP2: of kinda building that.

SP1: 'cause I don't want you guys waiting around for him any longer.

SP4: Yeah, but, well, the cool thing is…

SP1: Between now and the election.

SP4: because of the, because of the infrastructure that sits underneath Brad Woodhouse's operation…

SP1: Uh-hm.

SP4: which is American Bridge, Correct The Record and Americans United for Change…

SP1: Uh-hm.

SP4: we had a lot of stuff in place content-wise…

SP1: Uh-hm.

SP4: where all we had to do was flip a switch and license it…

SP1: Uh-hm.

SP2: Right.

33

Confidential

PVDEF0008566

SP4: and it was ready to go. The immediate need for the next two months is to make sure Voces de la Frontera stays viable and…

SP1: Uh-hm.

SP4: gets their power in the market that they're in so that I can sit back on November 9th and create this kind of…

SP1: Uh-hm.

SP4: crew that is going to do this other stuff. My role at Americans United for Change is definitely one of those where I can flip it on flip it off at will but I, right now, I am very concerned about the viability of our partners and they're worried, they're worried that they're not gonna get the things that we promised to them. And so it's important to me to get through this impasse with him…

SP2: Uh-hm.

SP1: hm.

SP4: whatever it is. Uhm, I understand there's a trust issue there?

SP1: Uhm, I wouldn't call it, you mean a trust between him and…

SP4: Him and Bob.

SP1: Bob, I wouldn't call it a trust issue, I think that the more we're talking I'm, I'm getting to the

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 35 of 178

Confidential

PVDEF0008567

bottom of what the disconnect is. He's interested in, his whole thing, his whole genesis was…

SP2: **(inaudible)**

SP4: Oh, cool.

SP1: **(inaudible)**

SP2: But he's, I mean, he's beyond…

SP4: I love talking to him but the…

SP1: But, no, the thing I've ever…

SP4: There was a conversation we had the day after you and I talked, right?

SP1: Uh-huh.

SP4: Was a great conversation…

SP2: Yeah.

SP1: Yeah.

SP4: but that's why I turned him onto Bob right away…

SP1: Right. And see, that's the thing, is, uhm, he will, he's passionate, this is, he's passionate about this re-enfranchisement **(inaudible)** in the voting effort. Getting, you know, getting people to vote on behalf of those who can't vote…

SP2: Uh-hm.

SP4: that's his thing and he makes a good philosophical case for it and I agree, and that, I'm, it, it's attractive to me if it can be done

35

Confidential

PVDEF0008568

legitimately, or, yeah, or well, safely. The, what

you relayed, uh, what I relayed from you

00:45:00 was that there are certain ways and I, I at least

relayed bullets to dodge, such as no busses…

SP4: Uh-hm.

SP1: used auction cars.

SP4: Uh-hm.

SP1: uhm, that's what he wanted more, but also, also

another thing, uhm, which brings us back to media,

is, uhm, what you, what we were just, kinda your

brands…

SP4: Uh-hm.

SP1: with the Trump rallies…

SP4: Uh-hm.

SP1: that, that excited, that's what made him want

to…

SP4: Good. But you know what?

SP1: may **(inaudible)** Yeah?

SP4: Here's the thing that we have to do in the next

60 days with that…

SP1: Uh-hm.

SP4: So the duck stuff? The duck stuff, my employees…

SP1: Right.

SP4: who are here right now, we need to be able to

pay people to turn out and protest in…

36

Confidential

PVDEF0008569

SP1: Uh-huh.

SP4: a big way, we need a, we need a burst, a cloud
burst if you will…

SP2: Yeah.

SP4: the, the two equivalent…

SP1: Uh-hm.

SP4: of a Twitter store…

SP1: Uh-hm.

SP4: at every rally that Donald Trump does, so that
the national media goes, whoa, what the fuck, what
just…

SP1: Uh-hm.

SP4: happened? The problem that we have right now
with our current consulting team…

SP1: Uh-hm.

SP4: is that the state parties are not turning out at
all. We need to start doing the same game that Donald
Trump does and that is paying people to be out there.

SP1: One of the things that, uhm, you told me, which,
uhm, reminds me of one of the last times I was here,
was, is the, uhm, you, you, you were saying union and
the union guys…

SP4: Yep.

SP1: do whatever you want.

SP4: Yep.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 38 of 178

Confidential

PVDEF0008570

SP1: Now he, I'll tell you what Bob will immediately, uhm, uhm, earmark is the folks that, the individuals who are volunteering to get their asses whipped…

SP4: Uh-hm.

SP1: that to, to him, that, 'cause he, his whole, his whole rants about Trump right now…

SP4: Uh-hm.

SP1: for the last three weeks, I'm sure you've heard it…

SP4: Uh-hm.

SP1: is, uhm, is Trump positioning himself as a new law and order candidate…

SP4: Uh-hm.

SP1: and all this violence at his rallies.

SP4: Uh-hm.

SP1: Now, that, he is, he believes that that is what's going to, there's a message that you can't, you see, you see the violence, it doesn't matter what argument they're making on policy that's a very visceral, very emotional…

SP4: Yep.

SP1: thing. He is, he is willing, there was a volunteer which, uhm, he feels are, you know, Marines, he would love to reward the, you know, well, whatever he can to sort of…

Confidential

PVDEF0008571

SP4: Uh-hm.

SP1: you know, donate to them…

SP4: Uh-hm.

SP1: you know, individually like just a vacation or anything or just, you know…

SP4: Uh-hm.

SP1: because to go into a rally with, like those people are the scariest people. Do you, have you been physically at a Trump rally? I mean…

SP4: You know where I was yesterday, or the day before yesterday, right?

SP1: North Carolina?

SP4: I, I was in Clive's, Iowa…

SP1: Huh.

SP4: Where, you know, you look at the belly of the beast in the eye…

SP1: Uh-hm.

SP4: Now, needless to say, I'm from Iowa, when I saw the ugliness that I saw outside of that rally in the three hours that we were standing out there, I know why the party doesn't wanna **(inaudible)** all the time they're afraid. They're afraid of reinforcing this bad…

SP1: Uh-hm.

SP2: **(inaudible)**

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 40 of 178

Confidential                                                    PVDEF0008572

SP4: behavior. The reality is though we can pay for senior citizens against the Democrats **(inaudible)** students…

SP2: **(inaudible)**

SP4: students will do anything for a buck…

SP2: They sure will.

SP4: and I'll tell you where, where the biggest pool of those kids is, five blocks away.

SP4: Senior citizens too, what, was that, was that you…

SP4: Senior citizens…

SP1: in, in North Carolina?

SP4: that was the Social Security project. That's our Social Security project that we're doing right now.

SP1: You mean at the rallies?

SP4: So, in, in **(inaudible)** we're getting ready to do this bus tour…

SP1: Uh-huh.

SP4: and these, these groups of **(inaudible)** Nevada, Pennsylvania, Phoenix and here, the battle ground…

SP2: Right.

SP4: to force the Social Security question on Paul Ryan…

SP2: I see.

SP1: Uh-hm.

40

Confidential

PVDEF0008573

SP4: and the rest of the leadership, that takes the…

SP2: Yeah.

SP1: Yeah.

SP4: seniors out of it.

SP1: Yeah.

SP4: They, the money is not as much of a big deal to them as that issue is…

SP1: Right.

SP2: Sure, yeah.

SP4: important to them. For the students I'ts student loans…

SP1: Uh-hm.

SP4: but you also can say, hey, we will word you up, we will feed you and we will bus you wherever we need you to go but to protest **(inaudible)**

SP2:  At any event **(inaudible)**

SP4: I could tell you what **(inaudible)**

SP2: Yeah?

SP1: Well, what, what, what I meant, uhm, with senior citizens, and I agree, like if that, it's amazing to me that Paul Ryan has, that that, you know, budget from seven years ago is not haunt… still haunting him…

SP4: Uh-hm.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 42 of 178

Confidential                                                                    PVDEF0008574

SP1: like he gets to position himself as a moderate right now, but, uh, what I meant about the senior citizens…

SP4: If we did it four years ago it would have been too extreme for America…

SP1: Right.

SP4: with that.

SP1: The, uhm, or, the, uh, I, I was wondering if, was that, was that you in, 'cause you told me to look out for your work, uhm…

SP4: Uh-hm.

SP1: was that you in North Carolina?

SP4: Uh, we…

SP1: You guys?

SP4: we, we did have people in North Carolina.

00:50:00

SP1: From the, the lady who got…

SP4: Yes.

SP1: cold-cocked, that was you guys? See that's the kinda shit, that's the kinda shit that he, that I know, like tickles him…

SP4: Uh-hm.

SP1: you know? Uhm, that's the kinda stuff he wants to get behind 'cause he…

SP4: So we do a lot of stuff…

42

Confidential

PVDEF0008575

SP1: needs to feel like…

SP4: down here…

SP1: Uh-huh.

SP4: that we won't necessarily take credit for because we're contracted with the DNC.

SP2: Right.

SP4: It's happening because we're spreading things out. The problem that we're having right now operation-wise, I can't hire enough people right now.

SP2: Well…

SP1: Well, the, because of, because of budget, because of budget?

SP2: **(inaudible)**

SP4: Because of budget…

SP2: **(inaudible)**

SP4: Yeah.

SP1: So, to, so, okay, so now I think we're, now I think we're getting somewhere.

SP2: I think we're getting **(inaudible)**

SP1: Uhm, so the, by, by hir… like the volunteers to do what an… and, and like, I thought, I mean, I thought it was just young activists but you have older ladies…

SP4: We, we can…

SP1: who are willing to get…

43

Confidential

PVDEF0008576

SP4: we can, we can pay groups from any demo…

SP1: Uh-huh.

SP4: that we want. We, we, we use the same mechanism to recruit them that we use to do focus groups…

SP2: Uh-hm.

SP1: Uh-huh.

SP4: you know, then again with the focus group you retain that list and you call them back…

SP1:    Ah.

SP4: and say, hey, would you be interested in helping us out with this? You know, we'll make sure you get there and we'll take care of…

SP2: **(inaudible)**

SP4: your food and, you know.

SP2: So you have **(inaudible)**

SP1: That's the kinda thing, yeah.

SP2: you already **(inaudible)**

SP4: We have to be really careful, uhm, because we…

SP2: So do we.

SP4: because what, what we don't need is more chill up on CNN, that the DNC paid for x people to, that's not gonna happen.

SP1: Uh-hm.

SP4: We need to keep it, you know, I hate to use the Beyonce term, partitioned…

Confidential

PVDEF0008577

SP1: Uh-hm.

SP4: but we have to keep the partition.

SP1: So that's the kind a like…

SP4: That's as gay as I'll get.

SP2: **(inaudible)**

SP4: I did my duty.

SP2: I'll go with that.

SP4: I did my duty, my Beyonce reference, if I can get a Beyonce reference into every meeting.

SP2: You know who's a huge Beyonce fan?

SP4: Oh, really?

SP2: Yeah, really.

SP4: I didn't even know that.

SP2: Yep, **(inaudible)**

SP4: I'm not really surprised here.

SP2: We actually talked about it.

SP4: What I wanna know is, his partner, how big a Beyonce fan is his partner.

SP2: They probably, it's probably obvious **(inaudible)**

SP1: My thinking now is now we've connected the dots.

SP4: Did they go to the concert last night?

SP1: That is why, that is why.

SP2: I think all we needed to do was just, everyone start with Beyonce and then go from there, so…

SP4: I got a head set out in the car if we need it.

45

Confidential

PVDEF0008578

SP1: So I guess, okay, so, so let me ask you this,
uhm, and she doesn't, she's obviously cool, so we're,
uhm, she knows Beyonce, but, uhm, she…

SP4: Hey.

SP2: What am I gonna do, what am I gonna do?

SP1: but the, uhm, yeah, so how can he, how can we
like tie Ro… Rot… like what are the, what are the
loose, what are the ends that we need to match-make
there? What gro… like is it, uhm, what do you call
it, uhm, sorry…

SP4: Voces?

SP1: Americans…

SP4: Americans United for Change.

SP1: Americans United for, for Change, is that…

SP4: That is the best vehicle.

SP1: Do, I mean are you, which group is it that's
actually in charge of that…

SP4: That's what we use…

SP1: that, the, the, hiring the volunteers?

SP4: for this kind of stuff.

SP1: Okay.

SP4: **(inaudible)**

SP2: Because of the outreach **(inaudible)**

SP4: Well, we're both in a coordinated space…

SP2: Right.

46

Confidential

PVDEF0008579

SP4: But NUFC is part of super PAC…

SP2: Right. **(inaudible)**

SP4: Not DNC…

SP2: Right, right, right, right, right.

SP4: And so DNC doesn't have to approve of the…

SP1: Uh-hm.

SP4: stuff that we do there but, obviously, with Bob
and myself and Aaron in the…

SP2: Uh-hm.

SP4: center of those things, and Brad Woodhouse,
they're all on the same page…

SP1: Uh-hm.

SP4: they talk 19 times a day.

SP1: And, uhm, Roth told us that, uhm, and Mr.
Creamer said he, he is in cha… well, he so this whole
thing has been trying **(inaudible)**

SP4: Bob, Bob got me to, the way this works is, so
Democracy Partners is the pin in the **(inaudible)**

SP1: Uh-hm.

SP4: that feeds into Brad Woodhouse's operation…

SP1: Uh-hm.

SP4: my operation. I feed into **(inaudible)** consulting
here…

SP1: Uh-hm.

47

Confidential
PVDEF0008580

SP4: uhm, I think to Our Future here depends on
**(inaudible)** which structure we use. Bob's contract at
the DNC and with the campaign is pretty specific.

SP1: Uh-hm.

SP4: As it backs away one level to AUFC we can do
other things. All I have to do is call Bob and call
Brad and say…

SP2: Things like North Carolina.

SP4: we want to do things like North Carolina. Uhm,
when you go, go to things like the State Fair, I
don't know if you saw the Make Misogyny Great Again
signs that we had at **(inaudible)**

SP1: Uh-hm.

SP2: I didn't see that.

SP4: So…

SP1: I saw it, uh, I noticed it in, uh…

SP4: Did you see…

SP1: I saw it on TV in Cleveland, right?

SP4: Yeah, so we, so we've been doing this job…

SP1: Uh-hm.

SP4: all over the place…

SP1: Oh, yeah…

SP4: where we can get…

SP1: heard about that.

SP4: the **(inaudible)** folks to turn out with us…

48

Confidential

PVDEF0008581

SP2: Right.

SP1: Uh-hm.

SP4: and we do Make Misogyny Great Again side by side with…

SP1: Uh-hm.

SP4: duck releasing, you know, Donald Ducks taxes, so depending on the issue, and depending on the place, like for instance, we can't really do the immigrant message in Iowa, it doesn't work.

00:55:00   We can do the immigrant message in Milwaukee…

SP2: Right.

SP4: we can do it in Chicago, we can do it in Tucson, we can do it in Phoenix…

SP1: Right.

SP4: and do it in Vegas, the effect, it, it just depends on the location.

SP1: But I understand Iowain's are, uhm, at heart, very pacifistic, right? And so, 'cause of the, this whole violence…

SP4: Oh, it's…

SP1: thing…

SP4: So, so I, I…

SP1: in which…

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 50 of 178

Confidential

PVDEF0008582

SP4: have to be really honest. Iowa is a difficult case because it's a 50/50 state but honestly, like half the state is reg… racist as fuck.

SP1: Uh-hm.

Sp2: Really?

SP4: I, I came home last night and really just, I was upset because that's not the way I was raised and that's not the Iowa that I grew up in, but you kinda have to accept that that's the way it is now.

SP2: It's not who you are but that's what the state is.

SP4: Exactly. Wisconsin is just as bad.

SP2: Okay.

SP4: You go north of here, you go out of Madison 20 miles, anything else would really **(inaudible)** The immigrant message works in the cities where there's, where the people who need to get the vote out

**(inaudible)**

SP1: Uh-hm.

SP4: The, uhm, the show of force for the national media, we're talking North Carolina, Texas, Florida, Virginia, Colorado is probably…

SP2: Uh-hm.

50

Confidential

PVDEF0008583

SP4: already a done deal, but for the long gain we gotta go back to these State Legislatures and we gotta start running Latino's and Blacks…

SP1: Right.

SP2: Which is **(inaudible)**

SP4: and Asians. Yeah, and Indians for the state houses…

SP1: Uh-hm.

