# EXHIBIT 23

       LOGIN

News > World > Americas

# Muslim woman removed from Donald Trump rally 'for handing out pens'

Rose Hamid had been handing out pens in the shape of flowers displaying the word 'peace'

Lizzie Dearden | @lizziedearden | Friday 19 August 2016 08:25 | 232 comments

       Click to follow The Independent US



Police escort Rose Hamid out of Donald Trump's campaign rally in Charlotte, North Carolina, on 18 August 2016 ( Reuters )

Plf 9 Deft___ EX for I.D.
MICHELE URBINA, CSR #9635
Date 11/15/18
Witness Hancock

A Muslim woman has been ejected from a Donald Trump rally after handing out pens inscribed with the word "peace".

Case 1:17-cv-00256-MR Document 43-24 Filed 01/22/19 Page 2 of 9

 

LOGIN

"I just wanted to let people know that Muslims who don't support Trump can get along with people who do support Trump," she told WBTV News on Thursday, saying she had positive conversations with Trump supporters.

Donald Trump blamed for stoking Islamophobia after imam and assistant shot dead

"[The guard] claimed that I had been at several other events and caused disturbances, which is a lie, so that tells me they have a prejudice against Muslims."

**Read more**



**Repentant Donald Trump offers surprise apology for saying 'wrong things' that may have caused personal pain**



**Donald Trump aide launches bizarre defence when asked about losing to Hillary Clinton in polls: 'Says who?'**

 

LOGIN



Ms Hamid remained outside the convention centre to give out the pens, which were in the shape of roses and displayed the Arabic word "salam", which means "peace" and is used as a greeting.

The 56-year-old was escorted out a previous Trump rally in Rock Hill, South Carolina, after holding a silent protest over his policy on Syrian refugees in January.



As Ms Hamid stood wearing a hijab and yellow star with the word "Muslim" written on it, reminiscent of those worn by Jews in Nazi Germany, she was shouted at by supporters including one who yelled: "You have a bomb, you have a bomb."

Police said they ejected her from the event because Mr Trump's campaign staff instructed officers to remove "anybody who made any kind of disturbance".

### 🖼 Donald Trump's most controversial quotes　　　　　　　　　　　Show all 14

Case 1:17-cv-00256-MR   Document 43-24   Filed 01/22/19   Page 4 of 9


INDEPENDENT    LOGIN ☰



The billionaire had previously provoked global outrage by calling for a temporary ban on Muslims entering the US and forcing them to carry special ID cards.

Mr Trump has since backed down on the proposal and appeared to deliver a scripted apology to people offended by a string of controversies at his rally on Thursday night.

"Sometimes in the heat of debate and speaking on a multitude of issues, you don't choose the right words or you say the wrong thing. I have done that," said the GOP nominee.

"And believe it or not, I regret it - and I do regret it - particularly where it may have caused personal pain."

   LOGIN   

The rare apology came after a shake-up was announced in his campaign as Mr Trump trails against Democrat rival Hillary Clinton in the polls.

**MORE ABOUT**   **DONALD TRUMP**   **MUSLIMS**   **ISLAMOPHOBIA**



**Promoted stories**                                           Sponsored Links by Taboola

### If Your Dog Eats Grass (Do This Everyday)
Ultimate Pet Nutrition

### Man Slips Waiter A Note, He Reads It And Pulls Out His Phone
The Buzz Tube

### 31 Of The Funniest Comebacks In History
Topix

### Best Luxury Vehicles for Under $50k
Luxury Cars | Sponsored links

### What Your Dog's Breed Says About You
It's Rosy

### 6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet

### You Should Never Shop on Amazon Without Using This Trick – Here's Why
Honey

Case 1:17-cv-00256-MR Document 43-24 Filed 01/22/19 Page 6 of 9

   LOGIN  ≡

White House Black Market

#### Top Engagement Trends For 2018
Brilliant Earth

#### Check-Out-These-10-Tent-Camping-Spots-in-SC
Discover South Carolina

#### These 50 Terrible Cars Are The Worst Ever Made
Yeah Motor

#### Seniors With "No Life Insurance" Are In For A Big Surprise
Start Living Better

## Comments
### Share your thoughts and debate the big issues

Learn more

Join the discussion

Newest first | Oldest first | Most liked | Least liked

Loading comments...

Case 1:17-cv-00256-MR Document 43-24 Filed 01/22/19 Page 7 of 9

 LOGIN 



**GET IN TOUCH**

Contact us

Jobs

 

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Privacy notice

User policies

**OUR PRODUCTS**

Subscriptions

Install our apps

Archive

**OTHER PUBLICATIONS**

Evening Standard

Novaya Gazeta

**EXTRAS**

All topics

Voucher codes

Advertising guide

Syndication

 

LOGIN