# EXHIBIT 24

Message

**From:** James O'Keefe III
**Sent:** 9/29/2016 5:22:16 PM
**Subject:** TARGET Foval/creamer release date



Set your calenders for launching Monday oct 17th on first installment of that story.

Debate is 19th. Sources tell me strong chance material may be used in that debate.

That means operations must get any necessary material by 6AM Monday October 17th.

You have 20 DAYS to get a smoking gun.

James


James O'Keefe
Project Veritas
Office: 914.908.2300
Cell: 201.637.0564

Confidential  Case 1:17-cv-00256-MR   Document 43-25   Filed 01/22/19   Page 2 of 2  PVDEF0001825