# EXHIBIT 26

| Message | |
|---|---|
| From: | Christian Hartsock |
| Sent: | 10/14/2016 6:48:16 PM |
| To: | Joe Halderman [jhalderman@projectveritas.com] |
| Subject: | Re: Embargoed!!! DO not share!!! |



My notes in read.

On Oct 14, 2016, at 11:38 AM, Joe Halderman <jhalderman@projectveritas.com> wrote:

# Rigging the Election-Inciting Violence-part 1-Draft 3

I wouldn't say "Rigging the Election." That promises something we don't have that will deflate what we do have.

Creamer: I'm not suggesting we wait around. We need to start this shit right away.

Foval: What I call it, is conflict engagement. Conflict engagement in the lines at Trump rallies… We're starting anarchy here. And he needs to understand that we're starting anarchy.

Foval: It doesn't matter what the friggin legal and ethics people say, we need to win this motherfucker.

**O'Keefe On camera: This is part one of "our" in depth undercover investigation into the dark, back room machine of Hillary Clinton's presidential campaign. The culmination of a six-month investigation with undercover journalists infiltrating the highest levels of the machine.**

# Bumper

> **VO #1: There is a narrative…that supporters at Trump rallies are violent and dangerous, looking to beat up protesters who don't agree with them. But our undercover investigation into the Hillary Clinton Democratic Party machine tells a very different story.**

Add montage of news coverage of "victims" of violent Trump supporters.

Foval: If you're there and you're protesting and you do these actions, you will be attacked at Trump rallies. That's what we know.

PVA Journalist: So that's part of the process?

Confidential - Attorney's Eyes Only   PVDEF0000845

Foval: The whole point of it. We know Trump's people will freak the fuck out. His security team will freak out. And his supporters will lose their shit.

**VO #2: This is Scott Foval, he is the National Field Director for Americans United for Change. He also has his own company called the Foval Group. He is one of the dark operatives for the Clinton campaign.**

Foval: We were contracted directly with the DNC and the campaign both.

PVA: Yeah.

Foval: I am contracted to him. But I answer to the head of Special Events for the DNC and the head of special events and political for the campaign.

Foval: The (Hillary Clinton) campaign pays DNC, DNC (Democratic National Committee) pays Democracy Partners, Democracy Partners pays the Foval Group, The Foval Group goes and executes the shit…

**VO #3: Democracy Partners is a private political consulting company based in Washington D.C. with deep ties to Hillary Clinton, Obama's White House and the Democratic National Committee.**

Make sure to either add in VO a who's who of their other clients (basically everyone in Democrat politics) and/or have Ken Burns visual of this list: http://www.democracypartners.com/?q=page/client-list

Foval: We are the primary mechanism as a team. Democracy Partners is the tip of the spear on that stuff.

Creamer:

**VO #4: Bob Creamer runs Democracy Partners. He is the husband of Jan Shakowsky, a Democratic congresswoman from Chicago, and in 2005, he plead guilty to tax violations and bank fraud. He was convicted and sentenced to five months in prison and eleven months of house arrest.**

Creamer:

**VO #: Scott Foval is Creamer's attack dog. Foval and his people train the agitators to go to Trump rallies and that nothing is left to chance.**

Foval: There's a script.

PV: Oh, there is a script?

Confidential - Attorney's Eyes Only  PVDEF0000846

Foval: There's a script of engagement. Sometimes the crazies bite and sometimes the crazies don't bite.

Foval: They're starting conversations in the line. Right? They're not starting confrontations in the rally. Because once they're inside the rally they're under Secret Service's control. The media will cover it no matter where it happens. The key is initiating the conflict by having leading conversations with people who are naturally psychotic. I mean honestly, it is not hard to get some of these assholes to pop off. It is a matter of showing up, to want to get into the rally, in Planned Parenthood t-shirts. Or, Trump is a Nazi, you know. You can message to draw them out, and draw them to punch you.

**VO # The dark machine is also prepared for the fallout from the violence they foment at the Trump rallies.**

Foval: Because one thing I'm never going to do is have some kid get punched out a rally and then not have his doctor bill and his legal bill paid, if he gets arrested.

There are a handful more creme de la creme soundbites to include in this portion (homeless, veterans, unions, elderly lady in NC, "that was us," "we scenario it," "magician," plants put in crowd to react, etc.) his but I assume this is unfinished? I can add in those soundbites if you'd like me to unless you're already on it.

Confidential - Attorney's Eyes Only

PVDEF0000847