# EXHIBIT 29

Message

From: Joe Halderman
Sent: 10/15/2016 1:36:14 AM
To: Fredy Mfuko [fredy@projectveritas.com]; James O'Keefe III [james@projectveritas.com]
Subject: more



## Rigging the Election-Inciting Violence-part 1-Draft 4

PVA: So Hillary is aware of all the work that you guys do I hope?
Creamer: Oh yeah. Yes. (edit) The campaign is fully in it.
PVA: And then they tell Hillary what's going on?
Creamer: I mean Hillary knows through the chain of command what's going on.
...
Creamer: I'm not suggesting we wait around. We need to start this shit right away.
...
Foval: What I call it, is conflict engagement. Conflict engagement in the lines at Trump rallies... We're starting anarchy here. And he needs to understand that we're starting anarchy.
...
Foval: It doesn't matter what the friggin legal and ethics people say, we need to win this motherfucker.
**O'Keefe On camera #1: This is part one of "our" in depth undercover investigation into the dark, back room machine of Hillary Clinton's presidential campaign, the culmination of a six-month investigation with undercover journalists infiltrating the highest levels of the machine.
Bumper
On camera #2: There is a narrative...that supporters at Trump rallies are violent and dangerous, looking to beat up protesters who don't agree with them. But our undercover investigation into the Hillary Clinton Democratic Party machine tells a very different story.**
Foval: If you're there and you're protesting and you do these actions, you will be attacked at Trump rallies. That's what we know.
PVA Journalist: So that's part of the process?
Foval: The whole point of it. We know Trump's people will freak the fuck out. His security team will freak out. And his supporters will lose their shit.
**VO #1: This is Scott Foval, he is the National Field Director for Americans United for Change. He used to work for People for the American Way, an organization funded by George Soros. He also has his own company called the Foval Group. He is one of the dark operatives for the Clinton campaign.**
Foval: We were contracted directly with the DNC and the campaign both.

Confidential - Attorney's Eyes Only                                                                                          PVDEF0000421

PVA: Yeah.

Foval: I am contracted to him (Bob Creamer). But I answer to the head of Special Events for the DNC and the head of special events and political for the campaign.

Foval: The (Hillary Clinton) campaign pays DNC, DNC (Democratic National Committee) pays Democracy Partners, Democracy Partners pays the Foval Group, The Foval Group goes and executes the shit…

**On camera #3: Democracy Partners is a private political consulting company based in Washington D.C. with deep ties to Hillary Clinton, Obama's White House and the Democratic National Committee.**

Foval: We are the primary mechanism as a team. Democracy Partners is the tip of the spear on that stuff.

Creamer: Wherever Trump and Pence are going to be, we have events and we have a whole team across the country that does that both consultants and people from the democratic party. And the democratic party apparatus and the people from the campaign, the Clinton campaign and my role with the campaign, is to manage all that.

**VO #2: Bob Creamer is Democracy Partners. He is the husband of Jan Shakowsky, a Democratic congresswoman from Chicago, and in 2005, he plead guilty to tax violations and bank fraud. He was convicted and sentenced to five months in prison and eleven months of house arrest. He founded Democracy Partners in 2011.**

Creamer: Just for a little orientation, Democracy Partners is kind of a group practice of a variety of different kinds of political consulting.

Foval: Bob Creamer is diabolical and I love him for it.

**On camera #4: This investigation has revealed compelling evidence of a dark money conspiracy, violations of Federal Campaign coordination laws by the Hillary Clinton campaign, Priorities USA, *Hillary's super pac* and the Democratic National Committee.**

Foval: We have a clip deliverable that we have to deliver every day for our group of clients who are involved in this project, AUSC, A4C which is Alliance For Change, Alliance for Retired Americas which is part of AFL-CIO. They are one of our partners on the AUFC stuff for Social Security. It depends on the issue. And then there's the DNC and the campaigns and Priorities (Hillary's super pac). Priorities are a big part of this too. The campaigns and DNC cannot go near Priorities, but I guaran-damn-tee you that the people who run the super pacs all talk to each and we and a few other people are the hubs of that communication.

PVA: So you're kind of like intermediaries between the super pacs and the DNC. The DNC, they can't talk to teach other?

