# EXHIBIT 44

| | |
|---|---|
| Message | |
| **From**: | James O'Keefe III |
| **Sent**: | 10/21/2016 7:51:59 AM |
| **To**: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject**: | Nothing? |

▮ haven't heard anything from you after my last email, or our stories this week!

Even the New York Times, is covering us fairly

http://www.nytimes.com/2016/10/21/us/politics/video-dnc-trump-rallies.html?ref=politics

James

James O'Keefe
Chairman and President
Project Veritas
Office: 914-908-2300
Cell: 201-637-0564

Confidential    Case 1:17-cv-00256-MR   Document 43-45   Filed 01/22/19   Page 2 of 2    PVDEF0002915