# EXHIBIT 45

Message

**From:** James O'Keefe III
**Sent:** 10/28/2016 2:53:53 PM
**To:** Redacted
**Subject:** James O'Keefe here - Discussion

Redacted

I wanted to reach out and share my recent success with you. I'm the founder of Project Veritas, the videos that recently sparked a massive flurry of news over the last week or so. I wanted to see if we could jump on the phone or meet in person to show you our remaining bombshell investigative reports we have coming out. Just to refresh your memory, Donald Trump referenced the videos during the debate against Hillary -
https://www.youtube.com/watch?v=WUDWTJeSmSc

Just two nights ago, Megyn Kelly spoke about the newest videos extensively -
https://www.youtube.com/watch?v=GI5zp4RZ9aY

The White House was even forced to respond to our videos -
https://www.youtube.com/watch?v=_O90nNvj1kg

Here was the NY Times story about our videos - http://www.nytimes.com/2016/10/20/us/politics/dnc-video-trump-rallies.html

Anyway, please let me know if you would be willing to get together? I would deeply appreciate the opportunity. Thank you very much.

Best,
James O'Keefe
President
Project Veritas
1214 West Boston Post Road No. 145
Mamaroneck, NY 10543
914.908.2300



**This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for

Confidential - Attorney's Eyes Only          PVDEF0002927

the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.\*\*

Confidential - Attorney's Eyes Only

PVDEF0002928