# EXHIBIT 46

| | |
|---|---|
| Message | |
| From: | James O'Keefe [okeefe.james@projectveritasaction.com] |
| Sent: | 10/22/2016 2:12:10 PM |
| To: | ▮ |
| Subject: | What a difference a day makes... |

▮

My deepest desire last week was to have at least one cable news network mention our stories.

Sean Hannity recognized me in the crowded spin room after the debate Wednesday night and had his cameraman zoom in on me as he heaped praise on our videos. Here are some highlights:



During the debate Donald Trump mentioned our videos: https://www.youtube.com/watch?v=WUDWTJeSmSc

Confidential - Attorney's Eyes Only

PVDEF0002977

After the debate Don Trump Jr. tells Sean Hannity "Project Veritas" is a national treasure doing a great service:
https://www.youtube.com/watch?v=5UjZmsnXDoQ


I had the opportunity to challenge the corporate mainstream media who I am told are afraid of retaliation from a Hillary administration: https://www.youtube.com/watch?v=Dfnk2A8gUPM


Donald Trump gives us the credit: https://twitter.com/JamesOKeefeIII/status/789184760933339140


Megan Kelley on FOX defended us against DNC Chair Donna Brazille: https://www.youtube.com/watch?v=G-rJiPIqGhg


The White House and Hillary herself have been questioned about our videos:
https://www.youtube.com/watch?v=_O90nNvj1kg

Confidential - Attorney's Eyes Only
PVDEF0002978



Hillary runs away when asked about our videos on her airplane: https://www.facebook.com/JamesOKeefeIII/posts/10106986596266959

And no matter how much they attack me, the messenger, the message caused two high ranking Democratic dark money operatives to resign without contradicting a single word in our reports. https://www.washingtonpost.com/news/post-politics/wp/2016/10/19/two-democratic-operatives-lose-jobs-after-james-okeefe-sting/

And even the New York Times had to cover this story: http://www.nytimes.com/2016/10/20/us/politics/dnc-video-trump-rallies.html

What a week and this is just the beginning.

Confidential - Attorney's Eyes Only    Case 1:17-cv-00256-MR   Document 43-47   Filed 01/22/19   Page 4 of 5    PVDEF0002979

Watch for more on Monday!

James O'Keefe

Confidential - Attorney's Eyes Only
PVDEF0002980