

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No: 1:17 cv 00129; 1:17 cv 00256

| | |
|---|---|
| RICHARD L. CAMPBELL, <br><br>Plaintiff, <br><br>v. <br><br>SHIRLEY TETER and SINCLAIR COMMUNICATIONS, LLC, <br><br>Defendants. <br><br>SHIRLEY TETER, <br><br>Plaintiff, <br><br>v. <br><br>PROJECT VERITAS ACTION FUND, PROJECT VERITAS, and JAMES E. O'KEEFE, III, <br><br>Defendants. | **SHIRLEY TETER'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT** |

Plaintiff, Defendant and Counter – Plaintiff in these consolidated actions, Shirley Teter ("Teter"), by and through counsel, pursuant to Federal Rule 26(a)(1), submits her initial disclosure statement as follows:

**(A)(i).  PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

James O'Keefe (Defamation of Ms. Shirley Teter)
Allison Maass (Interviews of Mr. Scott Foval)
Scott Foval (Content of his statements published by Mr. James O'Keefe, Project Veritas and Project Veritas Action Fund)
Shirley Teter (Events of September 12, 2016 and events related to media coverage and impact of Videos I and II as described in the Complaint)
Employees of Project Veritas and Project Veritas Action Fund who edited Videos I and II as described in the Complaint
Employees of Breitbart News LLC Network who reviewed undercover video footage not included in Videos I and II

Employees of Sinclair Communications, LLC who evaluated Videos I and II to consider broadcasting them on any television news network; and those employees with knowledge of the handful of witnesses who told News 13 that Richard Campbell punched Ms. Shirley Teter
Rodney Hasty (Assistant District Attorney)
William (Bill) Fiesser (Witness to assault and videographer)
Ruth Smith (Representative of Plaintiff Richard Campbell who defamed Ms. Teter)
Richard Campbell (Events of September 12, 2016 and afterward)
Maxine Campbell (Events of September 12, 2016 and afterward)
Kristen Azulita (Witness to Richard Campbell assaulting Shirley Teter)
Jared Dixon (Character witness of Shirley Teter and impact of the assault)
Joel Burgess (Reporter from Asheville Citizen Times)
Matt Price (Witness and photographer of injury to Shirley Teter)
Gregory Meade (Witness to Richard Campbell assaulting Shirley Teter)
Paul Midkiff, MD (Medical treater of Shirley Teter's injuries)
Linda Yaverbaum, MD (Medical treater of Shirley Teter's injuries)
Emily Bidwell (Witness to Richard Campbell assaulting Shirley Teter)
Sue Haelbig (Witness to Richard Campbell assaulting Shirley Teter)
Michael Grnados Orozco (Witness to Richard Campbell assaulting Shirley Teter)
Kenneth Moore (Witness to Richard Campbell assaulting Shirley Teter)
Brook Duncan (Witness to Richard Campbell assaulting Shirley Teter)
Scott Mullins (EMT who treated Shirley Teter at the scene on September 12, 2016)

**(A)(ii)** **DOCUMENTS**

Copies of all documents, electronically stored information, and tangible things that may be used to support her claims and defenses are produced (as well as exhibits to pleadings, which have not been produced again).

**(A)(iii)** **COMPUTATION OF DAMAGES**

Medical Expenses: $2,504.85 + prescription medicines to be determined by Ms. Teter

Out of pocket expenses related to peace of mind: $125.00

Emotional distress: To be determined by the jury

**(A)(iv)** **INSURANCE AGREEMENTS**

Not applicable

This 25th day of April, 2018.

Respectfully submitted,

**ELLIS & WINTERS, LLC**

By: /s/Jonathan D. Sasser
    Jonathan D. Sasser (NC S. Ct. #10028)
    4131 Parklake Ave., Suite 400
    Raleigh, NC 27612
    Phone: 919-865-7002
    Fax: 919-865-7010
    Email: jon.sasser@elliswinters.com

**CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.**

By: /s/ Ralph Streza
    Ralph Streza (OH S. Ct. #0017694)
    4996 Foote Road
    Medina, Ohio 44256
    Phone: 330-723-6404
    Fax: 330-721-7644
    Email: streza@ccj.com
    *Counsel for Plaintiff, Defendant*
    *and Counter – Plaintiff Shirley Teter*