# EXHIBIT 15

```
            IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                    ASHEVILLE DIVISION


RICHARD L. CAMPBELL,              )
                                  )
       Plaintiff,                 )
                                  ) Case No.
   vs.                            ) 1:17-cv-00129-MR-DLH
                                  )
SHIRLEY TETER and SINCLAIR        )
COMMUNICATIONS, INC.,             )
                                  )
       Defendants.                )
----------------------------------
                                  )
SHIRLEY TETER,                    )
                                  )
       Plaintiff,                 )
                                  ) Case No.
   vs.                            ) 1:17-cv-00256-MR-DLH
                                  )
PROJECT VERITAS ACTION FUND,      )
et al.,                           )
                                  )
       Defendants.                )
----------------------------------



         *   *  *ATTORNEYS' EYES ONLY*  *   *

    VIDEOTAPED DEPOSITION OF JAMES E. O'KEEFE, III

         (Taken by Attorneys for Shirley Teter)

              Winston-Salem, North Carolina

              Wednesday, November 28, 2018



                 Reported in Stenotype by
                      Jana F. Collins
    Transcript produced by computer-aided transcription
```

```
 1              IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                      ASHEVILLE DIVISION

 3

 4   RICHARD L. CAMPBELL,            )
                                     )
 5         Plaintiff,                )
                                     ) Case No.
 6      vs.                          ) 1:17-cv-00129-MR-DLH
                                     )
 7   SHIRLEY TETER and SINCLAIR      )
     COMMUNICATIONS, INC.,           )
 8                                   )
           Defendants.               )
 9   ------------------------------
                                     )
10   SHIRLEY TETER,                  )
                                     )
11         Plaintiff,                )
                                     ) Case No.
12      vs.                          ) 1:17-cv-00256-MR-DLH
                                     )
13   PROJECT VERITAS ACTION FUND,    )
     et al.,                         )
14                                   )
           Defendants.               )
15   ------------------------------

16

17

18           *   *  *ATTORNEYS' EYES ONLY*   *   *

19      VIDEOTAPED DEPOSITION OF JAMES E. O'KEEFE, III

20           (Taken by Attorneys for Shirley Teter)

21                 Winston-Salem, North Carolina

22                 Wednesday, November 28, 2018

23

24                 Reported in Stenotype by
                        Jana F. Collins
25    Transcript produced by computer-aided transcription
```

1  Q   In 2016 -- I'm sorry.  In 2012, you published
2  a video stating that William Romero had committed
3  voter fraud, didn't you?
4  A   **I'd have to refresh my memory on that**
5  **incident.**
6              MR. SASSER:  All right.  Can you play?
7                  (Video Plays)
8              MR. SASSER:  Stop.
9  Q   Who's the person talking?  Who is the
10 investigator you're using there?
11 A   **Spencer Meads.**
12             MR. SASSER:  Okay, continue.
13                 (Video Plays)
14 Q   Is that you talking?
15 A   **Yes.**
16 Q   And you just said that William Romero is not a
17 United States citizen, correct?
18 A   **Yes.**
19 Q   Do you need to see anymore of that?
20 A   **Depends upon what you're going to ask me.**
21 Q   Were you wrong about Mr. Romero being a United
22 States citizen?
23 A   **Well, I would certainly have to see this whole**
24 **video.**
25                 (Video Plays)

1  Q   Who is the person talking to the North
2  Carolina elections officials?
3  **A   That was a journalist with Project Veritas.**
4  Q   What was his name?
5  A   ▮▮▮▮▮▮▮▮▮▮
6  Q   You refer to him in your book as John Buckley?
7  **A   Yes.**
8  Q   Do you know whether or not Mr. Romero is
9  actually a United States citizen?
10 **A   Can you play the first part of the video**
11 **again, please?**
12 Q   Yeah.
13              (Video Plays)
14 **A   Okay.  I, I do recall having to print a**
15 **correction or an apology about this portion of the**
16 **video after publishing the video.  So we may have**
17 **indeed had to correct this portion.**
18 Q   So you made a false statement about Mr. Romero
19 illegally voting in North Carolina?
20 **A   I, I'd have to check the whole facts**
21 **surrounding the investigation, but I believe this was**
22 **one of the only instances in the history of our**
23 **organization where we had to correct something that we**
24 **reported, yes.**
25 Q   Turn --

1  A   Well below industry standard.
2  Q   Mr. Romero was, in fact, a North Carolina
3  citizen?
4  A   I believe so.
5  Q   And you falsely said that he was not?
6      MR. DEAN:  Objection.  Asked and answered.
7  A   Again the, we, I believe we corrected, I
8  believe there was an apology for this portion of the
9  video.  And like I said, well, well below industry
10 standard for journalists in terms of the corrections
11 that we've published.
12 Q   Didn't you say earlier today that Project
13 Veritas has not done apologies or retractions?
14     MR. DEAN:  Objection.  Misstates his
15     testimony.
16 A   I don't believe I characterized it that way.
17 But again, in the spirit of what it means to be a
18 journalist, we don't make many mistakes at Project
19 Veritas.  We make far fewer than industry standard and
20 that's self-evident.
21 Q   In 2012, you also published a video saying
22 that Zbigniew Gorzkowski had committed voter fraud?
23 A   I'd have to refresh the facts of that case.
24 Q   Okay.
25     (Video Plays)

