```
 1              UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                     ASHEVILLE DIVISION
              No.  1:17 cv 00129; 1:17 cv 00256
 3

 4   RICHARD L. CAMPBELL,
            Plaintiff,
 5   vs.
     SHIRLEY TETER and SINCLAIR
 6   COMMUNICATIONS, LLC,
            Defendants.
 7

 8   SHIRLEY TETER,
            Plaintiff,
 9   vs.
     PROJECT VERITAS ACTION FUND,
10   PROJECT VERITAS, and JAMES
     E. O'KEEFE, III,
11          Defendants.

12

13

14

15

16         Videotaped Deposition of CHRISTIAN LEE

17      HARTSOCK, at 12400 Wilshire Boulevard, Suite 700,

18      Los Angeles, California, beginning at 10:28 a.m.,

19      and ending at 5:27 p.m. on Thursday, November 15,

20      2018, before MICHELE URBINA, Certified Shorthand

21      Reporter No. 9635.

22

23

24

25
```

```
 1   APPEARANCES:

 2   For Plaintiff Shirley Teter:
         ELLIS & WINTERS, LLC
 3       BY:  JONATHAN D. SASSER, ESQUIRE
         PREETHA SURESH RINI (Via Speakerphone)
 4       Attorneys at Law
         4131 Parklake Avenue, Suite 400
 5       Raleigh, North Carolina 27612
         (919) 865-7002
 6       jon.sasser@elliswinters.com

 7


 8   For Defendants Project Veritas Action Fund, Project
     Veritas, James E. O'Keefe, and The Deponent:
 9       WOMBLE BOND DICKINSON (US) LLP
         BY:  JAMES A. DEAN, ESQUIRE
10       MICHAEL MONTECALVO (Via Speakerphone)
         Attorneys at Law
11       One West Fourth Street
         Winston-Salem, North Carolina 27101
12       (336) 721-3770
         jamie.dean@wbd-us.com
13       michael.montecalvo@wbd-us.com

14


15   For Plaintiff Richard L. Campbell:
         CRANFILL SUMNER & HARTZOG LLP
16       BY:  TODD A. KING, ESQUIRE
         Attorney at Law
17       2907 Providence Road, Suite 200
         Charlotte, North Carolina 28211
18       (704) 940-3417
         tak@cshlaw.com
19       (Appearance Via Speakerphone)

20


21   Videographer:

22       CASEY HOWELL

23


24


25
```

1  for.
2  Q   Were there any that month?
3  A   Not that I recall.
4  Q   You sure there wasn't one that month?
5  A   I don't -- not that I -- none that I was
6  referring to on the 15th.
7  Q   Was there one that Mr. Foval could have been
8  referring to in the past month?
9  A   I would be very surprised.  It was very
10 clear we were talking about that.  There was no
11 suspicion that we did not know what was being referred
12 to.
13     I mean, it was -- it was a hot headline that
14 week.  The day before -- the day -- I believe the day
15 before that, it was brought to my attention the day --
16 on the -- I believe on the 14th it was brought to my
17 attention when I was already there in Wisconsin.
18 Q   How did you learn about it?
19 A   Joel Pollak sent me a link to it and said --
20 and had asked if I thought maybe this was one of
21 Foval's plants.
22 Q   Mr. Foval -- as far as -- sorry.
23     Mr. Pollak was very interested in the Foval
24 investigation; wasn't he?
25 A   Yes.

```
 1              Then it says, "Richard Campbell, 73, was
 2   accused of sucker-punching 69-year-old Shirley Teter
 3   who wears an oxygen tank."
 4              Is this the first time that word "Shirley
 5   Teter" appear at Veritas?
 6       A    Could you clarify the question?
 7            What do you mean by showed up at Veritas?
 8       Q    It shows up in any of Veritas' records, is
 9   this the first time --
10       A    I don't know.
11       Q    Had you seen her name in any e-mail at
12   Veritas prior to October 14, 2016?
13       A    I don't know.
14       Q    Do you recall seeing it before October 14,
15   2016?
16            MR. DEAN:  Objection.  Object to form.
17            THE WITNESS:  That's what I mean by I don't
18   know.
19            I don't -- I know for a fact that her name
20   was in the article that Joel had either e-mailed or
21   texted me, somehow communicated to me on the 14th, I
22   believe, 13th or 14th.
23   BY MR. SASSER:
24       Q    Of September?
25       A    Yeah.
```

```
 1       Q    The previous month?
 2       A    Yeah.
 3            Right before I met with Scott to ask him.
 4       Q    That was the project -- I'm sorry.
 5            That was the Breitbart story that mentioned
 6  Mrs. Teter; right?
 7       A    I believe it -- I don't -- I don't recall
 8  the source of the story.  I recall that it was a
 9  story --
10       Q    Okay.
11       A    -- that -- about Shirley Teter that Joel had
12  briefed me on.
13       Q    All right.  The third paragraph from the
14  bottom says, "Foval nods when asked if Democracy
15  Partners is responsible for the incident outside of
16  the rally in North Carolina, who he has -- his group
17  did not have direct contact with Teter.  We didn't
18  know who she was ahead of time, Foval says.  We just
19  had somebody connected with her before that rally and
20  we knew she was putting herself out there -- that's
21  all we knew."
22            That's consistent with the AAR that you
23  prepared; right?
24       A    Yes.
25       Q    Although your AAR did not mention the word
```

