IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:17-CV-00256

SHIRLEY TETER,

    Plaintiff,

v.

PROJECT VERITAS ACTION FUND et al.,

    Defendants

**INDEX OF EXHIBITS TO SHIRLEY TETER'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION TO QUASH FOVAL DEPOSITION**

1. April 25, 2018, Shirley Teter's Initial Rule 26(s)(1) Disclosure Statement

2. April 25, 2018, Defendants' Rule 26(a)(1)(A) Initial Disclosures

3. April 3, 2019 e-mail from Jamie Dean to Jon Sasser

4. June 1, 2018 Shirley Teter's First Set of Requests for Production of Documents Directed to Defendants

5. October 30, 2018 e-mail from Jamie Dean to Jeremy Falcone

6. April 3, 2019 e-mail from Michael Montecalvo to Jon Sasser