# EXHIBIT 6

| | |
|---|---|
| **From:** | Montecalvo, Michael <Michael.Montecalvo@wbd-us.com> |
| **Sent:** | Wednesday, April 3, 2019 10:01 AM |
| **To:** | Jon Sasser |
| **Cc:** | Ralph Streza (ralphstreza@me.com); Preetha Suresh Rini; Dean, Jamie |
| **Subject:** | RE: Communications with Witnesses |
| **Attachments:** | 2019-03-29 PV Ltr to Martinson enc Subpoena.pdf |

Jon,

Thank you for the clarification.

RPD 30 seeks "All Documents that relate to this lawsuit sent to or received by third parties since the lawsuit was filed." Subject to Defendants' objections stated in the July 18, 2018 response, any written communications with the four individuals have been produced (other than the cover letter to the March 29 subpoena including Ms. Martinson's witness fee payment). A copy of that letter is attached.

RPD 40 seeks "All Documents containing communications from or to third parties that related to including Shirley Teter in Video I."
There are no documents of communications with those four individuals about including Teter in Video 1.

RPD 48 seeks "All Documents sent or received from third parties requesting information on plaintiff Shirley Teter."
Any responsive documents have been produced.

-Mike

**From:** Jon Sasser [mailto:Jon.Sasser@elliswinters.com]
**Sent:** Wednesday, April 03, 2019 8:59 AM
**To:** Montecalvo, Michael
**Cc:** Ralph Streza (ralphstreza@me.com); Preetha Suresh Rini; Dean, Jamie
**Subject:** RE: Communications with Witnesses

Mike,

We requested these communications in Plaintiff's requests for Production Nos. 30, 40, and 48, along with Jamie Dean's express agreement in his e-mail of October 30, 2018. Can you confirm that you have produced all such communications?

Thanks,

Jon

**From:** Montecalvo, Michael [mailto:Michael.Montecalvo@wbd-us.com]
**Sent:** Tuesday, April 2, 2019 4:49 PM
**To:** Jon Sasser

1

**Cc:** Ralph Streza (ralphstreza@me.com); Preetha Suresh Rini; Dean, Jamie
**Subject:** RE: Communications with Witnesses

Jon,

Please help me understand the discovery requests you are referring to that requires the disclosure of the information requested below.
Thanks,

-Mike

---

**From:** Jon Sasser [mailto:Jon.Sasser@elliswinters.com]
**Sent:** Tuesday, April 02, 2019 4:19 PM
**To:** Montecalvo, Michael
**Cc:** Ralph Streza (ralphstreza@me.com); Preetha Suresh Rini; Dean, Jamie
**Subject:** RE: Communications with Witnesses

Mike,

That is not what I asked. Has Veritas' counsel communicated with Carol Martinson, Jo Comerford, Joel Pollak, or Brittney Rivera? If so, have you produced all correspondence with each of them? If not, why not?

Thanks,

Jon

---

**From:** Montecalvo, Michael [mailto:Michael.Montecalvo@wbd-us.com]
**Sent:** Tuesday, April 2, 2019 3:43 PM
**To:** Jon Sasser
**Cc:** Ralph Streza (ralphstreza@me.com); Preetha Suresh Rini; Dean, Jamie
**Subject:** RE: Communications with Witnesses

Jon-

I checked and confirmed Defendants produced all communications requested by Plaintiff in discovery.

-Mike


**Michael Montecalvo**
Partner
Womble Bond Dickinson (US) LLP

**d:** 336-721-3770
**e:** Michael.Montecalvo@wbd-us.com

One West Fourth Street
Winston-Salem, NC 27101

2

   

**womblebonddickinson.com**

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Jon Sasser [mailto:Jon.Sasser@elliswinters.com]
**Sent:** Tuesday, April 02, 2019 3:03 PM
**To:** Montecalvo, Michael; Dean, Jamie
**Cc:** Ralph Streza (ralphstreza@me.com); Preetha Suresh Rini
**Subject:** Communications with Witnesses

Mike and Jamie,

Have you communicated with Carol Martinson, Jo Comerford, Joel Pollak, or Brittney Rivera? If so, have you produced all correspondence, including e-mail, texts, FaceBook Messenger, and Slack with each of them? If not, why not?

Thanks,

Jon

**Jon Sasser**
jon.sasser@elliswinters.com
P 919.865.7002 | F 919.865.7010

<image001.png>

4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
bio | elliswinters.com | map

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

womblebonddickinson.com



Womble Bond Dickinson (US) LLP

Michael Montecalvo
Direct Dial: (336) 721-3770
Direct Fax: (336) 726-6912
Email: michael.montecalvo@wbd-us.com

One West Fourth Street
Winston-Salem, NC 27101

t: 336.721.3600
f: 336.721.3660

March 29, 2019

**_VIA HAND DELIVERY_**

Ms. Carol Martinson
612 E. 19th Street, Apt. #1
Cheyenne, Wyoming 82001

    Re:    *Shirley Teter v. Project Veritas Action Fund, Project Veritas, and James E. O'Keefe, III,* In the United States District Court for the Western District of North Carolina, Civil Action No. 1:17-CV-00256-MR-DLH

Dear Ms. Martinson:

As you know, I represent Project Veritas Action Fund, Project Veritas, and James E. O'Keefe, III in a lawsuit filed by Shirley Teter. Enclosed please find a Subpoena for your appearance at a deposition to be held on Monday, April 8, 2019 at 9:00 a.m. at the law offices of Crowley Fleck PLLP, located at 237 Storey Boulevard, Suite 110. I am also enclosing a check in the amount of $44.06 as required by the federal court rules for your appearance and mileage.

If you have any questions, please call me. Thank you for your cooperation in this matter.

Yours truly,

Michael Montecalvo

MM/acg
Enclosures

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/legal notices for further details.

# WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

No. 98091

66-112/531

Date: 3/29/2019

$44.06

Forty-four------------------------------------------------------------------------------------DOLLARS 06 CENTS

**PAY TO THE ORDER OF**  CAROL MARTINSON

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑆000009809⑆ ⑈053101121⑈ 000511291696⑆

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 3/29/2019 | MARTINSC/2019-0329 | $44.06 | Witness fee and mileage |