## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### Case No. 1:17-cv-00256-MR

| | |
|---|---|
| SHIRLEY TETER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PROPOSED VERDICT SHEETS** |
| ) | |
| PROJECT VERITAS ACTION ) | |
| FUND, PROJECT VERITAS, ) | |
| and JAMES E. O'KEEFE, III ) | |
| ) | |
| Defendants. ) | |

Come now the parties and submit these proposed verdict sheets to the Court. There are two primary legal issues to be resolved by the Court. The first issue is whether the alleged defamation is per se or per quod. The second issue is whether Ms. Teter was a private figure or a public figure at the time of the alleged defamation. Accordingly, the parties have prepared verdict sheets for each of the four possible scenarios – libel per se involving a private figure over a matter of public concern, libel per se involving a public figure; libel per quod involving a private figure over a matter of public concern, and libel per quod involving a public figure.

1

If the Court determines that the jury should be instructed (1) on libel per se and (2) that Ms. Teter is a private figure then the parties respectfully request that the Court use the following verdict sheet:

VERDICT SHEET
Libel Per Se
Private Figure – Matter of Public Concern

1. With respect to Defendant Project Veritas Action Fund, did the defendant libel the plaintiff?

    _____ Yes                    _____ No

    With respect to Defendant Project Veritas, did the defendant libel the plaintiff?

    _____ Yes                    _____ No

    With respect to Defendant James E. O'Keefe III, did the defendant libel the plaintiff?

    _____ Yes                    _____ No

    If you answered "yes" to Question 1 for one or more of the defendants, you should proceed to Question 2. If you answered "no" to Question 1 for all of the defendants, you should not answer Questions 2 or 3.

2. Answer this question only if you answered yes to Question 1 for one or more of the defendants.

With respect to Defendant Project Veritas Action Fund, and only if you answered "yes" to Question 1 for Defendant Project Veritas Action Fund, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes            _____ No

With respect to Defendant Project Veritas, and only if you answered "yes" to Question 1 for Defendant Project Veritas, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes            _____ No

With respect to Defendant Defendant James E. O'Keefe III, and only if you answered "yes" to Question 1 for Defendant James E. O'Keefe III, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes            _____ No

If you answered "yes" to Question 2 for one or more of the defendants, you should proceed to Question 3 and then to Question 4. If you answered "no" to Question 2 for all of the defendants, you should not answer Question 3 or Question 4.

3. Answer this question only if you answered yes to Question 2 for one or more of the defendants, what amount of presumed damages is the plaintiff entitled to recover?

   _____

4. Answer Question 4 only if you answered yes to Question 2 for one or more of the defendants. (This will be a punitive damages question. The parties disagree about whether punitive damages are awarded jointly and severally. The parties are continuing to research the issue and hope to be able to reach agreement. At this point, however, the parties are unable to agree on how the punitive damages question should be worded.)

If the Court determines that the jury should be instructed (1) on libel per se and (2) that Ms. Teter is a public figure, then the parties respectfully request that the Court use the following verdict sheet:

VERDICT SHEET
Libel Per Se
Public Figure

1. With respect to Defendant Project Veritas Action Fund, did the defendant libel the plaintiff?

    _____ Yes   _____ No

    With respect to Defendant Project Veritas, did the defendant libel the plaintiff?

    _____ Yes   _____ No

    With respect to Defendant James E. O'Keefe III, did the defendant libel the plaintiff?

    _____ Yes   _____ No

    If you answered "yes" to Question 1 for one or more of the defendants, you should proceed to Question 2. If you answered "no" to Question 1 for all of the defendants, you should not answer Questions 2, 3, or 4.

2. Answer this question only if you answered yes to Question 1 for one or more of the defendants.

5

With respect to Defendant Project Veritas Action Fund, and only if you answered "yes" to Question 1 for Defendant Project Veritas Action Fund, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes     _____ No

With respect to Defendant Project Veritas, and only if you answered "yes" to Question 1 for Defendant Project Veritas, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes     _____ No

With respect to Defendant Defendant James E. O'Keefe III, and only if you answered "yes" to Question 1 for Defendant James E. O'Keefe III, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes     _____ No

If you answered "yes" to Question 2 for one or more of the defendants, you should proceed to Question 3 and then to Question 4. If you answered "no" to Question 2 for all of the defendants, you should not answer Question 3 or Question 4.

3. Answer this question only if you answered yes to Question 2 for one or more of the defendants, what amount of presumed damages is the plaintiff entitled to recover?

   _____

4. Answer Question 4 only if you answered yes to Question 2 for one or more of the defendants. (This will be a punitive damages question. The parties disagree about whether punitive damages are awarded jointly and severally. The parties are continuing to research the issue and hope to be able to reach agreement. At this point, however, the parties are unable to agree on how the punitive damages question should be worded.)

If the Court determines that the jury should be instructed (1) on libel per quod and (2) that Ms. Teter is a private figure then the parties respectfully request that the Court use the following verdict sheet:

VERDICT SHEET
Libel Per Quod
Private Figure – Matter of Public Concern

1. With respect to Defendant Project Veritas Action Fund, did the defendant libel the plaintiff?

    _____ Yes                    _____ No

    With respect to Defendant Project Veritas, did the defendant libel the plaintiff?

    _____ Yes                    _____ No

    With respect to Defendant James E. O'Keefe III, did the defendant libel the plaintiff?

