# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00256-MR

| | |
|---|---|
| SHIRLEY TETER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROJECT VERITAS ACTION FUND, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the letter from Leslie Boyd, which the Court construes as a motion to quash [Doc. 79] and the Defendants' Unopposed Motion for Leave to Use the Deposition of Leslie Boyd [Doc. 84].

Leslie Boyd is a non-party witness who was subpoenaed by the Defendants to testify at trial. Ms. Boyd has moved to quash that subpoena on the grounds that she is not available to testify because she needs to accompany her pregnant granddaughter on a time-sensitive cross-country trip the week of trial. [Doc. 79]. In an effort to accommodate Ms. Boyd, the parties have agreed to certain stipulations, and the Defendants seek leave to use Ms. Boyd's deposition at trial on two discrete points in lieu of requiring her to appear live at trial.

For the reasons stated by the parties, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendants' Unopposed Motion for Leave to Use the Deposition of Leslie Boyd [Doc. 84] is **GRANTED**, and Leslie Boyd's Motion to Quash [Doc. 79] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Leslie Boyd is hereby released from her subpoena and shall not be required to appear at the trial of this matter.

**IT IS SO ORDERED.**

Signed: May 13, 2019

Martin Reidinger
United States District Judge