**Plaintiff Shirley Teter's Trial Exhibit List**

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 1 | Robert Sloan Video Screenshots | FRCP 26, 37; FRE 402, 403, 901, 1002 | | | |
| 2 | Photo of Rally #2 (Teter Ex. 02) | | Authentic; Admissible | | |
| 3 | Photo of Shirley with Brook Duncan | | | | |
| 4 | Charter Phone Records with Certification (Teter 1750) | FRCP 26, 37; FRE 802 | | | |
| 5 | WLOS Video 9-13-2016 (SINCLAIR_0000234) | | Authentic; business record; Admissible | | |
| 6 | 69-Year-Old Woman Punched at Donald Trump Rally The Asheville Citizen-Times (September 14, 2016) | | | | |
| 7 | Raw Footage of Shirley Teter (Comerford Dep. Exhibit 23 - produced by MoveOn 10-31-2018) | | Authentic; Admissible | | |
| 8 | WLOS Video 10-19-2016 (SINCLAIR_0000233) | | Authentic; business record; Admissible | | |
| 9 | Video I – Rigging the Election | | Authentic; Admissible | | |

1

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 10 | Undercover Video Claims Asheville Woman Punched at Trump Rally was Planted by DNC WLOS (October 19, 2016) | | Authentic; business record; Admissible | | |
| 11 | Videos Put Democrats on Defensive About Dirty Tricks New York Times (October 20, 2016) | FRE 402, 403, 404, 802 | Authentic | | |
| 12 | Video II – Shirley Teter Is In The News Again | | Authentic; Admissible | | |
| 13 | Brian Flatley Affidavit and YouTube Comment Screenshot Capture (filed as DE 81-9) | FRCP 26, 37; FRE 402, 403, 802, 901 | | | |
| 14 | Retraction Letter 8-21-2017 from Ralph Streza to James O'Keefe III (PVDEF0011613) | | Authentic | | |
| 15 | Retraction Letter 8-21-2017 from Ralph Streza to Project Veritas (PVDEF0011611) | | Authentic | | |
| 16 | Retraction Letter 8-21-2017 from Ralph Streza to Project Veritas Action Fund (PVDEF0011609) | | Authentic | | |
| 17 | Teter Cert Mail Delivered Veritas Okeefe | | | | |
| 18 | Letter from Benjamin Barr 9-7-2017 | FRE 402, 403 | Authentic | | |
| 19 | Video III – Stack of Frivolous Lawsuits | FRE 402, 403, 404 | Authentic; Admissible | | |
| 20 | PVDEF0000933 | FRE 403 | Authentic | | |

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 21 | PVDEF0000987 | | Authentic; Admissible | | |
| 22 | AAR Form (PVDEF0005225-43) | | Authentic; Admissible | | |
| 23 | PV Video Summary Form (PVDEF0005245-53) | | Authentic; Admissible | | |
| 24 | Scott Foval Phone Call 10-07-2016 (PVDEF0002543) | FRE 402, 403, 404 | Authentic | | |
| 25 | Draft 3 of Video I (PVDEF 0007106-08) | | Authentic; Admissible | | |
| 26 | Email from Christian Hartsock about "My notes in read" 10-14-2016 (PVDEF0000845-47) | | Authentic; Admissible | | |
| 27 | Email from Christian Hartsock sending bites 10-14-2016 (PVDEF0000408-10) | | Authentic; Admissible | | |
| 28 | Draft 4 of Video I (PVDEF0000421) | | Authentic; Admissible | | |
| 29 | Email from Joe Halderman "Just send me bites" 10-14-2016 (PVDEF 0000418-20) | | Authentic; Admissible | | |
| 30 | Draft 13 of Video I (PVDEF0012781-89) | | Authentic; Admissible | | |
| 31 | Transcript of September 15, 2016 Meeting (PVDEF0011690) | FRE 403, 802, 1002 | | | |
| 32 | PVDEF0000990 | | Authentic; Admissible | | |
| 33 | Screenshots of Video I from Foval Deposition (Foval Exhibit 20) | | Authentic | | |

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 34 | Scott Foval Affidavit | FRE 402, 403, 802 | | | |
| 35 | Transcript of September 15, 2016 Meeting (PVDEF0008534-8710) | FRE 403, 802, 1002 | | | |
| 36 | Email from Joel Pollak to Hartsock and O'Keefe 10-14-2016 (PVDEF0000467-73) | | | | |
| 37 | Email from James O'Keefe 10-21-2016 (PVDEF0014029-32) | FRE 402, 403, 404, 802 | Authentic | | |
| 38 | Email from Ken Konstanzer to James O'Keefe regarding bonuses 10-1-2016 (PVDEF0002625) | FRE 402, 403 | Authentic | | |
| 39 | Legal Challenges Draft 3 (PVDEF0013312) | FRE 402, 403, 404 | Authentic | | |
| 40 | Email from Adam Guillette 9-8-2017 (PVDEF0007012) | FRE 402, 403 | Authentic | | |
| 41 | Email from Steve Gordon to Russ Verney 10-17-2016 (PVDEF0000129-134) | | Authentic | | |
| 42 | Email About Video I Smashes Records (PVDEF0001450-53) | FRE 402, 403 | Authentic | | |
| 43 | Retraction Letter 8-29-2017 from Jon Sasser to Project Veritas | | Authentic | | |
| 44 | Retraction Letter 8-29-2017 from Jon Sasser to Project Veritas Action Fund | | Authentic | | |