SP4: just like we did it up in Minneapolis, you know, where they're recruiting, you know, your local…

SP1: Uh-hm.

SP4: uhm, activist group…

SP2: Uh-hm.

SP4: involved in immigration work. You're, you, you're recruiting and training those people to actually run…

SP1: Uh-hm.

SP4: and then you have Keith Ellison show up and validate them, all of a sudden they're getting elected. That's the long gain. Short gain? We gotta pick and choose our fights there.

SP1: Uh-hm.

SP4: The structure can be AUFC or the structure can be half a dozen, we have a half a dozen other shells that we can put things under.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 52 of 178

Confidential

PVDEF0008584

SP2: Uh-hm.

SP4: The question is how much, who, and at what level. I, 'cause I know that Charles wants to be at (inaudible) so, you know, we have to, we have to give him an opportunity to do that…

SP1: Uh-hm.

SP4: but within a box.

SP1: It, it, hm…

SP2: To work with that box.

SP4: Exactly.

SP1: Well, I mean, I think that, well, here, I, I see different parts of the box that are viable, uh, that are viable. Now, uhm, as far as the re-enfranchisement thing, uhm, he kinda, he got sort of a taste of really good advice, he wanted more of that…

SP4: Uh-hm.

SP1: uhm, you, and I, first thing I asked him was, are you, uh, Bob Creamer because you be, you, were sure that, that it was Bob Creamer and then, you know, his whole thing is, I'm not, uhm, if I'm being confused for someone named Bob C… I should meet this Bob Creamer, you know, so his whole thing was, are these guys gonna help me pull this o… this off? Now, because I also relayed, you know, some, you know,

52

Confidential

PVDEF0008585

the, the, the tech... the tactical stuff that I think
is up his alley that you guys are doing, that is part
of what he, he said he wants to, on especially,
especially people who are volunteering to, you know,
do, d... do, do you understand, what, what does that
mean?

SP2: I am, I follow you, yes.

SP1: Okay. Okay.

SP4: Just so I understand the roles here, do you both
work for the same firm?

SP1: So...

SP2: We do.

SP1: We do, uhm, and...

SP4: I got the sense that maybe you work for Charles,
I wasn't sure.

SP1: No...

SP2: No, but I, I knew him.

SP1: Technically, neither of us work for Charles.
It's kind of a funny thing, uhm, he, there was this
senior consultants, our senior colleagues who were
handling his account, doing absolutely nothing...

SP4: Uh-hm.

SP1: uhm, and just sitting on it. Uhm, Melissa
somehow knew, I mean, I don't know, she has...

SP2: We get a vibe from this guy **(inaudible)**

Confidential

PVDEF0008586

SP1: she, she has an ear up there so she told me about this whole Charles Roth guy and that's how I knew what, you know, I relayed the stuff back, I look like this bigshot, you know, uhm…

SP2: He was saying that…

SP1: and they, they had to say like, when, when they tell Charles Roth, he's like, well, uh, uh, 'cause we're like two months out, you guys are just now telling me this stuff? Where are you getting it from? Well, one of our **(inaudible)** So it's sorta this tightrope we're walking where we're, we're, uhm, not wanting to seem uppity, we're not wanting to step on any toes and brea… you know, and disrespect the chain of command. Uhm, management, a manager who understands where we're coming from, he gave us kinda the green light.

01:00.00     go ahead, if you pull, if you make this happen, then you guys will be stars and you'll be tak… express elevator to the penthouse.

SP4: Uh-hm.

SP1: If you don't, I did not give you permission to do this.

SP4: Uh-hm.

SP1: So if you wanna talk to their client, so it's sorta, it's sorta this weird gray…

54

Confidential

PVDEF0008587

SP4: Not exactly **(inaudible)**

SP1: so we're kinda going on, on a wing.

SP4: Maybe I, you may not wanna tell me this, who else are you meeting with here in town, besides me?

SP1: That's…

SP4: Are you meeting with Jonathan? Are you meeting with my wife? **(inaudible)** So Jonathan and I are very close friends…

SP1: Uh-hm.

SP4: and we've had to really walk a very fine line this time around…

SP2: Right, right.

SP4: because of where Our Future is doing their work or where I'm doing their work. We haven't spoke except in code for like about six months. I've not seen their plan, I've not seen their plan. So I understand the play there.

SP1: Uh-hm.

SP4: Are you guys, are you gonna be working in Milwaukee again, do you think? 'Cause we can grease this really easily from our end…

SP1: Uh-hm.

SP4: if I know the moving pieces in between, but I kinda need to know what your green light is from your superiors and what your contract says you can and

55

Confidential

PVDEF0008588

can't do, 'cause I was gonna turn around and give you guys the field piece anyway if there was extra money there.

SP1: Uh-hm.

SP1: Well, Voces de la Frontera, if any, whi… which, I don't know how much you would want to involve them in something that, you know, obviously you and, uh, Mr. Creamer are not sure you wanna be involved in. Uhm, he was thinking about the, getting the addresses, getting bodies, uhm, and, you know, I told him you don't even have to tell, you know, you know, you don't have to tell them why their logging addresses of foreclosed homes and abandoned addresses, so he was kinda thinking, and obviously, you know, if we wanna, some of those bodies want to be undocumented workers, we kinda wanna have a little field day of sense of, you know, what it should be like, great. That's, that's his whole idea with Voces de la Frontera from what, and what, what Josh…

SP2: We hear, but we don't know how much we're gonna have.

SP1: Hoyt, do you know Josh Hoyt?

SP2: **(inaudible)**

SP4: So, and, uh, so if, if he wants to make an impression and get a, a feel for folks…

56

Confidential

PVDEF0008589

SP2: Uh-hm.

SP4: he needs to get on a plane and be there this weekend to make that happen.

SP1: Voces?

SP2: **(inaudible)**

SP4: If he, if he, if he wants to go that far, because if I can't speak for Christine.

SP1: Of course.

SP4: But Christine has asked me to help manage this process to **(inaudible)** with more funding to do more actions.

SP1: Uh-hm.

SP4: If I'm running this, they can't really, they don't really have enough money to hire what they need to get done now.

SP2: If he, yeah **(inaudible)** yeah.

SP1: 'Cause he would be, according to his plan, he would be, he would actually be paying them, he would be distributing, uhm, the paychecks which are as, hm, important as anything else 'cause they have the paystubs with the addresses on them.

SP4: Uh-hm.

SP1: So in, if, if it's money, obviously that, that's requisite part of the thing. Now…

SP4: **(inaudible)**

57

Confidential

PVDEF0008590

SP2: **(inaudible)**

SP1: I wanna know whick of one of you wanna recruit me here.

SP1: Well, I can tell you…

SP2: **(inaudible)**

SP1: I can confirm…

SP2: **(inaudible)**

SP1: Well, uhm, he, he's put in certain incentives for us, let's just say to…

SP4: Uh-hm.

SP1: hm, each head…

SP4: Right.

SP1: **(inaudible)** So, so, so if that's something that can be, I understand, and, that this is why he felt there was a disconnect, is because he wasn't sure that Mr. Creamer really wanted to go there, and it wasn't…

SP4: **(inaudible)**

SP1: was kind of a **(inaudible)** that…

SP4:  or we can converse…

SP1: Yeah.

SP4: right now on the black **(inaudible)**

SP1: Okay.

SP4: and I can see why.

SP1: So that would be…

58

Confidential

PVDEF0008591

and, and I understand why any, why anyone…

SP4: That's because of his contract with the DNC.

SP1: Right. So I guess he's trying, he sort of assu… assumed the error was pointing towards, uh, Mr. Creamer's direction in terms of that stuff when maybe, I should have probably hooked him up with you…

SP4: Well, let me **(inaudible)**

SP1: I mean, I should have been frankly, having these meetings out **(inaudible)**

SP4: with Bob out of concern for what he hired me for…

SP1: Uh-hm.

SP4: and because Charles was not moving fast enough.

SP1: Uh-hm.

SP4: You gotta remember, about the same time that you and I began our discussion…

SP1: Uh-hm.

SP4: is when I left TPAA.

SP1: Right.

SP4: So I had to make a choice between do I go to work for Bob on contract or the DNC prospect, which, so, so you guys understand my role there…

SP1: Uh-hm.

SP4: uhm, Bob has some junior consultants who work for us who don't have a management interface or, uhm,

59

Confidential

PVDEF0008592

polish and that's why Uncle Scott sits here, is to
have those conversations with people to polish
people, kinda on an…

SP1: Uh-hm.

SP4: ongoing basis because we're developing a fine
team with caliber here thing.

SP1: Right.

SP4: Also because I'm not in D.C. anymore…

01:05:00  SP1: Right.

SP4: I go there when I need to go there…

SP1: Uh-hm.

SP4: I sit out here with the people…

SP2: **(inaudible)**

SP4: I can get in the car and drive to Detroit and
make…

SP1: Uh-hm.

SP4: something happen…

SP1: Yeah.

SP4: that we cannot send somebody from D.C. out to
make happen…

SP1: Right.

SP4: because I literally show up on somebody's door
step, and I call them 10 minutes out and go, hey, I'm
here, we gotta sit down, let's do this.

SP1: Uh-hm.

Confidential

PVDEF0008593

SP4: One of these people that we have a good relationship with Ben and, uh, Malik Shabazz, he's a minister in Detroit, all the shit that happened yesterday up in Flint…

SP1: Uh-hm.

SP4: the stuff that happened last week in Detroit where Trump came to town, he just ran into a brick wall of people who were, who were like go home.

SP2: Uh-hm.

SP1: Uh-hm.

SP4: That was how we made that happen, is through these local relationships.

SP1: Uh-hm.

SP4: So how that comes down to Voces or to some of the groups in Des Moines or Minneapolis…

SP2: Uh-hm.

SP4: or Chicago, if we really want to make that kinda stuff happen, we have to start buying our way in to have contra… confrontations with Trump…

SP1: Uh-hm.

SP4: directly.

SP2: So that's what, could you imagine, let's say we get, you know, **(inaudible)** on board **(inaudible)**

Confidential

PVDEF0008594

SP1: Well, I just don't, I mean, I can tell you right now that knowing that this is not euphemistic, of what he had in mind…

SP4: Uh-hm.

SP1: there's not much, I don't, I don't want you guys to have your time expended any more with that conversation because…

SP4: Yeah.

SP1: it seems as if, uhm, Charles thought he was having a, a conversation with, uh, with Mr. Creamer that…

SP4: Mr. Creamer…

SP1: they were not, was not comfortable having for a good reasons…

SP4: So, so he, he…

SP1: for understandable reasons.

SP4: he came, Bob came back to me…

SP1: Uh-hm.

SP4: and asked me, what is he talking about?

SP1: Uh-hm.

SP4: I told him what we were talking about…

SP1: What you had been…

SP4: and he said, well, I'm not gonna touch that with a 10-foot pole now, I go, nor should you.

SP1: Good advice.

Confidential

PVDEF0008595

SP4: Nor should you.

SP1: Okay.

SP4: He goes, good, I'm glad you're on the same page there. I said, however, other people can make things happen that you don't need to know about, and he goes…

SP1: So that's…

SP2: He got it.

SP1: that's where, that's where I think this goes…

SP4: Yes, but you need to understand…

SP1: not…

SP4: he's still gonna have to know about it.

SP2: Right.

SP1: Uhm, you mean Mr. Creamer?

SP4: Yes.

SP1: Well, I mean, is that okay as long as it's outside of, okay. Now…

SP4: We talked about lots of things that we don't talk about.

SP1: So there's two, okay, I think there's a road brawl… road block that has been re… as long as we're on the same page that it's maybe not, uhm, the business of Democracy Partners to do. Whose is it? He did, he did drop a, a name, uh, that was relayed to me, Josh Hoyt in Illinois…

63

Confidential

PVDEF0008596

SP4: Uh-hm.

SP1: I understand, and it wa… you know, I asked him well, did, uh, did he mean it in the context of that's someone who would be willing to do it but, but not him, and he couldn't really give me, he, he didn't really, maybe he wasn't sure but he said, yeah, no, and I don't know. So do you know Josh Hoyt?

SP4: Bob is being careful…

SP2: Uh-hm.

SP1: Yeah.

SP4: because of his previous incarceration of being to the letter when it comes to what the lawyers say…

SP1: Uh-hm.

SP4: you can and cannot do.

SP1: Yeah.

SP4: So you understand what Bob was incarcerated for, it's the same thing Rod Blagojevich was incarcerated for, which was legal in Illinois…

SP1: Uh-hm.

SP4: until it wasn't.

SP1: Right.

SP4: Okay?

SP1: Yeah.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 65 of 178

Confidential

PVDEF0008597

SP4: So when we're talking about Don Ra… or Dan Rostenkowski and Rod Blagojevich, Robert Creamer and a few other people…

SP1: Yeah.

SP4: Sandy Jackson…

SP2: Uh-hm.

SP4: Jesse Jackson Jr…

SP1: Uh-hm.

SP4: were talking about a group of people who were playing Chicago rule 20 years ago…

SP1: Yeah.

SP4: who now are both, they're all under the microscope.

SP1: Right.

SP4: There's a whole nother generation of people who don't give a shit…

SP1: Uh-hm.

SP4: and they will do whatever.

SP2: And they're dangerous.

SP1: So, so with that, what, uhm, uh, what Mr. Creamer was doing was steering him toward, uh, do you know Josh Hoyt?

SP4: I do know Josh.

SP1: Okay. And is that someone who…

SP4: I can't speak to that.

65

Confidential

PVDEF0008598

SP1: Uh-hm. I mean, of course not, of course not.

SP4: You need to have that conversation with Josh.

SP1: Would you, would you be willing to…

SP4: We work with him fairly regularly on stuff…

SP1: Uh-hm.

SP4: in Chicago, 'cause, you gotta understand, in Chicago, there's some party infrastructure…

SP1: Uh-hm.

SP4: if you want to make anything happen…

SP1: Right.

SP4: So if Dan Jackowski doesn't do it officially…

SP1: Uh-huh.

SP4: and Bob can't do it unofficially, it falls to people in the, you two may be able to do stuff and Josh is **(inaudible)**

SP1: But that's exactly…

SP4: **(inaudible)**

SP1: that's exactly…

SP4: **(inaudible)**

SP1: what I think we need to, yeah, 'cause that's what, that is why there was this impasse for so long, uhm, and he felt, uh, turns out that, uhm, Charles was right in his intuition about…

SP4: Right.

01:10:00   SP1: Mr. Creamer.

66

Confidential                                                      PVDEF0008599

SP4: And the thing, but also understand, Jonathan and Ann…

SP1: Uh-hm.

SP4: are gonna be really this diverse because…

SP1: Yeah, we…

SP4: you know, Wisconsin was under investigation at the same time as **(inaudible)** for the exact same **(inaudible)**

SP2: Uh-hm.

SP4: The difference between, you know, Wisconsin…

SP1: Uh-hm.

SP1: and **(inaudible)** was that, you know, Wisconsin was following along but **(inaudible)** was violating it.

SP2: I think just…

SP1: That's a whole different…

SP2: the fact that this is, this is such a complicated thing to maneuver…

SP4: Uh-hm.

SP2: is exactly what will turn him on it.

SP1: Like kinda like a chess game.

SP2: I mean **(inaudible)**

SP1: **(inaudible)** for in the dark.

SP4: Well, it always has been like that.

SP1: Yeah, okay.

SP4: **(inaudible)**

67

Confidential

PVDEF0008600

SP1: So…

SP4: Walked that line lots of times.

SP1: So would you be, uh, would you be willing to talk to say, the Josh Hoyt's that can have a conversation with Mr. Roth or with us may be better so…

SP4: I, I think it would be better if we have a conversation with Charles about what he wants to do, and then we architect…

SP1: Uh-hm.

SP4: the white board around what he wants to do.

SP1: I can, I, I can, I, I can tell you what he wants to do. Uhm, it's that and also he wants, he, like I said, he loved what you were telling me…

SP4: Uh-hm.

SP1: and he wants in on that and he wants to, he thinks that he's, he thinks, he pointed out that it hasn't really been happening…

SP4: Uh-hm.

SP1: much lately. Oh, there was, there was, and of course you didn't, I don't even know what it was going to be, uhm, the New York Primary, uh, he, uh, uh, projects, uhm, which I don't even know what it was. Hm, didn't happen, was it saved for a bigger, uhm…

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 69 of 178

Confidential

PVDEF0008601

SP4: I get the impression that because of the Russian hacking scandal…

SP1: Uh-huh.