Confidential - Attorney's Eyes Only  PVDEF0000422

Foval: We're consultants so we're not the official [inaudible] so those conversations can be had between consultants who are working for different parties.
PVA: Yeah, okay.
Foval: That's why there's Bob who is the primary there and I'm a sub to him and I'm also a primary to AUFC separately. That's why.
PVA: So there's like a Morse code between the DNC and the super pacs?
Foval: It less of a Morse code then it is a text conversation that never ends. It's like that. It's kind of like an ongoing Pony Express.
PVA: Okay, so I mean that's -
Foval: It's not as efficient as it could be but that's because the law doesn't allow it to.
**VO #3: Scott Foval is Creamer's attack dog. Foval and his people train the agitators to go to Trump rallies...and nothing is left to chance.**
Foval: There's a script.
PVA: Oh, there is a script?
Foval: There's a script of engagement. Sometimes the crazies bite and sometimes the crazies don't bite.
Foval: They're starting conversations in the line. Right? They're not starting confrontations in the rally. Because once they're inside the rally they're under Secret Service's control. The media will cover it no matter where it happens. The key is initiating the conflict by having leading conversations with people who are naturally psychotic. I mean honestly, it is not hard to get some of these assholes to pop off. It is a matter of showing up, to want to get into the rally, in Planned Parenthood t-shirts. Or, Trump is a Nazi, you know. You can message to draw them out, and draw them to punch you.
**VO #4: Foval boasts about the extent of his network of operatives.**
Foval: So here, you have a schedule of events. We update this on an ongoing rolling basis every morning. These are all the Trump and Pence appearances. Tomorrow, for instance, we are turning out five hundred people in front of the Trump International in D.C. We have to have people prepared to go wherever these events are, which means we have to have a central kind of agitator training. Now, we have a built-in group of people in New York who do this. We have a built-in group of people in D.C. who do this. We have a group of people in Vegas. We have a group of people in Colorado. We have a group of people in Minneapolis.
Aaron "Black": Yeah, so I'm basically deputy rapid response director for the DNC for all things Trump on the ground.
**VO #5: This guy is Aaron Black, he works full time for Creamer at Democracy Partners. He directs the "spontaneous" protests at Trump and**

Confidential - Attorney's Eyes Only                                                                                           PVDEF0000423

**Pence events. His real name is actually Aaron Minter. We don't know why he uses the name Black.**

Aaron "Black": Yeah, and nobody is really supposed to know about me.

Aaron "Black":

Aaron "Black": So the Chicago protest when they shut all that, that was us. It was more him (Bob Creamer) than me, but none of this is supposed to come back to us, because we want it coming from people, we don't want it to come from the party. So if we do a protest and its a DNC protest, right away the press is going to say partisan. But if I'm in there coordinating all the troops on the ground and sort of playing the field general but they are the ones talking to the cameras, then its actually people. But if we send out press advisories with DNC on them and Clinton campaign it doesn't have that same effect.

Foval:

**VO #6: This Clinton dark machine is also prepared for the fallout from the violence they foment at the Trump rallies.**

Foval: Because one thing I'm never going to do is have some kid get punched out a rally and then not have his doctor bill and his legal bill paid, if he gets arrested.

**VO #7: Ultimately the whole endeavor is to get negative press of Trump and his supporters in local and national media.**

Foval: It is something that Bob and I obsess about is we're not going to go to an effort to just do an event and not have anybody show up or not have it covered. We have to get coverage.

**VO #8: These guys have doing their dirty tricks for some time even before Trump won the nomination.**

PVA: So I probably know your work.

Foval: Oh I know you do. Everybody does.

(Edit)

Foval: You remember the Iowa state fair thing where Scott Walker grabbed the sign out of the dude's hand and then the dude kind of gets roughed up right in front of the stage right there on camera?

PVA: Yeah.

Foval: That was all us. The guy that got roughed up is my counterpart who works for Bob.

PVA: And that was like storyboarded? Him getting roughed up like that?

Foval: We scenarioed it.

PVA: And so you leant yourselves to that situation and it happened. A self-fulfilling prophecy.

Confidential - Attorney's Eyes Only

PVDEF0000424

Foval: We not only leant ourselves, we planned multiple people in that front area around him and in the back to make sure there wasn't just an accident happen up front, there was also a reaction that happened out back.

**VO #9: Remember this woman, her name is Shirley Teeter, she is a sixty-nine-year-old sufferer of COPD...according to numerous news stories at the time, she was "assaulted" at a Trump rally in North Carolina by Trump supporter Richard Campbell. The media played her story across the country for days.**

Foval: She was one of our activists. Who had been trained up to birddog. So the term birddogging, you put people in the line, at the front which means that they have to get there at six in the morning because they have to get in front at the rally, so that when Trump comes down the rope line, they're the one asking him the question in front of the reporter, because they're pre-placed there. To funnel that kind of operation, you have to start back with people two weeks ahead of time and train them how to ask questions. You have to train them to birddog, this and this. And they find that guy. And that guy will be like, "Hell yeah, let's do it."

Foval: I'm saying we have mentally ill people, that we pay to do shit, make no mistake. Over the last twenty years, I've paid off a few homeless guys to do some crazy stuff, and I've also taken them for dinner, and I've also made sure they had a hotel, and a shower. And I put them in a program. Like I've done that. But the reality is, a lot of people especially our union guys. A lot of union guys...they'll do whatever you want. They're rock and roll.

When I need to get something done in Arkansas, the first guy I call is the head of the AFL-CIO down there, because he will say, "What do you need?" And I will say, I need a guy who will do this, this and this. And they find that guy. And that guy will be like, Hell yeah, let's do it.

**On Camera #5: Birddogging...it's a word we had not heard until we got into this investigation. But when we checked the WIKILEAKS Clinton e-mails leak, we found references to the term in emails to and from the campaign. This is a chain where Clinton campaign manager Robby Mook suggests it might be a tactic to employ to shore up support with Hispanic voters.**

**More to come...**

Confidential - Attorney's Eyes Only

PVDEF0000425