1  Q  So you said that Mr. Gorzkowski is not a
2  United States citizen, correct?
3  A  According to the refusal form that I'm seeing
4  here.
5         MR. SASSER:  Continue to play that.
6              (Video Plays)
7  A  But like I stated earlier in my testimony,
8  this, this two or series of stories, we did have, we
9  did have to correct or however you want to
10 characterize it, apologize.
11 Q  Were you wrong about Zbigniew Gorzkowski?
12 A  I'd have to go back and check exactly.
13        MR. SASSER:  Let's mark this as the next
14 exhibit.
15        (EXHIBIT 32 WAS MARKED FOR IDENTIFICATION)
16 Q  Mr. O'Keefe, I'm showing you Exhibit 32.  An
17 article from the News and Observer of Raleigh, North
18 Carolina?
19 A  Yes.
20 Q  Its title is Coming to America, Bringing
21 Foreign Fare.  It's dated March 8, 2008?
22 A  Yes.
23 Q  Can you read aloud the second paragraph?
24 A  "Customers flocked through the red door of
25 Ziggy and wife Gorzkowski's European grocery and

1  flower shop to buy one of the 12 varieties they sell.
2  The pierogis and 400 eastern European food items and
3  flowers are also punching, punching the naturalized
4  citizen couple's ticket for their version of the
5  American dream."
6  Q   Naturalized citizen means citizen, doesn't it?
7  A   Yes.
8  Q   Had you been more diligent, you could have
9  found this article before you said that Mr. Gorzkowski
10 was not a United States citizen?
11 A   Yes.
12 Q   And this is one of the things you corrected
13 and apologized for?
14 A   Yes.
15         MR. SASSER:  Play the next video.
16             (Video Plays)
17         MR. SASSER:  Stop there.
18 Q   Who is that person?
19 A   That's Spencer Meads.
20 Q   Who had also pretended to be Mr. Romero?
21 A   No.
22 Q   All right.  Who was -- that was John Houting
23 who pretended to be Mr. Romero?
24 A   Houting.
25         MR. SASSER:  Okay.  Continue.

1                    (Video Plays)
2    Q   After getting the information that they had
3 not served on a jury duty, why did you consider it
4 necessary to send people dressed up to pretend to be
5 these two North Carolina citizens?
6    **A   I disagree with your statement that they**
7 **pretended to be the citizens.**
8    Q   How were they not pretending to be North
9 Carolina citizens?
10   **A   Because their intent and their actions were to**
11 **simply state names and to be offered the opportunity**
12 **to vote testing the system, if you will, exposing that**
13 **there are vulnerabilities within the voting system and**
14 **I stand by that, that part of the report.**
15   Q   When someone goes to a North Carolina voting
16 official and is asked their name and they give a name,
17 is it their intention to convince that person that
18 they are the name that they gave?
19   **A   I can only speak about the intent in our case,**
20 **not in the hypothetical case you speak of.**
21            MR. SASSER:   Okay.  Play that again.
22                    (Video Plays)
23   Q   So in that one, it's cut so that you can't
24 hear the question before he gives the name.  But if
25 the question had been what is your name and he gives

1   record at 6:09 p.m.  Please continue.
2   BY MR. SASSER:
3       Q   Mr. O'Keefe, Project Veritas corrected an
4   inaccurate statement it made about two North Carolina
5   residents, correct?
6       A   I believe so.
7       Q   And Project Veritas' source for the inaccurate
8   statements was voter registration records?
9       A   I believe that was one of the items, yes.
10      Q   So Project Veritas corrected a false statement
11  made in reliance on a third-party?
12      A   Well, the difference in that case was we
13  didn't have people on making a claim.  So we, we try
14  to hold ourselves to a higher standard than we did
15  back in 2000 -- back when we did that.  We, we try to
16  keep to catching people or getting claims from the
17  people in the tapes.
18      Q   I'm sorry.  Can you explain that?
19      A   Yes.  We, we oftentimes, we don't report
20  anything unless you can see and hear it coming out of
21  the subject's mouth.  And in this particular case, we
22  deviated from that standard and we had to, we had to
23  correct or apologize or how you wish to characterize
24  it.
25      Q   The two North Carolina citizens were, were

1  innocent people, right?
2     A   How do you mean by innocent?
3     Q   They had not asked to be, have these things
4  said about them?
5     A   I believe so, yes.
6     Q   They were just two North Carolina citizens
7  living their lives?
8     A   Yes.
9     Q   And your people descended upon Mr. Romero?
10    A   Descended upon. I don't, I don't like to
11 characterize things.
12    Q   Confronted him at his home and asked him
13 whether he was a United States citizen, right?
14    A   We did blur his face out.
15    Q   On the video, right?
16    A   Yes.
17    Q   But you were personally, your representative
18 was personally on Mr. Romero's property, right?
19    A   Standard television practice to, to -- it's
20 called door-stopping. Many, many local TV stations
21 do, do those activities as part of their journalistic
22 techniques.
23    Q   So your answer is yes?
24    A   My answer is that we did approach him at his
25 property and blurred his face out, yes.