1    And when I have cable, I tend to have CNN
2 on.
3    Q    Do you read Breitbart?
4    A    Not -- not routinely.  I mean, I've -- when
5 there's a link to a Breitbart piece, when I'm directed
6 to Breitbart, I tend to -- I will read it.
7    Q    Did Donald Trump donate to Project
8 Veritas?
9    A    My -- as I recall, he gave a small donation
10 in 2014.
11    Q    How much?
12    A    I don't know exactly.  I saw from, at least
13 one source, that it was $10,000.
14    Q    Was that personally or from his campaign?
15    A    There was no campaign, as far as I knew.  I
16 mean, he was Donald Trump.  There was -- as I
17 understood, there was no campaign until June of
18 2015.
19    Q    Mr. Pollak specifically sent you a story on
20 September 14 about Shirley Teter?
21    A    I don't recall the exact date, but it was
22 certainly around that time.  It was -- I -- quite
23 probably on the 14th, because I remember I was in the
24 hotel room when -- when I received that from him
25 and.

1     Q    Do you know whether that was a Breitbart
2  story or not?
3     A    I don't recall.  I recall that there was
4  a -- if I recall correctly, it was a local story --
5  either a local story or an article hyperlinking a
6  local story.  I don't recall exactly.
7          But I do know that it was a mainstream story
8  that was making headlines in the mainstream.
9          And by "mainstream," I do not mean
10 Breitbart.
11         THE REPORTER:  15.
12         MR. SASSER:  Let's mark as next exhibit,
13 PVDEF 11651.
14         (Plaintiff's Exhibit 15 was marked for
15         identification by the court reporter.)
16 BY MR. SASSER:
17    Q    What is that?
18    A    I don't know.  It looks -- I don't know.
19    Q    Are those Slack conversations?
20    A    I don't know.
21         Yes, I believe this is Slack, yes.
22    Q    Are you a participant in any of those
23 conversations?
24    A    I don't know.  Let me see.
25    Q    There's discussion there of this video about

```
 1
 2              I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby
 4    certify:
 5              That the foregoing proceedings were taken
 6    before me at the time and place herein set forth; that
 7    any witnesses in the foregoing proceedings, prior to
 8    testifying, were placed under oath; that a verbatim
 9    record of the proceedings was made by me using machine
10    shorthand which was thereafter transcribed under my
11    direction; further, that the foregoing is an accurate
12    transcription thereof.
13              I further certify that I am neither
14    financially interested in the action nor a relative or
15    employee of any attorney of any of the parties.
16              IN WITNESS WHEREOF, I have this date
17    subscribed my name.      *Michele Urbina*
18
19                         _____
20                         MICHELE URBINA
21                         CSR NO. 9635
22
23
24
25
```