    _____ Yes                    _____ No

    If you answered "yes" to Question 1 for one or more of the defendants, you should proceed to Question 2. If you answered "no" to Question 1 for all of the defendants, you should not answer Questions 2, 3, or 4.

2. Answer Question 2 only if you answered yes to Question 1 for one or more of the defendants. What amount of actual damages is the plaintiff entitled to recover?

    _____

8

If you entered an amount greater than zero ($0) in response to Question 2, you should proceed to Question 3. If you answered "none" to Question 2, you should not answer Questions 3 or 4.

3. Answer Question 3 only if you entered an amount greater than zero ($0) in response to Question 2.

    With respect to Defendant Project Veritas Action Fund, and only if you answered "yes" to Question 1 for Defendant Project Veritas Action Fund, did the defendant publish the libelous statement or statements with actual malice?

    _____ Yes              _____ No

    With respect to Defendant Project Veritas, and only if you answered "yes" to Question 1 for Defendant Project Veritas, did the defendant publish the libelous statement or statements with actual malice?

    _____ Yes              _____ No

    With respect to Defendant Defendant James E. O'Keefe III, and only if you answered "yes" to Question 1 for Defendant James E. O'Keefe III, did the defendant publish the libelous statement or statements with actual malice?

    _____ Yes              _____ No

9

If you answered "yes" to Question 3 for one or more of the defendants, you should proceed to Question 4. If you answered "no" to Question 3 for all of the defendants, you should not answer Question 4.

4. Answer Question 4 only if you answered yes to Question 3 for one or more of the defendants. (This will be a punitive damages question. The parties disagree about whether punitive damages are awarded jointly and severally. The parties are continuing to research the issue and hope to be able to reach agreement. At this point, however, the parties are unable to agree on how the punitive damages question should be worded.)

If the Court determines that the jury should be instructed (1) on libel per quod and (2) that Ms. Teter is a public figure, then the parties respectfully request that the Court use the following verdict sheet:

VERDICT SHEET
Libel Per Quod
Public Figure

1. With respect to Defendant Project Veritas Action Fund, did the defendant libel the plaintiff?

   _____ Yes          _____ No

   With respect to Defendant Project Veritas, did the defendant libel the plaintiff?

   _____ Yes          _____ No

   With respect to Defendant James E. O'Keefe III, did the defendant libel the plaintiff?

   _____ Yes          _____ No

   If you answered "yes" to Question 1 for one or more of the defendants, you should proceed to Question 2. If you answered "no" to Question 1 for all of the defendants, you should not answer Questions 2, 3, or 4.

2. Answer this question only if you answered yes to Question 1 for one or more of the defendants.

With respect to Defendant Project Veritas Action Fund, and only if you answered "yes" to Question 1 for Defendant Project Veritas Action Fund, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes _____ No

With respect to Defendant Project Veritas, and only if you answered "yes" to Question 1 for Defendant Project Veritas, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes _____ No

With respect to Defendant Defendant James E. O'Keefe III, and only if you answered "yes" to Question 1 for Defendant James E. O'Keefe III, did the defendant publish the libelous statement or statements with actual malice?

_____ Yes _____ No

If you answered "yes" to Question 2 for one or more of the defendants, you should proceed to Question 3. If you answered "no" to Question 2 for all of the defendants, you should not answer Question 3 or Question 4.

3.  Answer Question 3 only if you answered yes to Question 2 for one or more of the defendants. What amount of actual damages is the plaintiff entitled to recover?

    _____

    If you entered an amount greater than zero ($0) in response to Question 3, you should proceed to Question 4. If you answered "zero" to Question 3 you should not answer Questions 4.

4.  Answer Question 4 only if you entered an amount greater than zero ($0) in response to Question 3 for one or more of the defendants. (This will be a punitive damages question. The parties disagree about whether punitive damages are awarded jointly and severally. The parties are continuing to research the issue and hope to be able to reach agreement. At this point, however, the parties are unable to agree on how the punitive damages question should be worded.)

This the 2nd day of May, 2019.

    Respectfully submitted,

    **ELLIS & WINTERS LLP**

    By: /s/ Jonathan D. Sasser
    Jonathan D. Sasser
    N.C. State Bar No. 10028
    Preetha Suresh Rini
    N.C. State Bar No. 51022
    Post Office Box 33550
    Raleigh, North Carolina 27636
    Ph: (919) 865-7000
    Fax: (919) 865-7010
    jon.sasser@elliswinters.com
    preetha.sureshrini@elliswinters.com

    Dixie T. Wells
    N.C. State Bar No. 26816
    ELLIS & WINTERS LLP
    P.O. Box 2752
    Greensboro, North Carolina 27402
    Ph: (336) 217-4193
    Fax: (336) 217-4198
    dixie.wells@elliswinters.com

    **CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.**

    By: /s/ Ralph Streza
    Ralph Streza
    4996 Foote Road
    Medina, Ohio 44256
    Ph: (330) 723-6404
    Fax: (330) 721-7644
    streza@ccj.com

    *Attorneys for Shirley Teter*

14

**WOMBLE BOND DICKINSON LLP**

By: /s/ James A. Dean
James A. Dean
Michael Montecalvo
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
jamie.dean@wbd-us.com
michael.montecalvo@wbd-us.com

*Attorneys for James E. O'Keefe, III, Project Veritas, and Project Veritas Action Fund*