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 45 | Aaron Adelson Tweet #1 (SINCLAIR_0000010-12) | FRE 402, 403, 802, 901 - Comments only | Authentic; business record - Tweet only | | |
| 46 | Aaron Adelson Tweet #2 (SINCLAIR_0000013-16) | FRE 402, 403, 802, 901 - Comments only | Authentic; business record - Tweet only | | |
| 47 | Aaron Adelson Tweet #3 (SINCLAIR_0000026-28) | FRE 402, 403, 802, 901 - Comments only | Authentic; business record - Tweet only | | |
| 48 | American Pravda excerpts | FRE 402, 403, 802 | Authentic | | |
| 49 | Americans United For Change Proposal (PVDEF0001017-23) | | Authentic | | |
| 50 | Attorney General Report on Activities of ACORN | FRE 402, 403, 404 | | | |
| 51 | Woman Backtracks on Assault Claim After O'Keefe Video Breitbart (October 20, 2016) | FRE 402, 403, 802 | | | |
| 52 | Campbell Arrest Record (Kingry Ex. 6) | FRE 402, 403, 404, 802 | | | |
| 53 | Cell Phone Records and Subpoena | FRE 802, 901 | | | |
| 54 | What James O'Keefe Doesn't Get About the Media CNN (November 28, 2017) | FRE 402, 403, 404, 802 | | | |

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 55 | James O'Keefe Donor Flees Over Failure to Disclose Criminal Record Daily Beast (December 2017) | FRE 402, 403, 404, 802 | | | |
| 56 | Email from Christian Hartsock to Ken Konstanzer 5-23-2016 (PVDEF0000421-25) | | | | |
| 57 | Email from James O'Keefe 10-21-2016 (PVDEF0002915) | | Authentic | | |
| 58 | Email from James O'Keefe 10-22-2016 (PVDEF0002977-80) | FRE 402, 403, 802 | Authentic | | |
| 59 | Email from James O'Keefe 10-28-2016 (PVDEF0002927) | FRE 402, 403, 404 | Authentic | | |
| 60 | Email from James O'Keefe about "Big Money Bonuses for You" 10-3-2016 (PVDEF0001826) | FRE 402, 403 | Authentic | | |
| 61 | Email from James O'Keefe about "Smoking Gun" 09-29-2016 (PVDEF0001825) | FRE 402, 403 | Authentic | | |
| 62 | Email from Joel Pollak about Breitbart Rollout 10-10-2016 (PVDEF0013989) | | | | |
| 63 | Email from Ken Konstanzer 9-17-2016 (PVDEF0001093-96) | FRE 402, 403 | Authentic | | |
| 64 | Emails with Hannity Show (PVDEF0003289-95) | FRE 402, 403 | | | |
| 65 | Form 990 for Project Veritas and PVAF | FRE 402, 403 | Authentic | | |
| 66 | Fundraising Email 10-19-2016 (PVDEF0001446-48) | FRE 402, 403 | Authentic | | |

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 67 | Fundraising Letter Template (PVDEF0010086-89) | FRE 402, 403 | Authentic | | |
| 68 | Landline Phone Records (Teter 01618) | FRE 802, 901 | | | |
| 69 | Legal Challenges Draft 2 (PVDEF0013311) | FRE 402, 403, 404 | Authentic | | |
| 70 | NC Secretary of State Report | FRE 402, 403, 404 | | | |
| 71 | Payment for Cell Phone - April 2017 (Teter 211) | | | | |
| 72 | Payment for Cell Phone - December 2017 (Teter 224) | | | | |
| 73 | Payment for Cell Phone - February 2017 (Teter 213) | | | | |
| 74 | Payment for Cell Phone - January 2017 (Teter 223) | | | | |
| 75 | Payment for Cell Phone - March 2017 (Teter 212) | | | | |
| 76 | Photo of Rally #1 (Teter Ex. 01) | | Authentic; Admissible | | |
| 77 | Retraction Letter 8-29-2017 from Jon Sasser to James O'Keefe III (PVDEF0010075) | | Authentic | | |
| 78 | Screenshot of Video I | FRE 402, 403, 901, 1002 | | | |
| 79 | Teter's Complaint (DE 1) | FRE 402, 403, 404, 802, 901, 1002 | | | |

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 80 | Teter's Supp Response to Veritas First Set of Discovery 10-29-2018 | FRE 802 if offered by Teter | | | |
| 81 | Everything We Know About the Latest James O'Keefe Video Sting Time (October 18, 2016) | FRE 402, 403, 404, 802 | | | |
| 82 | A Woman Approached The Post with Dramatic - and False - Tale About Roy Moore Washington Post (November 27, 2017) | FRE 402, 403, 404, 802 | | | |
| 83 | Austin Gouge Video | | | | |
| 84 | Behind the Scenes Mashup | FRE 402, 403, 802 | Authentic | | |
| 85 | Fiesser Video | | Authentic; Admissible | | |
| 86 | James O'Keefe Offered a Bus Load of Ballots in North Carolina | FRE 402, 403, 404 | Authentic | | |
| 87 | Morgan Stafford Video (produced 06-06-2018) | FRE 802, 901 | | | |
| 88 | NC Non-Citizens Voting | FRE 402, 403, 404 | Authentic | | |
| 89 | O'Keefe Responds to a Not a Journalist Claim | FRE 402, 403, 404 | Authentic | | |
| 90 | Presidential Debate Clip 10-19-2016 (PVDEF00010077) | FRE 402, 403, 901 | | | |
| 91 | PVDEF 14220 | FRE 1002 | Authentic | | |
| 92 | PVDEF 14222 | FRE 1002 | Authentic | | |
| 93 | PVDEF0000989 | | Authentic; Admissible | | |

| No. | Description | Objection | Stipulations | Introduced By | Adm? |
|---|---|---|---|---|---|
| 94 | PVDEF0002549 | FRE 402, 403, 404 | Authentic | | |
| 95 | Robert Sloan – F!ck Trump | FRCP 26, 27; FRE 403 | | | |