SP4: that anything that was going to happen in addition to, well, but keep in mind, Vernon Spokes made this a lot more complicated…

SP1: Uh-hm.

SP4: for us to do anything around the primary…

SP1: Uh-hm.

SP4: uhm, because they began to literally do their own buy, buy in operation because they were paying people to canvas.

SP2: Uh-hm.

SP4: and they were buying them off with lots of different things that, there was campaigns that made a strategic decision, I mean, Brooklyn made a strategic decision not to push too far there…

SP1: Uh-hm.

SP4: they pulled back at the last moment. So, uhm, and that's the extent that I know about it because I was right when I was gonna be.

SP2: Uh-hm.

SP4: We've had to be really careful because of the hacking scandal, because some of the project was upside down and people got fired…

69

Confidential

PVDEF0008602

SP2: Uh-hm.

SP4: we have to be really careful to protect what we have left.

SP1: So that aborted, or, I mean, Charles, his impression was and, and obviously there was nothing I could even tell him about but, uhm, at that point it was obvious Trump was gonna be the nominee, so that trying to hurt him in the primaries would be blowing, you know, that opportunity for the…

SP4: **(inaudible)**

SP1: **(inaudible)**

SP4: I had to talk to him about that…

SP1: Uh-hm.

SP4: that's exactly what he's thinking about.

SP1: Okay.

SP4: **(inaudible)**

SP1: Okay.

SP4: because honestly the plan isn't gonna work and they killed our lawyers on the front end…

SP1: Uh-hm.

SP4: there's no reason to go back and talk about it again.

SP1: Mkay.

SP4: Okay? However, with that said there are candidates in other state houses around the country…

70

Confidential

PVDEF0008603

SP1: Uh-hm.

SP4: who need just that much help. We have a congressional candidate here who if, if there were people out there doing that work him, he could do a lot of shit.

SP1: Uh-hm.

SP4: Again **(inaudible)** and, and, and completely change the playing field…

SP1: Uh-hm.

SP4: here in Wisconsin. But you gotta rid of Jim **inaudible)** and Sesenbrenner, through funding, you guys can.

SP2: **(inaudible)**

SP1: And who, who by the way, talk about anti-immigrant, Sensenbrenner.

SP4: Racist asshole, oh, yeah. So if Charles wants to play in that arena, my suggestion to Charles is, okay, lets, let's fund a super PAC and start funding these candidates because honestly, I, I know he wants performance but if he wants performance, so pick the candidates and make them perform.

SP1: I mean, I can, I can, I, I'm with you on that, I mean, the fact that, I mean, yeah, I'm, I'm completely with you.

SP4: I think the media projects is much more viable…

71

Confidential

PVDEF0008604

SP1: Uh-hm.

SP4: and you can put metrics behind it…

SP1: Uh-hm.

SP4: since he's so metric driven…

SP1: Uh-hm.

SP4: that that's a better use of his money and his time.

SP1: He has, from what he's told me, he's, he's donated a lot, uhm, to DNC and, you know, mainly candidates in California but, uhm, that he has done that…

SP4: Yeah, 'cause he's **(inaudible)**

SP1: and he's, he's **(inaudible)**

SP4: But, but they've had several conversations. The last conversation I had **(inaudible)**

SP1: Oh, Christine and, and Mr. Roth know each other? Oh, cool. Uhm, she, well, I was go… okay, so there's no need for an introduction there, uhm, but here's the thing, uhm…

SP4: So you know Christine's part of our **(inaudible)**

SP1: I didn't know she's part of **(inaudible)**

SP4: Yes, she's part of Democracy Partners.

SP1: I didn't know that, I just thought you guys were friends.

SP4: She's working now for Partners.

Confidential                                                        PVDEF0008605

SP2: **(inaudible)**

SP1: She is part of the process…

SP4: Yeah, so she…

SP1: She's, she's, by the way, she's…

SP4: Yes.

P1: Yeah, she's the main, yeah.

SP4: So, you know, you wanna make things happen in California…

SP1: Uh-hm.

SP2: I'm not gonnna say anything.

SP4: she's involved in it somehow.

SP1: I'm gonna get the whole speech from, from, from him, uh, elections aren't, elections aren't won on Sunday mornings, they're won on Saturday night and…

SP4: But…

SP2: But he's right.

SP1: Well, he thinks that every, it's funny because every time we do talk about it, he thinks he's telling me something for the first time, uhm, when it's usually the eleventh or so, but his, uhm,

SP4: We need to stop talking about it, it makes no sense I mean, honestly.

SP1: He, he, he's gonna ask like who set the, who set the rules, who set the rules, uhm, I'm gonna be like,

73

Confidential                                                    PVDEF0008606

I got the Republicans, yeah, so why, how is playing by them going to…

SP4: Well, if you're willing…

SP1: **(inaudible)**

SP4: to pay for a law suit on, on…

SP1: He, I think he…

SP4: **(inaudible)**

SP1: honestly, I think he is.

SP4: you know, ask him…

SP2: And he is.

SP4: **(inaudible)**

SP1: I think, I think that, I, frankly because of his whole dad, you know, his dad, uhI…

SP4: **(inaudible)**

SP1: just went to jail, right? I think, I think…

SP2: **(inaudible)**

SP4: As always, my go to phrase.

SP1: Yeah.

SP2: Yeah.

SP4: with some of these millionaires **(inaudible)**

SP1: Yeah, I mean, that's, he, he doesn't, and I get the sense that he, because his dad went to jail for breaking his, you know…

SP4: Uh-hm.

74

Confidential

PVDEF0008607

SP1: contract with city, uhm, that he's not gonna be satisfied until he sheds some, sheds some…

SP2: **(inaudible)**

SP1: has the, has the, you know, marks on his back too.

SP4: **(inaudible)**

SP2: Right. And really **(inaudible)**…

SP4: And honestly, you know, we're the same way.

SP1: Uh-hm.

SP4: in the way that 10 years ago when **(inaudible)** was playing in Glen Bennings race…

SP1: Uh-hm.

SP4: Uh, Maryland, he bought that race, cash…

SP2: Uh-hm.

SP4: and he bought it cash to make sure that there was a progressive governor adjacent to D.C. because he's focused on D.C. statehood.

SP2: Uh-hm.

SP4: That was his priority.

SP1: Uh-hm.

SP4: So if Charles has a re-enfranchisement priority there's always a way of skimming cash…

SP2: Yeah.

SP4: for it, but that is a long gain cat…

SP1: Uh-hm.

75

Confidential

PVDEF0008608

SP4: and so…

SP2: I think we can sell him on the long gain cat as long as there's…

SP4: He needs **(inaudible)**

SP2: He's gonna run the media **(inaudible)**

SP4: Trump, he's gonna have to start off and fund in a way that Seyer is doing…

SP1: Uh-hm.

SP2: Uh-hm.

SP4: his operation, okay? And Seyer's operation is **(inaudible)** it's not very effective.

SP1: S… so the operations that, uhm, obviously the New York thing, not, no longer on the table, uhm, how, how can, who, uh, how can we get him in touch with, uhm, you know, those, those operations like in North, North Carolina?

SP4: See let me, let me….

SP1: and then, then in…

SP4: then, then, then we have another conversation with Bob…

SP1: Uh-hm.

SP4: about what, how structurally…

SP1: Uh-hm.

SP4: we should handle this so that I'm not violating my contract…

76

Confidential

PVDEF0008609

SP2: Uh-hm.

SP4: with him.

SP1: Right.

SP4: Because if I have to sever my contract with him in order to do this piece so that we are keeping clean…

SP2: Uh-hm.

SP4: then that's another deal.

SP1: This, uhm, and Mr. Creamer's in charge of those….

SP4: Mr. Creamer is the prime consultant with the DNC…

SP1: Right.

SP4: and so any other operations that he does…

SP1: Uh-hm.

SP4: has to run by DNC for conflict of interest,

SP2: Right, I get it.

SP1: Uh-hm.

SP4: **(inaudible)**

SP1: So in terms of like volunteers getting beat up at Trump rallies…

SP4: Uh-hm.

SP1: uhm, which by the way, are, are the they, I mean, they're not volunteers 'cause, right, 'cause, I mean…

Confidential

PVDEF0008610

SP4: They are.

SP1: they…

SP2: **(inaudible)**

SP1: I, I mean, I understand volun…

SP4: **(inaudible)**

SP2: Let me ask you this…

SP1: Right.

SP2: so that's, that's **(inaudible)**

SP1: uhm, I didn't, I didn't really, so I didn't really tell her.

SP2: **(inaudible)**

SP1: mu… I didn't really tell her the details of everything…

SP2: Yeah.

SP1: so…

SP2: I would, I would say, **(inaudible)**

SP1: **(inaudible)**

SP2: I would probably want a little bit of, like I said, **(inaudible)**

SP1: Well, if, I mean if…

SP2: **(inaudible)** people willing to give.

SP1: Well, I f… I mean, fucking 90-year-old women, how does that work?

SP4: Well, here's the problem, here's our problem, here we go, is it outside the rally or is it inside

78

Confidential

PVDEF0008611

the rally? If it's outside the rally it's much easier
to flip because they're starting confrontations in
the line…

SP1: Uh-hm.

SP2: Uh-hm.

SP4: Right? They're not starting confrontations…

SP1: The volunteers?

SP4: in the rally, 'cause once they're inside the
rally, they're under Secret Services control. When
they're outside the rally…

SP1: Uh-hm.

SP2: They're more effective out… they're harder to
get in.

01:20:00 SP4: The media will cover it no matter where it
happens…

SP1: I assume it's always in the rally.

SP4: it's initiating the conflict by having leading
conversations with people who are naturally
psychotic.

SP2: Right.

SP4: Okay? I mean honestly, it is not hard to get
some of these assholes to pop off…

SP1: Right.

Confidential

PVDEF0008612

SP4: it's, it's a matter of showing up, to want to·
get into the rally, you know Planned Parenthood
**(inaudible)**

SP1: Uh-hm.

SP4: or, you know, uh, Trump is a Nazi, you know,
you, you can, you can message to draw them out…

SP1: Uh-hm.

SP4: and draw them to punch you.

SP1: Uh-hm. I, I, what is, I…

SP4: I almost got punched on Fri… on Monday morning,
I mean.

SP2: Did ya?

SP4: I was in a duck costume.

SP1: What in the world could you do, I mean, just to
a fellow human being, to get them to pu… like, I, I,
I guess I just don't understand the psychosis of the
Trump, but, but, but, but…

SP4: **(inaudible)**

SP1: what do you to punch an old lady, like, like,
what, what does…

SP4: That elderly old lady…

SP1: what, what was her **(inaudible)**

SP4: The old lady probably was, you know, I'm gonna,
I'm gonna go in ask him a question about Medicare…

SP1: Uh-huh.

80

Confidential

PVDEF0008613

SP4: and some nut job punched her to keep her out.

SP1: Uh-hm.

SP4: You, you gotta keep in mind though, you know, in 24 hours you see Trump's own head of security screaming at people at the rally…

SP1: Uh-hm.

SP2: So, so do you want a handful of, everybody…

SP1: No, well, I don't, I mean.

SP4: I think it's, I think you, you better off…

SP1: Well, are there…

SP4: initiating those confrontations outside the Secret Service…

SP1: Uh-hm.

SP4: perimeter and just letting it go…

SP1: Uh-hm.

SP4: letting it happen then you are, uhm, trying to insert yourself into the buckle.

SP1: Right, b… but, yeah, I mean, I think you were asking like are the, the volunteers who do this, are, I mean, I think…

SP4: Even the volunteers who just get punched…

SP2: Right.

SP4: they're, it's not because they're volunteering to get punched, it's because they ended up taking it upon themselves…

81

Confidential

PVDEF0008614

SP2: Right.

SP1: Uh-hm.

SP4: and they, personally I'm gonnna say enough of this bull shit.

SP2: I suppose my mental impression is, you know, if that's, one person volunteering, is what happened with them it's another **(inaudible)** Uhm, I can just imagine the effort if you guarantee to have multiple…

SP1: Yeah, and…

SP2: volunteers…

SP1: Is it… are we gonna pay them?

SP4: **(inaudible)** We set up a bird dogging operation that pre-trains and pre-conditions people…

SP1: Uh-hm.

SP4: to take a little bit more risk each time they step out.

SP2: So what…

SP1: So the same people?

SP4: Same people.

SP1: It's like, uhm, it's like a, uhm…

SP4: So have you guys seen the, the calendar, the DNC schedule that we get every morning?

SP1: No.

SP4: Okay. So I'm gonna show you a copy of this and show you how many events we're actually looking at…

82

Confidential

PVDEF0008615

SP1: Uh-hm.

SP4: that we have, we have to motivate people behind.

SP2: Let me you ask you this then, does that mean that they're…

SP1:**(inaudible)**

SP2: I have no idea.

SP2: **(inaudible)**

SP4: We didn't know who she was ahead of time…

SP2: Uh-hm.

SP4: we just had somebody who connected with her…

SP1 :Uh-hm.

SP4: before that rally and we knew that she was putting herself out there to draw fire, that's all we know.

SP1:    So someone, someone that you guys work with contacted her…

SP4: That's what we, that's what we know about it now.

SP1: You put out like a, a secret casting notice, or? I have no idea how that whole **(inaudible)**…

SP4: No, no, no, no, no, no, no, no, no, no, no, it was not preplanned but she was one of our activists.

SP2: She's one of your activists who…

SP4: Who had been through, who had been trained uo to birddog.

Confidential

PVDEF0008616

SP2: Yes.

SP4: See, the term bird dogging, you put people in the line…

SP1: Uh-hm.

SP4: at the front which means they have to get there at 6 o'clock in the morning…

SP2: Uh-hm.

SP4: so that they're getting in front…

SP1: Uh-hm.

SP4: of the rally so that when Trump comes down the rope line they're the ones asking him the question in front of the reporter…

SP2: Uh-hm.

SP4: because they're pre-placed there. To funnel that kind of operation you have to start back with people two weeks ahead of time and train them how to ask questions.

SP2: Right.

SP4: You have to train them to birddog.

SP2: You're putting a very specific kind of person…

SP4: Right.

SP2: Who's gonna get a specific reaction.

SP4: Right, yeah.

SP1: So she was trained?

SP4: So, here's…

84

Confidential   PVDEF0008617

SP1: Or she was not trained?

SP4: She, she was trained.

SP1: Oh, but it wasn't…

SP4: We've trained a whole group of people in North Carolina, South Carolina, uh, New Hampshire, New York, uh, Virginia, here…

SP2: Uh-hm.

SP4: Iowa, to go and insert themselves and try to get into rallies to ask questions.

SP2: **(inaudible)**

SP4: It's a hit and miss kind of thing.

SP2: **(inaudible)**

SP1: Hit, literally hit or miss…

SP4: **(inaudible)**

SP2: Yeah, Hit or miss. I assume you show them afterwards how they did exactly because we've seen, you know, the article and…

P4: So the, the dealing with the press angle, we tell them to direct everything back

01:25:00     in if they don't know what they're doing and so they need some help…

SP1: Uh-hm.

SP4: and then we have somebody help them, and usually it's somebody who's not on contract, and so.

SP1: San Jo… San Jose?

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 86 of 178

Confidential

PVDEF0008618

SP4: Uh, so here…

SP1: **(inaudible)**

SP4: you have a schedule of events…

SP1: Uh-hm.

SP4: we update this on an ongoing rolling basis every morning…

SP2: Uh-hm.

SP4: Okay?

SP1: Those are all the Trump appearances?

SP4: These are all the Trump…

SP2: No.

SP4: and Pence appearances. Tomorrow for instance, we are turning out 500 people in front of the Trump International in D.C. Now I would point out that some of these as you move down the line, that they're further out, those are our opportunities. Back up here, it's too late.

SP2: It's just too, too late for them

SP4: We, down here, these ones that are a little softer, this whole schedule shifts on a daily basis. Just this morning we saw them move Bolingbrook back that started yesterday to the 19th and now to the 27th…

SP2: Uh-hm.

86

Confidential                                                     PVDEF0008619

SP4: while the Trump campaign rearranges their schedule here. We have to have people prepared to go wherever these events are, which means we have to have a central kind of agitator training.

SP2: Yep.

SP4: Now we have a built in group of people in New York who do this.

SP2: Okay.

SP4: We have a built in group of people in D.C. who do this.

SP2: I was gonna say are they, are they localized?

SP4: We have a group of people in Vegas, we have a group of people in Colorado, we have a group of people in Minneapolis. So, you know, if they show up there we can, we can move them pretty **(inaudible)** The problem that we have right now is, people are choosing which fights because of the limits of resourcing behind the project.

SP2: Assume that we book the manager, will they fight.

SP4: Uhm, uh, then you need to check with Bob and see how far he would want to allow them.

SP2: Right.

SP1: Because that's I think, what…

SP2: That's **(inaudible)**

Confidential

PVDEF0008620

SP1: Mr. **(inaudible)**

SP4: I think Americans United for Change, Brad, he's all about this. I mean, this is the same guy…

SP2: All about the **(inaudible)**

SP4: Yes, yes, yes. So, we're all about sending people in to insert if we can train them up and get them there.

SP2: Uh-hm.

SP4: Because the moments are what, what it's all about.

SP2: Absolutely.

SP4: The, the woman who got up in the Town Hall and raised hell and got pushed around, and it was all over every network, she, she was a pre-trained birddog, bird-dogger for a year.

SP1: Uh-hm.

SP2: Wow.

SP4: Yeah, for a year.

SP2: Right. For, for Donald.

SP4: Yeah, and, and, and, you know, she was a military mom…

SP2: Okay.

SP4: you know, and she, she had been doing this stuff around the country and going within three or four states from where she lived, just to get that moment?

Confidential

PVDEF0008621

SP2: Hm.

SP4: She had been going and bird-dogging for a year. So in, in, I mean, like our New Hampshire birddog teams? We started two years ago when I was still back at TPAA and I can do training since six months ago

SP2: And so you've, you've had a certain kind of training maybe who, the kind of, the types of people **(inaudible)**

SP4: So there is certain kinds of people, that when we decided to do this here…

SP2: Uh-hm.

SP4: in Walker?

SP1: Uh-hm.

SP4: I mean…

SP2: That's like a **(inaudible)** by the way **(inaudible)**

SP4: Yeah. They had been vandalized. Uhm **(inaudible)**

SP2: Yeah, I get it.

SP4: **(inaudible)** and that's why Stan Walker wants to be **(inaudible)**

SP2: I can do this stuff all the time.

SP4: You, you, you come over to Conspiracy, I can almost guarantee you a way to, to make it back to Scott Walker, I'm very good at it, and, and, and it's kinda, you know, it's a running hill up here in the Midwest because if Chicago is so close…

89

Confidential

PVDEF0008622

SP1: Uh-hm.

SP2: Uh-hm.

SP4: that we'll, oh, yeah, we paid all kinds of people to come over from Detroit and Chicago and Minneapolis…

SP1: Uh-hm.

SP4: to protest during that **(inaudible)** and we can.

SP2: **(inaudible)** that's true, yeah.

SP4: It, it would have been just common but the amount of money that was behind that iconic protest here, that lasted a, the full two weeks…

SP2: Uh-hm.

SP4: I mean, we're talking millions of dollars, so if somebody wants to do a project where they're inserting conflict into Donald Trump's events around the country, the one event, uh, the one thing I would say is, at this point in time we are not going to insert people into the rally.

SP1: Right.

SP4: If they want to go into the rallies themselves and initiate that conflict…

SP2: Yeah.

SP4: that's fine.

Confidential

PVDEF0008623

SP2: But you, I assume you want the others to reach
out and tell and tell so that they know the event's
happening?

SP4: So in a sense, we, we have plenty of ability…

SP2: Uh-hm.

SP4: to buy lists of people…

SP2: Yes.

SP4: who are currently affiliated with our partner
organizations…

SP2: Uh-hm.

SP4: wherever you want to go.

SP2: **(inaudible)**

SP1: The focus groups?

01:30:00    SP4: So I'll give an example, in Iowa…

SP2: Uh-hm.

SP4: Progress, Iowa.

SP1: Uh-hm.

SP4: has a built in group of people that they can
message who will show up but what they will not do,
is do that unless someone's paying them on the
project because their staff are involved, there's
transportation involved, there's food, lodging,
training, whatever, involved. We have these
organizations around the country who are allies who,
I mean, I use **(inaudible)** who are on the labor side

91

Confidential

PVDEF0008624

but we also have them on our side where we can buy
that list and say, hey, if you want to spend the next
two, two months leading up to the election making
things difficult for Donald Trump.

SP2: So let's say our client wants, you know, you
know Charles, I think he, what he wants is, uhm, a
few specific kinds of people, you know, we have, you
have that list and say he, want he wants is, uhm, an
elderly gentleman who's, you know, **(inaudible)**

SP1: Dem… demographics **(inaudible)**

SP4: No, no, really demographically?

SP2: **(inaudible)**

SP4: getting vets to do things is really easy…

SP2: Uh-hm.

SP4: to say…

SP1: But then, and, and…

SP4: **(inaudible)**

SP1: and they've been in com… they've been in combat.

SP4: Yeah, but that's, that's the like easiest…

SP1: Uh-hm.

SP4: group to get to show up.

SP2: Uh-hm.

SP1: Uh-hm.

SP4: The thing that we have to watch is making sure
there's a double-blinds between the actual candidate

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 93 of 178

Confidential                                                                    PVDEF0008625

and the actual DNC and what we're doing. There's a
double-blind there…

SP2: **(inaudible)**

SP4: so that they can plausibly deny that they didn't
do anything about it.

SP1: Do they know, I mean, Bob Creamer is, I mean…

SP4: Between Bob, myself, Aaron Black, Brad
Woodhouse, a few other people in town, everybody
hears about everything, were basically in the same
room for conference calls.

SP1: Uh-hm.

SP2: With the Russians?

SP4: I have this encrypted system…

SP2: Uh-hm.

SP4: to communicate, uhm, you know.

SP2: So there's double, double-blinds?

SP4: Uh-hm.

SP2: Uhm, when did you **(inaudible)** how does that
work? I made sure **(inaudible)**

SP4: Well, you have separate groups of calls until
you are just able to maintain any plausible wall, we
call it the wall…

SP2: Uh-hm.

93

Confidential

PVDEF0008626

SP4: we maintain a wall around each project so that the people who are not directly in… involved, legally aren't involved.

SP2: So like if, if we, we do, and said we want this kind of person, we want an older male veteran or a group of them if…

SP4: Well, if I define with you the group of demographics that…

SP1: Uh-hm.

SP4: he wants to do that with…

SP2: Uh-huh.

SP4: based on the part of what we already have.

SP2: I see.

SP1: It's, it's like what we have with Simon, like he says go ahead with it but if you, you know, if you guys don't pull ot… pull it off it's on you and I didn't know anything about it and…

SP2: Right.

SP1: you know, but I'm giving you…

SP2: Go for it **(inaudible)**

SP1: but I'm, but I'm giving you the green light to do it.

SP2: Right.

SP1: That, that's kinda what…

Confidential

PVDEF0008627

SP2: But I'm, but I'm just keeping everybody, I know, I know our client and I know exactly the kind of **(inaudible)** he wants.

SP1: Well, he's gonna wanna feel like, I don't, I, I honestly wouldn't worry that much about him micromanaging too much because I think what he…

SP4: Hey, he wants to pay for the lawyer I'll do anything he wants to do.

SP2: Right. He wants that, this is what he wants, like he has a list of what he wants, it's in the newspaper, and you know, to be in **(inaudible)**

SP4: And, and if that is his record, there's plenty of ways to do that.

SP1: Uh-hm.

SP4: But he has to be okay with the fact that they're not gonna say, well, five minutes due to Charles Roth.

SP1: Yeah, yeah, no, no, he's not worried about that.

SP2: **(inaudible)**

SP1: He wants me to, he wants to tell them himself **(inaudible)**

SP2: **(inaudible)**

SP1: So, yeah.

SP2: But this, this is not it, he wants to look, he wants to look and go that's me.

Confidential

PVDEF0008628

SP4: Yeah, that was me.

SP1: Yeah.

SP2: like that was me.

SP1: Yeah, 'cause he wants to tell himself.

SP4: Yeah, and that's fine, that's a different
effect, that's a different situation.

SP1: Uh-hm. He's not worried about actually being
**(inaudible)**

SP4: **(inaudible)**

SP2: Uh-hm.

SP4: And so, therefore, I make that distinction. You
know, Ben and Jerry are the same way.

SP2: Uh-hm.

SP1: Uh-hm.

SP4: But they want to be public about it.

SP2: They do.

SP1: Right.

SP2: They wanna **(inaudible)**

SP4: The dark arts are the dark arts for a reason…

SP1: Hm.

SP4: and what's **(inaudible)**

SP2: Exactly.

SP1: You know what that guy **(inaudible)**

SP2: Uh-hm. **(inaudible)**

SP4: Right.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 97 of 178

Confidential                                                                              PVDEF0008629

SP1: Uhm, so okay, so, yeah, I mean, so I guess the
pur… the **(inaudible)** for that kind of stuff 'cause I
can, I can tell you once that ball's rolling, uhm,
uh, you know, whatever, whatever you, that's the
kinda, like 'cause that's the kinda shit he wants,
he's in for a thrill, like he wants them to feel like
he…

SP4: And honestly, wanna why he **(inaudible)** I'm more
than happy to help architect that…

SP1: Uh-hm.

SP4: so that, that, it's not all Democracy Partners
people who are carrying that ball…

SP1: Uh-hm.

SP4: and that helps things get done too, and I know
Bob is okay with that.

SP2: Can you tell me, just real quick here, uh, you
know, 'cause this is stuff we're gonna use now, but
what is the, the cost per activist that you're
training?

SP4: What, I, I don't have one right now to develop
it. It depends on the level of sophistication they
are on…

01:35:00      SP2: Uh-hm.

SP4: Because, okay, for instance…

97

Confidential

PVDEF0008630

SP2: Like the woman who has been traveling for a year, and we know that shes…

SP4: She's not, uh, mine, she's a volunteer of that,

SP1: Uh-hm.

SP4: Right? Now if we started training people in a formal way and giving them resources, etcetera, you, you're talking, you're talking double-blind contacts where they can't talk to the media about anything and they can make plausible deniability, but then it also comes back to donations…

SP2: Uh-hm.

SP1: Uh-hm.

SP4: and funding and a separate super PAC that is funding that that doesn't claim what they spend on, you know, you're talking some architecture there…

SP1: Uh-hm.

SP4: to protect not only Charles but also the activists themselves who are being hired to do the work…

SP1: Uh-hm.

SP4: and the consultants who are designing the program. Legally from the **(inaudible)**

SP1: Uh-hm.

SP4: from the FDC, from the IRS, you know, there, there's, there, there's architecture there that has

Confidential

PVDEF0008631

to be done within the letter of the law in order to make that happen, and we're running out of time.

SP1:Uh-hm, yeah…

SP2:**(inaudible)**

SP1: so he wants to keep going.

SP2: Yeah.

SP1: Well, it's, I mean, it's already going, right? I mean…

SP2: Or to pump more.

SP4: We can pump, we can pump it up very easily…

SP2: Uh-hm.

SP4: but, literally, like the decision needs to be made next week.

SP1: So, okay, so it would be an expansion of that and are there, d… you, we both I think have an idea of the kind of stuff that's up his alley.

SP4: Uh-hm.

SP1: Is there anything else 'cause I, I just wanna get the, the money from point a to point b and you guys, uhm, and is there anything we can do that would expedite, you know, that by appealing to his appeal. Like, the kinda stuff, obviously it's not like our…

SP2:**(inaudible)**

SP1: our, obviously if it's, if it's during that's, that's what he wants.

99

Confidential

PVDEF0008632

SP4: He would be willing to finance some ads…

SP1: Uh-hm.

SP4: some digital outreach…

SP2: Uh-hm.

SP4: that, that reaches out directly to these people in a massive way, text… texting and investing within a backend that was completely secure and encrypted for the, for the activists involved, and I'm talking black phones and that kinda stuff.

SP1: Right. I'm, uh, how, how is it, wait, I'm sorry, the, the first part made it seem like it's not so, uh…

SP4: When, when you're doing outreach…

SP1: Uh-huh.

SP4: to **(inaudible)**

SP1: Right.

SP4: we can flip it up, we need to buy a list and poll them over the weekend, find out who's interested, get them moved to a central location where we train them.

SP1: Uh-hm.

SP4: in a very rapid way and we're talking, you know, we're talking **(inaudible)**

SP1: Right.

100

Confidential

PVDEF0008633

SP4: a half a million dollars like before anybody
even hits the ground.

SP1: And would that be the same, the same, uhm,
tactic, the same strategy, uhm, that we've been
discussing? Not, not the, not the voting thing.

SP4: The, training piece…

SP1: No.

SP4: to, to get it pull… to get the trigger pulled on
it…

SP1: Uh-hm.

SP4: you're talking about bringing in a lot of people
really fast…

SP1: Uh-hm.

SP4: to central locations, getting them trained,
getting them back out really fast.

SP2: For the, for the rally's and so that means for
the **(inaudible)**

SP4: Yeah.

SP2: Are there other **(inaudible)**

SP1: Bless you. Bless you.

SP4: I think the advertising…

SP2: Uh-hm.

SP4: behind…

SP1: Stuff that's gonna tickle his fancy though.

SP2: We've got that but I mean, I need the…

101

Confidential                                                                      PVDEF0008634

SP1: **(inaudible)**

SP2: the **(inaudible)** stuff is what I wanna be able to back and say…

SP4: The, the **(inaudible)** stuff? Uhm,

SP2: **(inaudible)**

SP4: uh, I, I think the bird-dogging project and the media projects…

SP2: Uh-hm.

SP4: are the two big ones…

SP2: Yes.

SP4: that, if he wants to make a big difference…

SP1: Uh-hm.

SP4: spend money with radio ads…

SP2: Right.

SP4: spend money with TV ads.

SP1: Right.

SP4: and a hard hitting message…

SP1: Above the board.

SP2: And I think we can sell him on that.

SP4: Above the board and then the, and then the, below, the below the radar stuff…

SP1: Uh-hm.

SP4: find out what his, what his take for risk is….

SP2: Well, I think we know.

Confidential

PVDEF0008635

SP1: Well, well, I think, what I, well, it's like if, it almost felt like, at, at first I was like, oh, this is great, I love this guy, now it's like frustratingly, uhm, hid, I, he, he was, he had, he has frustratingly a lot of taste buds for…

SP4: Well, what, what I would…

SP1: for risk.

SP4: say to you guys is…

SP1: He wants, he wants to…

SP4: you guys is, he needs 10 friends.

SP1: And that's what he's been looking for, I mean, to be, to be honest.

SP4: He needs 10 friends who are also as risk…

SP1: That's what he, uh, yeah, I mean, that, and that's kind of what I…

SP2: He hasn't told me…

SP1: was indirectly…

SP2: but yes, I mean, he has, he has…

SP1: That's what he's looking for.

SP4: If everybody's gonna be sky diving the team needs to go sky diving together.

SP2: I agree.

SP1: Uh-hm.

SP2: I agree.

SP4: **(inaudible)**

103

Confidential

PVDEF0008636

SP1: And that's what he needs to know, is who are those friends and since he is not…

SP4: Well, he has those friends already in San Francisco, he knows half a dozen people, I guarantee you, who are like him, Rich Eychaner out in Des Moines, Fred Eychaner down in, in Chicago…

SP1: Uh-hm.

SP4: Uhm, Annie Frisker, I mean, people who have the money…

SP2: Uh-hm.

SP4: to drop a hundred thousand…

SP2: Uh-hm.

SP4: half a million…

SP1: Uh-hm.

SP4: on a special project that is completely dark arts…

01:40:00 SP1: Uh-hm.

SP4: if that's they want to do. That is a conversation at his level.

SP2: Yeah, yeah, yeah, Jonathan.

SP4: it is different than having that conversation…

SP1: Uh-hm.

SP4: with Bob or myself because it's, it's about legal fees…

SP1: Uh-hm.

104

Confidential

PVDEF0008637

SP4: and architecture. Who's the lawyer who's gonna do it and, you know, it also has to be a, a reality that there are gonna be people arrested out of this.

SP2: Uh-hm.

SP4: Are they gonna be defended?

SP2: Well, and that's the thing is like I, uh, in so many words, like most of our conversations, he, it is very clear to me that he, he has the funds

**(inaudible)**

SP1: We…

SP2: At any cost really.

SP1: The very fact that he wants to actually like, like, will reward the activists who are going to the Trump rallies.

SP4: They, they are available…

SP1:and I mean, I think that's…

SP4: they are available but I will say we're getting very short on time.

SP2: He asked me how much do you think it would cost, he asked me **(inaudible)** but he said, how much would it cost to get **(inaudible)**

SP4: And I would, I would need to, I would need to, well, okay, so…

105

Confidential

PVDEF0008638

SP2:25, I mean they'll do it for anything, they'll do it for **(inaudible)** gift card, I mean, but the point is…

SP4: When they go the hospital, who's paying the bill when they…

SP1: Uh-hm.

SP4: walk out the door? That's the question.

SP1: That's, I don't, I, I, I really don't see that being a problem…

SP2: I don't either.

SP1: with, with Charles, I, I mean, because it's something tangible, right?

SP4: And how do we, and how do we manage that…

SP1: Uh-hm, Uh-hm.

SP4: process…

SP2: That…

SP4: to make sure…

SP2: That, that we'll have to stress.

SP4: that that person, if the person has a lawyer…

SP1: Right.

SP4: on call to make…

SP2: Uh-hm.

SP4: to make that happen, yeah, if we relayed whatever, however you wanna do it.

106

Confidential

PVDEF0008639

SP2: I think we know if they're going in, we have to get them at the hospital, we have to **(inaudible)** first.

SP1: But this hasn't been the m.o., uhm, so far because they've been volunteers, right? It's a, it's a game changer if he's actually paying out…

SP4: Every IE who has done their **(inaudible)** stuff has done something on a specific issue and it's been…

SP1: Uh-hm.

SP4: because those activists are committed to that issue, when you go pay to play, it's a whole different level of people and it's a whole different level, level of being willing to play **(inaudible)** with the press.

SP2: In your experience then with those kinds of people, it would just depends **(inaudible)** go into the hospital is where, that's, if you've been involved with that **(inaudible)** been working with?

SP4: We're getting very tight

SP2: Yes.

SP4: to be able to execute anything within the last three days of the…

SP2: Have you done it that, that quick?

SP1: But I mean, I…

SP4: I, I haven't for a long time.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 108 of 178

Confidential                                                                                  PVDEF0008640

SP1: Uh-hm.

SP2: Okay.

SP4: See, see the unions can pull the trigger on that shit…

SP1: Uh-hm.

SP4: anytime, but they don't do that anymore…

SP1: Uh-hm. But it doesn't, I mean, this is obviously not something that, this is something that you guys are already doing, it's not something that needs to start on a blank canvas, 'cause that's what, I mean, that's why, what he wants to do, he wants to expand it.

SP4: And I'm saying anytime that you wanna do that kinda project there are certain group of people who, who are automatically paid…

SP1: Yeah.

SP4: **(inaudible)**

SP2: And you know all the people, we don't need to know that.

SP4: Right.

SP1: Uhm, so you're good at that, but the question is who does, or who does Charles **(inaudible)** he, do we just set him up with you, uhm, since, I, you're, you know, obviously your responsibility is to protect Mr. Creamer…

Confidential

PVDEF0008641

SP4: Uh-hm.

SP1: uhm, so can we…

SP4: And Mr. **(inaudible)** and Mr. Woodhouse.

SP1: Yeah. Of cour… uhm, so, I mean, should we just have him just deal directly with you, I guess?

SP4: Let me, let me call Bob and Brad…

SP1: Uh-hm.

SP4: and get them on the phone, have a conversation about this next level that he wants to go to and find out what their appetite is for this, because they're a national level…

SP1: Uh-hm.

SP4: it's harder for them sitting there because of the number of organizations offencing that…

SP1: Yeah.

SP2: Yeah.

SP4: for them to say **(inaudible)**

SP2: And another option too is, if they don't wanna deal with it **(inaudible)** they can deal with it.

SP1: Well, just to be clear, and, or, 'cause we're talking about the, another level, uhm, his understanding is, it's a level that's al… that he wants, that already exists, that he wants to get in on rather…

SP4: I understand that.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 110 of 178

Confidential                                                    PVDEF0008642

SP1: he wants to be, he, he, he doesn't necessarily saying let's **(inaudible)**

SP4: I have to look at my risk too…

SP2: Uh-hm.

SP1: Yeah.

SP4: and I will be more than willing to have the conversation with him myself one on one when I say this is too much for the team to handle…

SP1: Uh-hm.

SP4: So we have to dial it back to this level…

SP1: Uh-hm.

SP4: and let him make a choice whether that's okay with him or whether he thinks that's a waste of money, and that's fine…

SP2: Uh-hm.

SP4: you know, that's okay, that's what, that's, you know, that goes back to the nexus of the original conversation that we had…

SP1: Uh-hm.

SP4: where we said, hey, you know, there's some stuff that's here that some people will do…

SP1: Yeah.

SP4: there's some people, there's some stuff that down here people will do, and then there is some

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 111 of 178

Confidential                                                                PVDEF0008643

stuff, this right here, thea this number of people
will do.

SP1: Uh-hm.

SP4: And getting to that level now, it's getting a
little late…

SP1: Uh-hm.

SP4: to, to make it, 'cause the front end of training
everybody and getting everybody in a disciplined
pipeline, is very hard right now.

SP2: You gotta…

SP1: So this is…

SP2: stop that.

SP4: We have a part of it but nobody has funded the
really…

SP2: Okay.

SP4: tough jobs.

01:45:00     SP2: Because if somebody…

SP1: So that's, that's where he comes in, and
frankly, he'd like, he, I don't, the only thing, the
only original thing he has that he would contribute
is the re-enfranchisement…

SP4: Uh-hm.

SP1: surrogate voter thing.

SP4: Uh-hm, Uh-hm.

111

Confidential

PVDEF0008644

SP1: That's really his only thing, He, he had that
idea and he thinks he's, hey, okay, but, he, it's,
it's stuff that you guys are already doing…

SP4: Uh-hm.

SP1: that he wants in on…

SP4: Uh-hm, Uh-hm.

SP1: So I mean, if there's already things in place,
it's not like a matter of, yeah, I mean, there, there
is 60 days to, to the election…

SP4: Uh-hm.

SP1: but whatever, whatever's already set up,
whatever is already in place that just needs, you
know…

SP4: I would also say, I would also say, you know, if
you wanna cause trouble with Trumps operation…

SP2: Yes.

SP1: Uh-hm.

SP4: if that's really what he's going for,
immediately disrupting his operation and seeing like
if they've been disrupting our operation.

SP1: Uh-hm.

SP4: Capiche? You know, it's not like there aren't a
group of German hackers or Finnish hackers or
Canadian hackers or U.S. hackers who hate Donald,
Donald Trump, there's all of that.

112

Confidential

PVDEF0008645

SP1: Yeah, but I don't…

SP4: But I know what you're dealing with now, is you're dealing with Secret Service.

SP2: Yeah.

SP1: Uh-hm. Now I don't know anything about the, the hacking end of, I mean, so.

SP4: I guarantee if he has some friends in San Francisco who know all about it.

SP2: Uh-hm.

SP1: Uhm…

SP4: And so…

SP1:so we can, I, I can ask him, yeah, I mean…

SP4: I mean, here's a protected, that he uses to do his job everyday…

SP1: Uh-hm.

SP4: is protected.

SP1: Uh-hm.

SP4: He understands what the same people who protect him can do…

SP1: Uh-hm.

SP4: if the, uhm, if the parameters are defined properly on the other side of the fence…

SP2: Uh-hm.

SP4: anybody who works in our business does.

113

Confidential                                                                     PVDEF0008646

SP1: Uh-hm. So, okay, so I guess that's a matter of setting it up with him. As far as the re-enfranchisement thing, uh, what would, what would you say to him if you were me?

SP4: Yes, what I would say to him is, let's get Voces taken care of, that's my top priority because loyalty matters, you deliver for loyalty, they deliver for you…

SP2: Uh-hm.

SP1: Uh-hm.

SP4: and that's here, that's Detroit, that's Virginia, that's Vegas, that's how that works. So if he wants to go and get that done he can get that done today. I can call Christine and we, I can get what, what figure they're short and we do it and I call Bob and say we need to fast track this right now. I need **(inaudible)** off to be able to do this and get it taken care of so that this is put to bed and we are moving on to the next project.

SP1: Uh-hm.

SP4: He will be fine with that.

SP1: That's just a donation.

SP4: That's a donation…

SP1: That's not, that's not his thing.

SP4: but, but for us, see he told Bob…

114

Confidential

PVDEF0008647

SP1: Uh-huh.

SP4: was that he wanted to **(inaudible)** he's closing the door to **(inaudible)**.

SP1: Right.

SP4: Alright. We're happy he's with us. Voces is happy he's with us…

SP1: But that's the…

SP4: but the brunt of the, the, the, the ads needs to go on the air by Wednesday…

SP1: Uh-hm.

SP4: you know, we gotta get these in the pipeline so what I would suggest is, where you guys going next?

SP1: Uhm, back to, I'm going back to L.A.

SP2: Yeah, we're **(inaudible)** L.A., but.

SP4: So Voces gala is Saturday night…

SP1: Uh-hm.

SP4: Highly suggest when you guys have a conversation, for him to get on a plane to **(inaudible)** if he wants that dressed with him.

SP2: You think the **(inaudible)** gonna be with, with you.

SP4: I also think it's something that he would really like, alright.

SP2: I think it will too.

115

Confidential

PVDEF0008648

SP1: You mean to, to Bob, to come to the, to come to the gala?

SP4: Bob, Bob probably can't come up from Chicago unless I tell him you need to be here.

SP2: Okay.

SP1: And I say Bob just because I refer to him, subconsciously said it because he's been saying Bob, uhm, I'm not a Bob basis with Bob, with Robert, uh, Creamer, but, uhm, what I meant was, uhm, uh, Mr. Roth, uh...

SP4: Charles, Charles, if he wants to be in with these people.

SP1: You're saying he should go...

SP4: He needs to come.

SP1: to just, to get to know them...

SP4: Exactly.

SP1: and then...

SP4: Yes.

SP1: prior to any talk of re-enfranchisement.

SP2: Now we need to talk about it in the meantime.

SP4: The talk just happened, I mean, they're, they're, they're waiting for me to call them and say, the money's coming.

SP1: Voces, the Voces, and the re-enfr... the, Roth's idea...

116

Confidential

PVDEF0008649

SP4: Uh-hm

SP1: has been, that conversation has had…

SP4: No, the DNC.

SP1: with Voces?

SP4: The high level conversation, no, 'cause I'm trying to protect them **(inaudible)**.

SP1: Well, uh, okay, and just, just so I understand, 'cause I thought that that was sort of a non-starter, uhm, the, his whole surrogate voter thing.

SP4: The, the surrogate voter thing is, it's not possible to do at this time.

SP1: That's what I mean, by re-enfranchising though.

SP4: You meant in the next 60 days?

SP1: Uh-hm, yeah.

SP4: He, we don't, we don't have the time to get the re-enfranchisement program as we discussed it…

SP1: Uh-hm.

SP4: and keep it legal…

SP1: Uh-hm.

SP4: and double-blind, we just don't have time…

SP1: You mean, leg… legalizing it?

SP4: for here.

SP1: 'Cause it's not legal, so it's not legal what he wants to do?

117

Confidential

PVDEF0008650

SP4: Oh, uhm, I think not.

SP1: I mean, pay... paying, paying people to vote on behalf of other people...

SP4: Uhm...

SP1: and using **(inaudible)**

SP4: So, so paying people to relocate to the state of Wisconsin in order to vote, we're literally just running out of time for them to, you know, register to vote.

SP1: Right.

SP4: And it's a same-day registration.

SP1: That's...

SP2: That's what may be illegal.

SP4: They need to be willing to give up their vote somewhere else in order to do that which **(inaudible)**

SP1: His, his vision is they, originally it was bussing form County to County.

SP4: That we just, we really can't, we can't.

SP1: Just with the addresses and the...

SP4: **(inaudible)**

SP1: employer issue that you're **(inaudible)**

SP4: **(inaudible)** They're too wired, they're too wired up here, they're too wired up.

SP1: Okay.

SP4: It's just not possible.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 119 of 178

Confidential

PVDEF0008651

SP1: So that's something we're, we're…

SP4: Yes. Yes.

SP1: just gonna have to break the news to him on, unless there's other…

SP4: There's not another avenue.

SP2: What's, what's…

SP1: Uh, well, Josh Hoyt?

SP2: No.

SP1: No? Okay, so…

SP4: He, he doesn't have any other **(inaudible)**

SP1: Oh, okay.

SP4: He'll, he'll say he does.

SP2: Well, okay.

SP1: Well, okay, so it's really, I think this is the selling point, we tell him, uhm, we get him in on this, on this, uhm, uh, bird… uh, bird…

SP4: With the, the bird-dogging, the aggressive bird-dogging.

SP2: That comes with the media.

SP4: And the engagement. What I, what I call it conflict engagement.

SP1: Uh-hm.

SP2: Uh-hm.

SP1: That's, that's your, that's your version of re-enfranchisement.

119

Confidential

PVDEF0008652

SP4: Conflict engagement in, in the lines at Trump
rallies, we're starting anarchy here. You need to
understand that we're starting anarchy.

SP1: But that's what he wants to hear was…

SP2: That is wants to do.

SP1: And, and in San Jose, was that, okay, so that
was, that was you guys too?

SP4: No, no.

SP1: Okay.

SP4: That was a, it was a whole different…

SP1: That was a whole different animal. That's the…

SP4: You gotta understand…

SP1: but is that what you're talking about, is that
in Chica… I guess Chicago is what I meant.

SP4: It's more people to turn out that **(inaudible)**

SP1: Uh-hm.

SP2: Yeah.

SP1: Which is…

SP4: But what you gotta do is do it on a big enough
scale to, every time we know that he has an event
scheduled we start running ads.

SP2: Let me ask you this. Uhm, North Carolina thing,
**(inaudible)** whatever, but when you go to him…

SP1: She's from North Carolina…

SP2: talking about this, I, don't think **(inaudible)**

Confidential

PVDEF0008653

SP4: Oh, that's right.

SP2: Uhm, unfortunately **(inaudible)**

SP1: And lived there for a while.

SP2: but, uhm, what else can we point to and say but this is a similar thing, and if, if you, if you encourage the media and, and, and you fund this and you get…

SP4: **(inaudible)**

SP2: **(inaudible)** you need talk about Senator Sayers…

SP4: That very important. I think he likes to take pictures with the duck head and everything.

SP4: Uhm, the, the duck, the signs, the, and, you know, I can give you guys samples, I have it, I have it, but it's not really viable for what we're gonna get done in the last 60 days. The question really becomes what we can get done in the less, the last 60 days…

SP1: Uh-hm.

SP4: and that's, and I think the aggressive bird-dogging program…

SP1: Uh-hm.

SP4: the media outreach program in Spanish is, are the two spots.

SP2: I think if he knows the, the confrontation…

SP4: If, if he wants…

121

SP2:happened. He is **(inaudible)**

SP4: If he wants to boot camp it, I, I can get it set up in five days. What's his time you think he can get there?

SP1:I don't have a sense of that yet.

SP2: Okay. And you, okay, so there's no like minimum you think like I could at least get this many people, you just have...

SP4: I, I just don't know the answer. I need to have some conversations...

SP2: Okay.

SP4: with the people who can reach out to their lists...

SP2: But you do thinks it's possible? I mean **(inaudible)**

SP4: Yeah, yeah.

SP1: Just, just so we're on the same page though, I mean, it, like in terms of the, the re-enfranchisement, that's what he wanted to have a more micro-managerial...

SP4: It's too complex.

SP1: Yeah, but, uhm, with the, where, uh, engage of conflict engagement?

SP4: Conflict engagement.

Confidential

PVDEF0008655

SP1: That's something that he wants to help out with whatever is already on the ta… whatever you guys are already doing, whatever's already set up…

SP4: So the, the conflict program…

SP1: Yeah, and if he wanted to expand it.

SP4: we start paying people to go and aggressively birddog?

SP1: Uh-hm.

SP4: That's, that infrastructure sits there. You, you put a gift card with that assignment.

SP2: **(inaudible)**

SP4: Because it's a fact.

SP1: But would it be more advantageous for him to be funding the outreach to those activists? Uhm…

SP4: Oh, to the activists?

SP1: Well, well, yeah. So in addition to, but, and you're saying it's, it's, since these people aren't always paid.

SP4: It's an all and all.

SP2: He's saying **(inaudible)**

SP4: Well…

SP2: and then there's other interests in….

SP4: Well, well, with him you're **(inaudible)** the people who are showing up to support them and then

123

Confidential

PVDEF0008656

you plant them and a few other people, in the midst
of those people.

SP1: Uh-hm.

SP2: Oh, so I see, I see.

SP4: They're playing a role.

SP2: So you have, let me just see **(inaudible)**

SP4: **(inaudible)** it is theater, they're putting on a,
a magic show.

01:55:00  SP2: Uh-hm.

SP4: With a magician, how many people are planted in
the audience to be part of the show?

SP2: Right.

SP4: Right. So you have to role play that too…

SP1: Uh-hm.

SP4: so there's a playing process because the people
who are already bird-dogging, are already kinda
**(inaudible)**

SP2: Those are the magicians, correct.

SP4: They're the magician's assistants.

SP2: Uh-huh.

SP4: In this case there's no magician.

SP1: 'Cause for, as an, for Evan, there… there's no
fight club.

SP2: Uh-hm.

SP4: There's a script.

124

Confidential

PVDEF0008657

SP1: Oh, there is a script?

SP4: There's a script.

SP1: Okay.

SP4: There's a script of engagement. Sometimes the crazies buy it and sometimes the crazies don't buy it, and somebody needs to be okay with the crazies not buying anything…

SP2: Uh-hm, Uh-hm.

SP4: because you have to get them agitated from **(inaudible)**

SP2: Well, eventually, they would.

SP4: Okay. Okay. oh, yeah.

SP2: And so that's really automatic **(inaudible)**

SP1: Doesn't this…

SP4: And, and, and as things heat up it doesn't matter and it's getting really hot.

SP2: Yeah.

SP4: **(inaudible)** I like I was told that I needed to go kill myself by three different people the other day.

SP2: Well, that's not **(inaudible)**

SP1: The, it was, the…

SP2: **(inaudible)**

SP1: the script itself is suppose… is supposed to do the agitating though…

125

Confidential

PVDEF0008658

SP4: Well…

SP1: or is that, the agitating…

SP2: **(inaudible)**

SP4: The, the, the script…

SP1: or to get them agitated I meant.

SP4: when I say a script, it's a script for the whole play…

SP1: Uh-hm.

SP4: and how it plays out. It is a situation that you are setting up in the line at these locations all over the country until one pops.

SP1: Uh-hm.

SP4: And so it's programmatic…

SP1: Uh-hm.

SP4: everywhere along you go.

SP2: Uh-hm.

SP1: So, okay, so that, yeah, I, I, I didn't wanna, I didn't tell her like all the details of the thing, uhm…

SP4: But it's, it's like producing…

SP1: But, and so I, I was like I wanted to leave that up to you.

SP4: it's like producing a sitcom.

SP2: Uh-hm, yeah.

SP4: It's like producing a podcast…

126

Confidential

PVDEF0008659

SP2: Uh-hm.

SP4: only it's a public thing that you're doing, and you're having the live stream camera there, and so there's some architecture that has to go with it to make sure it, it gets captured and then it gets re-disseminated.

SP2: And that it works…

SP4: **(inaudible)**

SP2:**(inaudible)** it's like a, you know.

SP4: Is that really hard to make something org… organic?

SP4: It's much harder to actually get it **(inaudible)**

SP2: Okay.

SP4: Yes.

SP2: Is it or… organic by design.

SP4: Organic by design, exactly.

SP2: But that's not a good look if any, if you know, if our…

SP4: Your average viewer doesn't know the difference you guys. Wag the dog…

SP1: Uh-hm.

SP4: has been happening for a long, long time, it's been happening since the 90's.

SP1: Uh-hm.

SP2: Uh-hm.

127

Confidential

PVDEF0008660

SP4: You know, I mean I got Chris to cry on camera once.

SP2: Oh.

SP4: What do you think I had to buy him to get that? He's a priest I mean, you don't do that.

SP1: I need to hook you, you and, uhm, I mean…

SP2: **(inaudible).**

SP1: who do I give, uh, you, uh, yeah, I mean, you said you haven't met him in person, right?

SP4: I've not met him in person.

SP1: Yeah, I just, I think that that was, he would just…

SP4: But that's our thing, our thing is to get out here and…

SP2: Yeah.

SP4: really, really go.

SP1: Yeah.

SP1: To be honest though, I did talk, kinda talk him out of get… have, 'cause I, I was like, dude, it sounds like someone's not cutting to the chase here and it turns out…

SP4: Obviously we did.

SP1: Yeah, yeah, that's what I, but, but Roth, uhm, but Roth is not really, has not been cutting to the chase. I think because he's been sensing that from,

128

Confidential                                        PVDEF0008661

uh, from Mr. Creamer. So that's why I was like, uh,
okay, when you wanna come back to me I will, I will,
I will go out there and, but we're gonna have to,
were...

SP4: Oh, **(inaudible)**

SP1: 60 days away, we're...

SP4: **(inaudible)**

SP1: we're gonna have, we're gonna have to **(inaudible)**
with brass tacks 'cause we, you know...

SP4: **(inaudible)**

SP1: we don't have time to like feel each other out,
we need to know right, you know, so, so, yeah, that's
the kinda shit he wants to do and, uhm, stuff that's
already in motion, 'cause he does not, he's, the, the
truth is beyond the, the re-enfranchisement thing,
he's not necessari... he kinda, it's more like he wants
to feel like he was part of the creative process and
he really has anything creative, creative to offer.
Uhm, so it would kinda have to be stuff that's already
set up or just needing financing and...

SP4: Tell him he has a time table to go wherever I
need him **(inaudible)**

SP2: Is there, what else do you guys have other than
the **(inaudible)**

SP1: But you guys would have to, of course...

Confidential

PVDEF0008662

SP2: Put the idea?

SP1: sorry.

SP2: You've got the, the bird-dogging, etcetera. Is there anything else that needs, all it needs is money and if that **(inaudible)**

SP4: This media stuff in particular

SP2: And, and the media part of it too.

SP1: Yeah.

SP2: **(inaudible)** that's fine, if that's, that's, as long as it becomes.

SP4: So to me…

SP2: Yeah.

SP4:4: Let me get trained up a group and we host around the country to all be lockstep…

SP2: Uh-hm.

SP4: beat the hell out of these assholes…

SP2: Yeah.

SP4: in every congressional district that we can, is really sexy.

SP2: I agree.

SP4: And it's a long term legacy thing…

SP1: Uh-hm.

SP4: that when you look back on it, there are few people in this country who can pull the trigger on that kinda stuff.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 131 of 178

Confidential

PVDEF0008663

SP2: And that's what he wants there.

SP4: Like Wichita...

SP2: Yeah.

SP4: you know, like those guys. They can pull the trigger on that kinda shit...

SP2: Uh-hm.

SP4: that's what I would love to see...

SP2: Uh-hm.

SP4: but there are very few people who really can put their money where their mouth is on that kind of deal.

SP2: If we can,

02:00:00 if we can deliver that, which I, I think we can, that's all good, and he wants that legacy, but he's also, he needs that, uhm, that instant gratification.

SP4: The, let me put it this way, if the will is there and the money is there...

SP1: Uh-hm.

SP4: The goals can be constructed around the will.

SP1: Uh-hm.

SP2: And you're clear about the goals.

SP4: Right. So...

SP2: If, if and you're...

131

Confidential

PVDEF0008664

SP4: Within, within the parameters of having everybody who's involved at the grass roots level covered…

SP1: Uh-hm.

SP4: That's my demand on that…

SP1: Uh-hm.

SP4: because the one thing I'm never gonna do is have some kid get punched out at a rally and then not have his doctor bill and his legal bill, if he gets arrested, go for it.

SP2: Well, that's, that's…

SP1: And you guys, and, and you guys have that it in place but not, but, the, he could, but Roth could help expand that so you have more volunteers, right?

SP4: We have, we have, we have it in place, it needs to be funded.

SP1: Yeah, great, great.

SP2: And if we fund that's fine.

SP1: There we go.

SP2: But we also wanna know that, that, that if grandma **(inaudible)** and Uncle Joe get involved there's, there also benefit, that's, that's an option?

SP1: Well, of course, right?

132

Confidential

PVDEF0008665

SP2: That's, that's, that's the shocking thing, right? That the **(inaudible)** but the other people **(inaudible)**

SP1: Oh, yeah, well, yeah, yeah, which…

SP4: You remember **(inaudible)**

SP1: And her, and her, her bills were covered **(inaudible)**

SP2: **(inaudible)** obviously.

SP4: We can, we can **(inaudible)** and act in, and any demographic that you want, we can cast them…

SP1: Hm.

SP4: and I use cast very loosely.

SP2: Right, and…

SP1: Uhm…

SP2: Right, and if we…

SP1: Sorry.

SP2: if we, if we make the, the funding happen you write, you can kind of take care of how that works?

SP4: Yeah.

SP2: You have the system in place?

SP4: We have the system in place.

SP2: To cover the people who are there?

SP4: And we have the, and we have the guy in, which you guys probably have heard of him but I will not say his name, you've heard of the guy…

133

Confidential

PVDEF0008666

SP2: Uh-hm.

SP4: who has the experience doing these things, who can help me work through the complicated script piece…

SP1: Uh-hm.

SP4: to make sure it gets the **(inaudible)**

SP2: Yeah.

SP4: I mean, so that's the hard part, the **(inaudible)**

SP2: Which we cannot…

SP4: Right.

SP2: we, we can only be the **(inaudible)**

SP4: Right. The **(inaudible)** is, it's our part.

SP2: Our, our, our people, uhm, are actors who **(inaudible)**

SP4: Yes.

SP2: end up in, in the hospital which they expect. And you know what? That's, that's their badge of honor, uh, then they, they get to do the, but, but you have a system in place, i just really just wanna make sure because what I wanna tell him is, just give us the money.

SP4: We have the people in place to execute that piece of it. We had some aggressive bird-dogging…

SP2: Uh-hm.

SP4: the aggressive stuff but he needs to understand…

134

Confidential

PVDEF0008667

SP2: Uh-hm.

SP4: that his, his results-based approach, this is art not science.

SP2: I think with, when the media comes involved, that's what we can make him…

SP4: Okay. I just wanna make sure he understands this is art…

SP1: **(inaudible)**

SP4: and not science. This is theater production…

SP2: Uh-hm. So it's about the **(inaudible)**

SP4: Not the fake one.

SP1: Uhm…

SP2: But it's actually real.

SP4: I mean, if you understand it's Hollywood influence, yeah.

SP2: Yeah. I think that's great.

SP1: The uhm, the, it's not a matter of the, the volunteers that have been in place that they have not had their bills, their, I would think 'cause, I mean, that woman had a condition, right? She had a, uh…

SP4: I, I don't know **(inaudible)**

SP1: Right. It's, so it's a matt… it's, it's, the, it's a matter of getting more people to be…

SP4: This is video-com.

SP2: I think that is.

135

Confidential

PVDEF0008668

SP1: We have PD.

SP2: Yeah.

SP1: Uhm, but her bills were covered for the…

SP4: **(inaudible)**

SP1: Okay. So, hm, 'cause I mean, I think if I were to tell him like, hey, for instance, that lady, her bills were not covered, here's where you can come in, he'll be like, oh, my God, here's a bunch of, you know, here's a bunch of, 'cause he'll, he'll be, he, he, he really appreciates what they're doing and he wants to, you know….

SP4: And any of that kind of stuff…

SP1: In any way he can honor them.

SP4: that is, that is part of the mechanical piece. That's a, that's a, at their interview process…

SP1: Uh-hm, yeah.

SP4: where you say, okay, we got this one and this one and then this one and this is where that needs to go and, you know.

SP2: And you're dealing with that?

SP4: Well, our, our team is dealing with that.

SP2: Your team?

SP1: And, and I'll, well, I'll do everything in my power, which, uhm, was proven to an extent. I, I

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 137 of 178

Confidential

PVDEF0008669

talked him into giving that, you know, that money for this.

SP4: Right.

SP1: Uhm, which, uh, in, and I'll keep, I'll see how much latitude I still have.

SP4: So why are we just sitting here? Sam just texted me and asked me if we had gotten things done on our media program. So why don't you call him and find out what his, his appetite for that extra 40 grand is?

SP1: Yeah, and Mr. Roth?

SP4: Yes, and then let's talk tonight…

SP1: Okay.

SP4: so that I can at least call Sam and go, you know, uh, here's what we're gonna do…

SP2: On Monday.

SP4: we're gonna have Charles actually come out to the gala and then we're gonna tackle the shit out of him.

SP1: So should he sti… he should still go to that even if, uh…

SP4: I'll take him.

SP1: even if the Voces aren't gonna do the…

02:05:00    SP4: I'll take him.

137

Confidential

PVDEF0008670

SP1: Even, even if, even if, the, uh, the, the, Voces
are not gonna be necessarily carrying out his re-
enfranchisement?

SP4: Uhm, they'll do, okay, so here's, that re-
franch… enfranchisement program, the old one that…

SP1: Uh-hm.

SP4: we had talked about, cannot be executed now, he
needs to understand that, but if he wants to re-
enfranchise the people who are actually doing stuff…

SP1: Uh-hm.

SP4: he needs to come to the Voces gala…

SP1: Okay.

SP4: and we buy a table and we all go.

SP2: There's some more information that you barely
ever see.

SP4: There's also a personal commitment that he needs
to be and on the ground and meet with people.

SP1: Show his face.

SP2: I get that, this is what I'm asking, is there
more information **(inaudible)** we could get that, that
can…

SP4: Yeah, there's the emotional connection.

SP2: There's the emotional connection…

SP4: Yes.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 139 of 178

Confidential                                                                 PVDEF0008671

SP2: But is there, is there a special, we need to give him the **(inaudible)**

SP4: I mean, my feeling is that, deliver him and sh… and introduce him to the…

SP1: Uh-hm.

SP4: people who are doing the work, is key to getting them to do the work.

SP2: Okay.

SP1: Uh-hm. I'll, I, and I will give him the hard sell and why, why he, why he should be there, and, uhm…

SP4: And also introducing him as a contributor, to have that business card…

SP1: Uh-hm.

SP4: in Milwaukee on the media side, that's the next piece.

SP1: Great.

SP4: That will be there today.

SP1: Uhm, so, yeah.

SP2: **(inaudible)**

SP4: I will want to prep both of them for the **(inaudible)**

SP2: Yeah, okay.

SP1: He's…

139

Confidential

PVDEF0008672

SP4: I'm not gonna say, hey, Charles **(inaudible)**
Charles

SP2: Yeah.

SP4: I am not.

Sp:2 Yeah.

SP1: So my whole thing is I'm gonna tell him like, you know, I'm, I'm gonna talk him into, uhm, throwing some more of the, of what he threw last week to the above the board stuff…

SP4: Yep.

SP1: but tell him…

SP4: **(inaudible)**

SP1: if he, he really wants to get his hands dirty he can, yeah.

SP4: If he wants to get dirty we can get dirty.

SP1: So, uh, just, just so I can tie, 'cause I'm advising him on who to communicate with too, uhm, he should, uhm, Mr. Creamer is in charge of the Trump rally stuff or he could, or he's, so, oh, he is the bird-dogging?

SP4: The aggressive bird-dogging thing…

SP1: Uh-huh.

SP4: I have to call Bob and tell him this is what we're proposing…

SP1: Uh-hm.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 141 of 178

Confidential

PVDEF0008673

SP4: as an alternative…

SP2: Uh-hm.

SP4: on top of what we have already discussed

**(inaudible)**

SP1: Uh-hm.

SP4: so this needs to get funded, the media piece needs to get funded and we're gonna do this other piece, and have Bob go, I don't wanna know about it, or Brad say I don't wanna know about it, or both of them say, great, let's do it.

SP2: But he's not gonna say don't touch this.

SP4: No.

SP2: Not even gonna say that.

SP1: Yeah, and, but he does, so that was a whole different, that was another thing that they were having a different con… when, when Mr. Creamer said that he, uhm, he runs the Trump rally operations, he wasn't talking about…

SP4: He was talking about the rapid response, his piece that, that he was hired for me to do, that is on behalf of the DNC. The way that works is, the campaign pays DNC, DNC pays Democracy Partners, Democracy Partners pays the focal group, the focal group goes and executes the shit out of Donald.

Confidential

PVDEF0008674

SP1: Uh-hm. So it is the, it is the bird-dogging,
just, that's what, he doesn't directly handle it.

SP4: We, we do, we do. The bird-dogging…

SP1: The counter pro…

SP4: we do the duck, we do the counter protest, we do
the video…

SP1: Uh-hm.

SP4: if that's necessary…

SP1: Uh-hm.

SP4: we do, I mean, by tomorrow, and just, tell him
this, watch what happens at, at Trump D.C.
International tomorrow morning at 9:00 a.m., and ask
if we, we can execute what we need to talk about.

SP1: Okay. There it is.

SP2: Executing tomorrow morning?

SP4: Tomorrow morning, 9:00 a.m…

SP2: Uh-huh.

SP4: Eastern time.

SP2: Okay.

SP4: Trump International D.C., where Trump is giving
his press conference, he's gonna run into some
trouble.

SP2: Uh-hm.

SP1: And that, okay, and that's…

SP2: That's, that's exactly what I **(inaudible)**

142

Confidential

PVDEF0008675

SP1: and that's what he can expect?

SP4: And there will be people arrested.

SP2: So, so **(inaudible)**

SP1: Well, hopefully, Charles, hopefully Charles **(inaudible)**

SP4: Right now, it's right now, it's the individual organizations that are participating, they're funded…

SP1: Uh-hm.

SP4: right now. We can make a lot more happen with a lot more money, that's always the case.

SP1: Hm, in that, in that line of business.

SP2: What I wanna get to too is that, you know, we have multiple **(inaudible)** but we're interested in this, uhm, you know, I'm looking forward to taking a vacation, I would also, I mean, I do **(inaudible)** and I'm gonna do it, so now, you know, I'm ready to see, I'm ready to see this stuff happen and I know…

SP4: I'm ready to take a vacation too.

SP2: Well, I, I bet you are.

SP4: You just got married.

SP1: So I need a vacation. Charles, Charles is fundamentally, you know, a good, good natured, very much would never wanna meet and he's like anyone that does for something for him, he wants to take care of, so I'm glad to hear that these people who are gonna

143

Confidential

PVDEF0008676

get arrested tomorrow in D.C., are taken care of and he's gonna care about that.

SP4: So the existing donations that he's making to HRC…

SP2: Uh-hm.

SP4: and to American Quality and to the, uhm, the other benefactors

02:10:00   that he has donated to in the past, do end up helping these same groups of people…

SP2: Uh-hm.

SP4: the question is at what level. The organizations that he picks in part **(inaudible)** activist and they haven't done what they said they were gonna do. There's quality, there's different situations, 'cause there actually the more militant ones. Code Pink…

SP2: Uh-hm.

SP4: the only time Code Pink pulls out is when they don't anybody to pay for it…

SP2: Uh-hm.

SP2: it's the only time.

SP2: Uh-hm.

SP4: So it comes down to making commun… community partners who are executing it. In this case if we were doing this through AUFC which is what I would suggest, that that's the vehicle, then I have to have

144

Confidential

PVDEF0008677

a conversation with Brad saying, okay, so this piece is getting done, this piece is getting done, this piece is getting done, you're not hiring, hiring me full-time because I'm gonna do it as a consultant so that I can take my fee on this end and keep you clean from it.

SP1: Uh-hm.

SP4: That's a conversation that can happen anytime with either Bob or Brad, but I have to understand for myself…

SP2: Uh-hm.

SP4: that we can actually execute it.

SP2: Okay. And you're confident that if we can, if we can financially help you execute that, we can **(inaudible)**

SP4: I don't wanna know what's going on the **(inaudible)** side.

SP1: Yeah.

SP2: But there's no way he's gonna say don't do it and if we do…

SP4: No, no, there's, there's a way that he'll say, okay, if you want to do this you have to do it this way…

SP2: Uh-hm.

SP4: to protect my contract.

145

Confidential                                                      PVDEF0008678

SP1: Uh-hm.

SP2: Right. Okay.

SP4: Meaning his, not with mine, meaning I would have
to maybe step sideways instead of forward or
backward, and he, he'll tell me, he and Brad will
tell me what we have to do to make that happen and if
it can't happen then I'll tell you that too.

SP2: Uh-hm.

SP1: Uh-hm.

SP4: But I don't think.

SP2: **(inaudible)** right?

SP1: Just the same…

SP4: We have these conversations all the time. I
mean, there was a whole, there's a whole nother
conversation that happened around AUFC being the
vehicle for the Trump tour…

SP1: Uh-hm.

SP4: and I kinda said that it was a pretty detailed
conversation over a couple of weeks that had to
happen in order to make that kosher.

SP2: Uh-hm.

SP1: Yes, yeah, but, uhm, just the same, I ca… I
can't, obviously I can't guara… I'm not even
officially, not really officially representing him,
but, uhm, through a official capacity, but I, I can't

146

promise what he's gonna do, I mean, frankly, I asked,
I, I told him he, he should have sent more than he
did send…

SP4: Put him on the phone with me.

SP1: So I believe the…

SP4: Put him on the phone with me.

SP1: So, so you're the person he should talk to and…

SP4: Yeah, yes.

SP1:and, but he should continue talking to, to Mr.
Creamer…

SP4: Yes, absolutely.

SP1: Okay. About this, about, now I get…

SP2:**(inaudible)** things like this.

SP4: We're a double headed snake.

SP1: Uh-hm. Who, where, who would the, uhm…

SP4: **(inaudible)** we went, we went with a **(inaudible)**

SP2: Oh, no, I got a snake with a very…

SP4: So the initial conversation we had, I wasn't on
contract yet, I was still working for TPAA.

SP2: Okay.

SP4: I'd left TPAA at the end of June…

SP2: Okay.

SP4: and, well, technically, okay, so technically the
end of May.

SP2: Uh-hm.

147

Confidential

PVDEF0008680

SP4: I began working for Bob…

SP2: Uh-hm.

SP4: while I was still on payroll at TPAA, TPAA doesn't know that though.

SP2: **(inaudible)**

SP4: I don't, honestly I don't even care if TPAA **(inaudible)** get the contract done…

SP2: At the time it would have been a problem **(inaudible)**

SP1: It's ki… it's kind of a similar situation.

SP2: **(inaudible)**

SP4: One of the challenges I, I, I'll be honest, so one of the, one of the, one of **(inaudible)** for me, that I'm going to have to invest out of my fund, is the accounting piece…

SP2: Uh-hm.

SP4: that does the books, that have to, that had to happen, I have to make sure that we can get money in and get money out of the funnel really fast and that will be an additional thing that, that'll be **(inaudible)**

SP2: Is that gonna be putting Charles in any kind of additional risk?

SP1: Hm, I'm sorry, I, well, what, I mean, what do you, hm?

148

Confidential

PVDEF0008681

SP4: The private firms, we can do whatever we want,
we don't have to disclose it.

SP2: I think what he's talking about is **(inaudible)**

SP1: Oh, I see, okay.

SP4: No, no, no, I mean, literally like having
somebody take all the receipts and pay the bills…

SP1: Uh-hm.

SP4: that is not part of Democracy Partner staff
'cause I don't think Linda has the capacity to do
that.

SP2: I do.

SP1: So in terms of who, like who he does transfer,
like who he is donating to…

SP4: I need to white board it.

SP1: Okay, so we just, so…

SP4: Yeah.

SP1: If, it isn't gonna be, I don't even know how he
arranged the last, uhm, donation, but…

SP4: I'll write a donation directly to AUFC.

SP1: Okay. so it wouldn't necessarily be that way
again, or would it?

SP4: I don't know, I gotta talk to…

SP1: Okay.

SP4: I gotta talk to Bob and Brad.

SP1: Okay. And what might happen…

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 150 of 178

Confidential                                                                 PVDEF0008682

SP4: **(inaudible)** you guys, if he is not, if they're
not comfortable with it,

they would have said, hey, you know what, let's
shuffle the deck and go maintain this role for us
and…

SP1: Uh-hm.

SP4: this role for DNC and then doing your next role
and doing a separate contract and make a donation
back, to kick it back to us to compensate on the
other side. I mean, we do this with Al Trotley.

SP1:**(inaudible)**

SP2:**(inaudible)**

SP4: No, this was with Al Trotley.

SP2: So where…

SP4: **(inaudible)**

SP1: Probably **(inaudible)**

SP2:**(inaudible)**

SP4: Anyway.

SP1: Uhm.

SP4: And so…

SP2: So, so but, but it's, but again, it's like a
**(inaudible)**

SP4: I need to call, I need to call…

SP2:**(inaudible)** for everything.

SP4: There's still a **(inaudible)**

150

Confidential                                                                    PVDEF0008683

SP2: You're donating, just say that.

SP1: Is this an, I mean, is this a new thing the, the, like for the bird-dogging prog… program to get fund… to get, uhm, do… like funded, or by outside contributors?

SP4: To go this aggressive **(inaudible)**

SP1: Okay.

SP2: But you…

SP4: So he'd be behind the mission you understand, but like if somebody funds this kinda stuff, they fund it because, okay, like a marriage…

SP1: Uh-hm.

SP4: they fund it because they want to be part of this **(inaudible)**

SP1: Right.

SP4: Aggressive bird-dogging is one of those things that only certain living things and there's only certain people trying out to do…

SP1: Uh-huh.

SP4: because it's behind an issue and, uh, I could, I can hire 45 consultants tomorrow out of Colorado if I wanna do a ballot initiative.

SP1: Uh-hm.

SP4: I can literally like make a phone call and have 45 people show up the next morning at 9;00 a.m. The

151

question is what are we doing with those people once they get there.

SP1: Yeah.

SP4: It's not that we don't have the people who are, who are able to execute as you know, just like the paid field program, how long does it take you to hire a team of paid pros, who will, you train monkeys to do whatever you want them to do. That's the easy part.

SP1: Especially with the kind of folks, the kind of spirit that I saw here in 2011.

SP2: Yeah.

SP4: Yeah.

SP1: Uhm, so, yeah, okay, great. Uhm, so that's, I, and, and, and the way I see it happening, just to kinda, you know, well, I think that, I think what he's going to, he's going to say, 'cause I'm gonna ask him to also, you know, fund stuff here, what he might end up doing though is doing that and, under the agreement at maybe half of it, 50 percent or whatever, goes to the kind of stuff he really wants to get behind.

SP4: Well, then he needs to understand **(inaudible)**

SP1: And that might have…

SP4: **(inaudible)**

152

Confidential

PVDEF0008685

SP1: Yeah.

SP4: 'cause that's the money piece.

SP4: I have to, I have to make sure that the stuff that I, that I pitch to Bob…

SP1: Uh-hm.

SP4: is stuff that happens.

SP1: Uh-hm.

SP4: I have to make sure with Voces, that the stuff I pitch to them is stuff that happens, because they're counting on me not as a, a consultant, they're counting on me as a friend.

SP2: Yeah.

SP1: Uh-hm.

SP2: **(inaudible)**

SP4: Yeah.

SP2: Let me ask you this, so, so it's as simple as this, you go to Mr. Creamer and say this money, you, you will probably for Charles, Charles says, okay, fine, I'm willing to agree, you've got x amount, and you tell Mr. Creamer, we've got the money. You know what he's gonna say.

SP4: Now, now the stuff that doesn't go to, to AUFC we have to do it under a different umbrella…

SP2: That's fine.

SP4: umbrella, they'll tell me that.

Confidential

PVDEF0008686

SP2: Right.

SP1: 'Cause he might have to, he might have to…

SP4: **(inaudible)** kiss all the time…

SP2: Uh-hm.

SP4: and they've had other conversations with people and, and Brad and Bob are professionals at this shit.

SP2: We can't be the only people looking for something to do.

SP4: This is definitely the most aggressive conversation I've had with folks about this…

SP2: Uh-hm.

SP4: in a long time though.

SP2: Well **(inaudible)** about Charles.

SP1: Well, I think that…

SP2: Yeah.

SP1: that we're making up for a lot of lost time…

SP4: Yes.

SP1: uhm, between…

SP2: **(inaudible)**

SP1: and Mr. Roth and Mr. Creamer.

SP4: **(inaudible)** done and has gone to this level…

SP1: Uh-hm.

SP4: of, of saying we have this structure built and the thing with Sayer is, he hired people who weren't professionals at this stuff.

154

Confidential

PVDEF0008687

SP2: Uh-hm.

SP4: He hired political professionals who were excellent at policy…

SP1: Uh-hm.

SP4: around doing the organizing.

SP2: I think the virtue that we all have working in our favor here is, is that, is that the time is definitely constraint, it also, it also gives us a good position with Charles. Charles is gonna …

SP1: Yeah.

SP2: 'cause, 'cause Charles is gonna say, give me a hundred x amount more, he's, as, as long as you can say it's gonna happen he's gonna want it **(inaudible)**

SP1: I can, I can also see, what I can also see happening though is, you know, if he's not doing his re-enfranchisement, that's really what he wanted to…

SP2: Uh-hm.

SP1: put rock star money into.

SP4: Uh-hm.

SP2: Uh-hm.

SP1: So I can't put, and he did say from the very beginning you also wanted to get in on funds, uh, some of the stuff you guys are already doing. With the re-enfranchisement taken out of the picture I can't guarantee that,

155

Confidential                                                    PVDEF0008688

02:20:00    uhm, it's, you know, I, uh, so you see what I mean,
            I'm, I'm, but, I'm…

            SP4: So whatever he wanted to do is not gonna be
            feasible.

            SP1: Yeah, no, I understand that now, I understand
            that…

            SP2:" **(inaudible)**

            SP4: No, but we can…

            SP1: I'm just, I'm just saying…

            SP4: we can construct something that is equally as
            effective…

            SP1: Right.

            SP4: that is legal…

            SP1: Uh-hm.

            SP2: And you've got the stake in it.

            SP4: Yeah, I mean, I mean we hire around the country,
            but, you know, moving on to the re-enfranchisement
            plan…

            SP1: Uh-hm.

            SP4: is critical because we are now four months down
            the line from where we needed to be in order to make
            that happen.

            SP1: Uh-hm.

            SP2: Okay.

                                                          156

Confidential                                          PVDEF0008689

SP4: What he would, if you and I would have talked at the end of April and we had pulled the trigger on it by the end of May, we'd be doing it now.

SP1: And that's really why I fucking wish we had this account from the beginning, uhm…

SP2: But this is the same, right?

SP1: Yeah.

SP4: It is what it is.

SP1: I'm, and frankly…

SP2: **(inaudible)**

SP4: **(inaudible)**

SP1: you know, he should of over… but also, I don't know, but I'm, what I'm saying, I'm saying this to like just prepare you guys, uhm, just so you know 'cause…

SP4: Yes.

SP1: I know that he was talking, uhm, uhm, you know and a lot of, a lot of commas, you know, between the zeros, uh, he was talking about a lot of, a lot more money fo… but it was specifically for that plan, but he also was talking about additional money which he, I don't even know what he had in mind…

SP4: I remember that, I don't have a sense…

SP1: conservative for, for this stuff…

SP4: because he was very cagey with me about that.

157

Confidential

PVDEF0008690

SP1: Yeah, well, I think, I think the reason being, he wasn't really sure where he stood, where his whole surrogate voter thing, uh, stood, and because that's what he was feeling out, and that's really why I should have been the one he sent out, deployed to do this in the first place. Uhm, so…

SP4: **(inaudible)**

SP1: I'm just, I'm just, I'm just giving you a heads up.

SP4: on the other end with Bob…

SP1: Uh-hm.

SP4: that I would be willing to do that.

SP1: Yeah.

SP4: Because I told Bob, and actually I sent Bob your, your info and I said, okay, so, I just heard from Steve and he's on the other line, is there anything, is there any update on what you approved of with Bob that I didn't with, uh, Charles and I need to know? He didn't even tell me anything so he's not worried about it.

SP1: Uh-hm. Okay. I just wanna, I just don't want you guys to be, s… s… you know, on the line, uh, uh, uhm, and get, you know, a similar, a similar donation from what you…

SP4: No, we're not.

Confidential

PVDEF0008691

SP1: would, would get, got before because that is possible with the re-enfranchisement off the table, which I'm not trying to, I'm not, I'm just communicating between the two parties…

SP4: Yep.

SP1: so I don't, I don't, I think, I think it was cool but it's off the table it's off the table, I mean, he needs to understand that. I'm just saying what he had…

SP4: But it's not off the table **(inaudible)**

SP1: uhm, it's not gonnna, it's not, it's not

**(inaudible)**

SP4: But it's not off the table because we just can't do it, it's off the table because of time…

SP2: Yes.

SP4: now…

SP1: Yeah.

SP4: Because in order to make it happen…

SP1: Uh-hm.

SP4: from a project standpoint, just…

SP1: Yeah.

SP4: from a pure project management standpoint, we're out of time.

SP1: Right. So I'll tell him that and he's gonna have to; maybe he'll, you know…

159

Confidential                                                                    PVDEF0008692

SP4: If you want me to get on the phone with him,
**(inaudible)** from the original **(inaudible)**

SP1: Uh-hm.

SP4: it's fine…

SP1: Yeah.

SP4: but what I'm gonna do right now, is I'm gonna go
out to the truck to make sure I don't have a ticket
and I'm gonna run up to my surrogate office up here
at the Shamrock where Janet works…

SP1: Uh-hm.

SP4: and have another conversation with Bob…

SP2: Okay.

SP4: and then go plug in and go, 'cause I, I can't go
back home to do this right now.

SP1: So, yeah, and that's just the thing, I don't
want you guys holding your breath for the kind of
money he had prepared to fund that effort.

SP4: I mean, I don't feel bad, I, I, I… but these
guys need to know…

SP1: I, I want you guys just to know, yeah.

SP4: We just need to know what…

SP4: I need to know where he is now…

SP1: Uh-hm.

SP4: and if he wants to call me and talk to me one on
one on that…

160

Confidential                                                                 PVDEF0008693

SP1: Yeah.

SP4: tell him to ring my number, it's so…

SP2: I might even do that…

SP1: And you're the first contact?

SP2: the conversation, maybe for me even to be on that call. He's a little difficult to speak English.

SP4: 'Cause you guys know…

SP1: Uh-hm.

SP4: that, that my, I'm now routing all calls through this 027 number, right?

SP2: Okay. Right.

SP4: So the cool thing about that is if we decided that we wanted to pull the trigger on this extra set of operatives?

SP1: Uh-hm.

SP4: That I can add as many numbers onto that encrypted set of lines as we need to add on to be able to communicate with people. We can order and we can get **(inaudible)** phones, we can get that stuff going very rapidly…

SP2: Okay.

SP4: but it's amount I need to know…

SP2: Got you. But it is safe and secure and it's just a matter of when.

SP4: Yeah, it, it…

161

Confidential

PVDEF0008694

SP1: When it's gonna, when you're gonna have it.

SP4: It's, it's a, it's a dump, it's a dump drop situation similar to what investigative firms do.

SP2: We get that.

SP1: That's not something I can be budgeted out is it?

SP4: Yes.

SP1: Okay. I mean I don't even know if that's what he's gonna want.

SP4: Yes.

SP1: I understand. I know that he's gonna want…

SP4: To make it package perfect is the derivative and he needs to follow a team that are like him.

SP1: And he's gonna, just so you know, like he's no… he's not a political guy, he doesn't speak the language that we speak and the code that we speak so he's gonna want, he, he, he will, he wants to know the mechanics and, you know…

SP4: Sure.

SP1: and he wants to know…

SP4: What, what I always, how I couch this is, okay, I'm the executive producer…

SP1: Uh-hm.

02:25:00    SP4: if he wants to be co-executive producer, the way you become co-executive producer on a Broadway show,

162

Confidential

PVDEF0008695

is you cough up a million dollars. That's how it
always works, that's' how, the way it always will
work, and politics is the exact same way. You want to
play in this arena and be a co-producer…

SP1: Uh-hm.

 SP4: is what he really wants, then you buy your way
in if you're not the person doing the actual
production.

SP1: Uh-hm.

SP4: So, you know, I have to hire the dancers and
makeup people, videographers, and I have to rent a
venue and I have…

SP2:**(inaudible)**

SP4: to, I have to fly the cast around and, you know,
it's the same…

SP1: Yeah.

SP4: vernacular.

SP1: I g… yeah, I get that.

SP4: I do not use the political vernacular or the
consulting vernacular in this case. When I talk
consultant language with people in this kinda stuff,
they fall asleep.

SP1: Yeah, and he's…

SP4: But if you talk the P.C. Barnum language with
them their heads pop off.

163

Confidential

PVDEF0008696

SP1: See, that's what I'm saying, that's what I'm saying is, you know, just to prepare you for that, uh, well, no, you've, you've talked to him, you've talked to him.

SP4: **(inaudible)**

SP1: Sorry, you get it, yeah.

SP4: Because I've had way worse…

SP1: Uh-hm.

SP4: trust me this thing, I don't know if you guys have ever heard of **(inaudible)** is a, it's a, I think I mentioned him to you, uhm, he's a, he's a very eccentric Indian billionaire…

SP2: Okay.

SP4: who lives in the north side of Chicago.

SP2: Uh-hm.

SP4: Uhm, at one point he had one son running for Congress, one doing, uh, his Masters at University of Chicago in political science. His daughter was inventing some sort of gene therapy thing and his wife was redecorating their entire house in India for a wedding that was coming up in like six weeks.

SP2: **(inaudible)**

SP4: I had to have the entire conversation with him just to get to the point that we would go right out of the **(inaudible)** So, so that's so Charles.

164

Confidential

PVDEF0008697

SP2: **(inaudible)**

SP1: Yeah.

SP4: And I've been **(inaudible)**

SP1: I barely know the guy.

SP4: I got it right.

SP2: Alright. Well, it's kinda like a vacation.

SP4: I got invited to the wedding and I couldn't…

SP2: You got invited.

SP4: **(inaudible)** with them, so I was like I really wanted to go…

SP2: Yeah.

SP4: 'cause it was like, you just say you're coming and I'll put you on my plane and you ride with me.

SP2: I would say that I…

SP4: Your family, your family…

SP2: That was like an opportunity.

SP4: and that is the kind of stuff like, that, that's what made this business fun…

SP2: Uh-huh.

SP1: Uh-hm.

SP4: it's also what makes consulting such a pain in the ass… .

SP1: Uh-hm.

SP4: so we never have those conversations…

SP2: Exactly.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 166 of 178

Confidential

PVDEF0008698

SP1: Uh-hm.

SP4: and when you're, you're doing it on this end, and you're dealing with people who are generally, all they want to do is serve, or they just believe in a, in a, a cause, it's hard to connect the two because the people on one end think you are like bat shit crazy for your time, so that's the other end.

SP2: Exactly.

SP1: Uh-hm.

SP4: Not very many people can bridge the gap between the people, and the people who can are either complete sociopaths or they just really like the show.

SP2: **(inaudible)**

SP4: I really like the show.

SP2: **(inaudible)**

SP1: And, and…

SP4: I was a sociopath, okay.

SP1: all the more reason…

SP4: but I'm fine now.

SP1: now all the more reason, uh, for…

SP2: Jury's still out on that one, yeah.

SP1: Okay, so, so, yeah, I guess that's, uh, those are the next steps and I, I, just, I'm, I, I like what I see here and, you know, you guys are getting

Confidential

PVDEF0008699

ev… if not, uh, Charles Roth, you guys are, is this moving along, is this doing well?

SP4: Oh, yeah, I mean, I'm hiring…

SP1: Okay.

SP4: people right now.

SP1:so it's not like can, existentially contingent upon Charles Roth for this, so this is happening?

SP2: That's, that's, this is happening.

SP4: **(inaudible)**

SP1: This is happening? Okay, good, I, 'cause I just didn't, I wanted to…

SP4: Well, we were **(inaudible)** on projects **(inaudible)** and so, you know, the, this specific plan and these targets right here…

SP2: Uh-hm.

SP1: Uh-hm.

SP4: some of those will get done and some of those won't get done based on funding.

SP1: Uh-hm.

SP4: because this was designed specifically for him.

SP2: Okay.

SP4: If we don't have another funder come around we shelve it until next time but we keep the plans.

SP2: Right.

SP1: Uh-hm.

Case 1:17-cv-00256-MR   Document 43-22   Filed 01/22/19   Page 168 of 178

Confidential                                                                                    PVDEF0008700

SP2: Okay.

SP4: I will tell you Bob would of, for a really long time and had we, had been screwing it down **(inaudible)** on me two weeks ago…

SP2: Uh-hm.

SP4: then I'd be really putting this out.

SP2: It's clear **(inaudible)**

SP4:1: Was this put together just for Mr. Roth? Or this, this wasn't…

SP4: This plan right here was put together specifically for Mr. Roth.

SP1: Oh, okay, so it wasn't…

SP4: There was never other funders…

SP1: Uh-huh.

SP4: who we pitched it at…

SP1: And successfully?

SP2: **(inaudible)**

SP4: Other, otherwise he said he wanted to do…

SP2: Exactly.

SP1: Yeah.

SP4: based on his conversations with Bob.

SP2: Uh-hm.

SP4: Now when you talk to him I, I have one request…

SP1: Uh-hm

SP4: Where's my wine?

Confidential                                                            PVDEF0008701

SP2: What do you guys like?

SP4: I, I'm, I'm a red…

SP2: Okay.

SP1: Okay.

SP4: a red person.

SP1: What do, what do **(inaudible)**

02:30:00     SP4: Three bottles I think.

SP1: Three bottles?

SP4: I don't know what else, but **(inaudible)** where's my wine, 'cause I'm sitting here drinking your wine.

SP2: **(inaudible)**

SP4: I don't want the vodka, I want the vodka. **(inaudible)** have to work to **(inaudible)**

SP2: For every ten knock outs you get, you get the **(inaudible)**

SP1: I don't know Mr. Creamer, wha… wha… what does he think of, uh, of…

SP4: Interesting guy, interesting, really, keep pumping this guy. **(inaudible)** I met Steve in a bar at a failure party where **(inaudible)** he's like, that's really amazing. He's like, how well do you know him, I go, **(inaudible)** but we had a good conversation, I mean, I told him that we had worked on the stuff with **(inaudible)** so you'd think they were comfortable with it and that's, that's what he cares about…

169

Confidential

PVDEF0008702

SP1: Uh-hm.

SP4: is that, he doesn't have to know everybody who knows everybody who knows everybody, as long as he knows the person he **(inaudible)**

SP2: And it's better honestly, if, if you don't.

SP1: But Mr. Roth, al… al… al… already knows Christine, uhm, right? So they have a…

SP4: They don't know each other that I know of.

SP1: Oh, I thought, I thought, I'm sorry, I thought you said earlier that he, that they know each other, and you were talking about someone else.

SP4: Mr. Roth or Bob?

SP1: Mr. Roth.

SP4: I don't think Mr. Roth…

SP1: Charles Roth.

SP4: no, no, Mr. Roth knows Christine Pelosi.

SP1: Oh, okay, I thought you meant…

SP4: No, Christine **(inaudible)**…

SP1: **(inaudible)** Christine Go…

SP4: Not Christine Newman, Christine Pelosi.

SP1: Okay.

SP4: I know for a fact that she knows Charles, okay, good, they live not very far away from **(inaudible)** I told her that I was pitching him with Bob and she's, like, huh? You know, he has a partner, like, like,

170

Confidential

PVDEF0008703

did not know he was gay, and she's like, oh, yeah, really gay.

SP2: **(inaudible)**

SP4: **(inaudible)**

SP1: He didn't, he didn't, he hasn't brought up his partner with me.

SP4: Well, I think he's donated to **(inaudible)**

SP1: Okay.

SP4: And he is, the relationship **(inaudible)**

SP2: Okay.

SP4: And, you know, she's been with the party for a really long time.

SP2: **(inaudible)**

SP4: Yeah. **(inaudible)**

SP2: Yeah **(inaudible)**

SP1: So I'm, uh, I'm, I'm really glad that you guys are getting the support for this that, you know, and at least, at least the whole…

SP4: I wouldn't have gotten hired otherwise, uh, as field director, so the plan originally was for them to bring me on as field director and deputy communications director…

SP2: Hm.

SP4: but because I'm doing **(inaudible)**

SP1: Uh-hm.

171

Confidential

PVDEF0008704

SP4: I'm not taking the deputy communications job until after the election, if I take it at all, because I've also got this other project in Milwaukee and Minneapolis and Chicago that we have to do and I may not be able to do…

SP2: To do it.

SP4: that job, so I just told Brad to shelve it for now, we talk the day after the election, we figure out where we are then, because honestly, the filed piece is more important than me being…

SP2: Uh-hm.

SP4: than me being in D.C.

SP1: Yeah. So it's, so, so your thing, the, the, the construction of this, uhm, put a lot of things in motion even if, even if…

SP4: Things are already in motion on my end…

SP1: Uh-hm.

SP4: because I never wait for something like this to come along…

SP1: Right.

SP4: to make my stuff happen, but, I, I mean, to give you a back, a back view on it, I've known Brad and Bob for, I've known Bob for 10 years, I've known Brad for 12, uhm, I never worked directly for either of them…

172

Confidential

PVDEF0008705

SP1: Uh-hm.

SP4: until four months ago. I've done a lot of projects with them when I was at TPAA and before that when I was at the DNC long time ago…

SP1: Uh-hm.

SP4: I did stuff with them but, you know, there's been a lot stuff in between since then. So where we are now is so, is light years ahead of where we were even when we first started talking.

SP1: Uh-hm.

SP4: So, you know, but I always, I always claim hinges like, okay, well, let's see where the path leads.

SP1: Uh-hm.

SP4: As consultant you have to do that.

SP2: Uh-hm.

SP4: But honestly as some, back then, at the time that
we hadn't had that conversation, I had just about had it up to here to **(inaudible)** TPAA and I'd already headed, I'm about the door…

SP1: Yeah.

SP4: so obviously with Creamer, yeah. Well, I gotta get going.

SP2: Yes.

Confidential

PVDEF0008706

SP1: Yep.

SP2: **(inaudible)**

SP4: **(inaudible)**

SP1: And if you, and if you, and if you got a ticket then tell…

SP4: **(inaudible)**

SP1: tell, then tell, be sure to call Charles.

SP4: Oh, yeah, 'cause Charles got him a ticket on **(inaudible)** thank you.

SP2: I think we'll, uhm, **(inaudible)**

SP1: Yeah.

SP4: Yeah, you can call me and I'll, I'll, have the conversation **(inaudible)**

SP1: Whisper coming out.

SP4: **(inaudible)**

SP2: Okay, thank you.

SP1: Oh, Uh-hm.

SP2: So knowing that it's specifically been tailored for him, do you think that this is something that Charles is just gonna want.

SP1: I mean, I could, I mean, I'm sure, does Charles know that this was…

SP2: **(inaudible)** what it was, I knew that, I was just, looking at it, I, it seemed **(inaudible)** it was created for him.

174

Confidential

SP1: Okay. I mean, well, he did

ask for a proposal so therefore, I'm sure it's clear to him that when they did a prop…. 'cause, yeah, yeah, that's right, because, uhm, he said, Mr. Creamer was, was, needed until a week to do it…

SP2: Right.

SP1: just to prepare it so clearly…

SP2: Well, **(inaudible)**

SP1:so clearly, clearly he's aware and if he's like not willing to fund the whole thing and he's, you now, under the, uh, uhm, with has that knowledge hen. Okay.

SP2:**(inaudible)**

SP1: Yeah. So, I don't know, uhm, will talk, okay, will talk to him and I'm just glad that we kinda got both parties like, you know.

SP2: I think you need to have another conversation with Charles, winding down a little bit, but, but you know. **(inaudible)** I think **(inaudible)**

SP1: Yeah, I mean, whether or not demands a, whether or not he demands a, a budget, you know, so.

SP2: Exactly. Let me **(inaudible)** I'm gonna use the restroom.

SP1: Hang on a sec.

SP2: Oh.

175

Confidential                                                                                    PVDEF0008708

SP1: I mean, uh, okay.

SP2: I need the restroom.

SP1: Are you, you're, you're not going upstairs.

SP2: I don't have the time.

SP1: Oh. Excuse me. I'm sorry.

Sp5: 11 please.

SP1:11?

Sp5: Uh-huh.

## END OF FILE

TRANSCRIPTION NOTE: SPEAKERS DIFFICULT TO HEAR DUE TO CROWD NOISE, MUSIC, AND TALKING AT THE SAME TIME.

176

Confidential

PVDEF0008709

177

Confidential

PVDEF0008710