# EXHIBIT A

*Teter v. Project Veritas Action Fund, et al.*
DEFENDANTS' TRIAL EXHIBITS

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 1 | September 13, 2016 WLOS TV Story (SINCLAIR0000234) | Authentic | | | | |
| 2 | "69 Year Old Woman Punched in Face Outside Rally by Trump Supporter," WLOS (September 14, 2016) | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay | | |
| 3 | "69-Year-Old Woman Punched at Donald Trump Rally" The Asheville Citizen-Times (September 14, 2016) | | | | | |
| 4 | "Trump Pounces on Clinton Comments About His Supporters," The Asheville Citizen-Times (September 14, 2016) | | | FRE 401, FRE 402; FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay | | |
| 5 | September 15, 2016 WLOS TV Story (SINCLAIR0000235) | Authentic | | | | |
| 6 | "Lawyer for Man Accused of Attacking Woman at Trump Rally Claims She's Lying," WLOS (September 15, 2016) | | | FRE 401, FRE 402; FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay | | |
| 7 | "Lawyer Rebuts Woman's Story of Being Punched After Trump Rally," The Asheville Citizen-Times (September 15, 2016) | | | FRE 401, FRE 402; FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay | | |

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 8 | "A Trump Protest Turns Violent," Letters from the Left (September 15, 2016) | | | FRE 401, FRE 402; FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay | | |
| 9 | "Asheville Trump Rally Arrestees Get Charges, Court Dates," Asheville Citizen-Times (September 30, 2016) | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 10 | "Undercover Video Claims Asheville Woman Punched at Trump Rally Was Planted by DNC," WLOS (October 19, 2016) | Authentic | | | | |
| 11 | October 19, 2016 WLOS TV Story (SINCLAIR0000233) | Authentic | | | | |
| 12 | "Videos Put Democrats on Defensive About Dirty Tricks," The New York Times (October 20, 2016) | Authentic | | | | |
| 13 | "Asheville Trump Rally Arrestee Going to Trial," Asheville Citizen-Times (January 20, 2017) | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |

*Teter v. Project Veritas Action Fund, et al.*
DEFENDANTS' TRIAL EXHIBITS

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 14 | "Case Continued for Asheville Trump Rally Arrestee," Asheville Citizen-Times (March 16, 2017) | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 15 | March 16, 2017 WLOS TV Story (SINCLAIR0000236) | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 16 | April 2017 WLOS TV Story (SINCLAIR0000232) | Authentic | | | | |
| 17 | "Assault Charge Dropped in Punch Outside Trump Rally," Associated Press (April 22, 2017) | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 18 | "Violence at Trump Rally," Chicago Daily Herald (September 13, 2016) | | | Jury should not see public figure evidence | | |
| 19 | "Trump Fan Punches Ailing Woman, 69," New York Daily News (September 14, 2016) | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 20 | "Video shows aftermath of 69-year old woman punched at a Trump Rally" - LA Times | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 21 | "Arrest warrant issued in assault of woman, 69, at Donald Trump N.C. rally" - www.chicagotribune.com | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 22 | "Police Want to Arrest the Man Who Punched a Protester at a Donald Trump Rally" - Time | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 23 | "Protester With Oxygen Tank Allegedly 'Cold-Cocked' By Trump Supporter at NC Rally" - Huffington Post | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 24 | "69-Year-Old Woman Punched In Face While Protesting at Trump Rally" - The Telegraph | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 25 | "Report: Woman, 69, punched in face by Trump supporter from Edisto outside rally" - WCIV | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 26 | "Assault charge dropped in punch outside Trump campaign rally" - San Francisco Chronicle | | | FRE 403 - cumulative; FRE 802 - hearsay; FRE 805 - hearsay within hearsay; Jury should not see public figure evidence | | |
| 27 | Photo of US Cellular Center (Campbell Ex. 2) | | | | | |
| 28 | Photo of Teter Standing with Sign (3) | | | | | |
| 29 | Teter Hug Photo (Campbell.Teter Photos000003) | | | | | |
| 30 | Photo of Teter with Sign (Teter Ex. 2) | | | | | |
| 31 | Fiesser Video | Authentic | | | | |
| 32 | Still from Fiesser Video (Teter Ex. 8) | | | | | |
| 33 | Still from Fiesser (Campbell.Teter Photos000006) | | | | | |
| 34 | Still from MoveOn (Campbell.Teter Photos000010) | | | Jury should not see public figure evidence | | |
| 35 | Photo of Teter's Face (Teter Ex. 4) | | | | | |
| 36 | Teter medical records from 237-351;361-537;722-892;893-909;923-950 | | | | | |

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 37 | Teter's Answers to PV's Interrogatories and Requests for Production | Authentic | | | | |
| 38 | Teter's Supplemental Answers to PV's Interrogatories and Requests for Production | Authentic | | | | |
| 39 | Teter's Second Supplemental Answers to PV's Interrogatories and Requests for Production | Authentic | | | | |
| 40 | Teter's Answers and Supplemental Answers to Campbell's Interrogatories | Authentic | | | | |
| 41 | Teter's Answers to Campbell's Requests for Admissions | Authentic | | | | |
| 42 | Teter's Answers to O'Keefe's Interrogatories and Requests for Production | Authentic | | | | |
| 43 | Comerford Ex. 7 - MoveOn 0000226-0000229 | | | Jury should not see public figure evidence | | |
| 44 | September 14 MoveOn Email Chain (MOVEON0000209-MOVEON0000211) Comerford Ex 8 | | | Jury should not see public figure evidence | | |
| 45 | September 14, 2016 Email Chain (MOVEON0000272-MOVEON00000273) | Authentic | | Jury should not see public figure evidence | | |

*Teter v. Project Veritas Action Fund, et al.*
DEFENDANTS' TRIAL EXHIBITS

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 46 | September 14-15 Email Chain (MOVEON0000045-MOVEON0000047) Comerford Ex. 11 | Authentic | | Jury should not see public figure evidence | | |
| 47 | September 14-15 Email Chain (MOVEON0000057-MOVEON0000059) | Authentic | | Jury should not see public figure evidence | | |
| 48 | September 14-15 Email Chain (MOVEON0000136-MOVEON0000138) | Authentic | | Jury should not see public figure evidence | | |
| 49 | September 14-15 Email Chain (MOVEON0000024-MOVEON0000026) Comerford Ex. 10 | Authentic | | Jury should not see public figure evidence | | |
| 50 | Release (MOVEON0000125) | Authentic | | Jury should not see public figure evidence | | |
| 51 | Facebook Print Out (Meade Ex. 6) | | | Lack of foundation | | |
| 52 | Facebook Print Out (Meade Ex. 7) | | | Lack of foundation | | |
| 53 | Facebook Print Out (Meade Ex. 8) | | | Lack of foundation | | |
| 54 | Facebook Print Out (Meade Ex. 9) | | | Lack of foundation | | |
| 55 | Facebook Print Out (Meade Ex. 10) | | | Lack of foundation | | |
| 56 | Facebook Print Out (Meade Ex. 11) | | | Lack of foundation | | |
| 57 | Facebook Print Out (Meade Ex. 12) | | | Lack of foundation | | |
| 58 | Orozco Ex. 1 - communications with Streza | | | Lack of foundation | | |
| 59 | Orozco Ex. 4 - picture of face | | | Lack of foundation | | |

*Teter v. Project Veritas Action Fund, et al.*
DEFENDANTS' TRIAL EXHIBITS

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 60 | Orozco Ex. 5 - Teter with young man | | | Lack of foundation | | |
| 61 | Orozco Ex. 6 - Teter sitting in chair | | | Lack of foundation | | |
| 62 | Videos of September 15, 2016 Meeting (PVDEF0000987-PVDEF0000993) | | | | | |
| 63 | Email re: Creamer Aug 23 2016 Fall plan proposal PVDEF0001015-1016 | | | | | |
| 64 | AUFC Fall 2016 Plan to Motivate Voters - PVDEF0001017-0001023 | Authentic | | | | |
| 65 | September 29, 2016 Email (PVDEF0005426-PVDEF0005427) | | | | | |
| 66 | September 30, 2016 Email and attached Proposal Memorandum (PVDEF0001916-PVDEF0001920) | | | | | |
| 67 | Bromberg email to Streza - Teter 538 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 68 | Streza email to Bromberg - Teter 539-60 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 69 | Bromberg email to Streza - Teter 542 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 70 | Streza email to Bromberg - Teter 543-545 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 71 | Bromberg email to Streza - Teter 546-548 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 72 | Streza email to Bromberg - Teter 549-551 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 73 | Streza email to Bromberg - Teter 552 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 74 | Streza email to Lindenbaum - Teter 648-650 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 75 | Lindenbaum email to Streza - Teter - 651-653 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 76 | Streza email to Lindenbaum - Teter 654-656 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 77 | Lindenbaum email to Streza - Teter - 657-659 | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 78 | Email from Mateo Lives to Asheville News dated September 12, 2006 - Sinclair 0000020 | Authentic | | FRE 805 - hearsay within hearsay | | |
| 79 | September 15, 2016 Evan Donavan Email to &WLOS Need to Know - Sinclair 0000055-60 | Authentic | | FRE 805 - hearsay within hearsay | | |
| 80 | Photo of Teter Next to Man at Rally (Teter Ex. 1) | Authentic | | | | |
| 81 | Teter raw MoveOn video (Comerford Ex. 23) | Authentic | | Jury should not see public figure evidence | | |
| 82 | Fiesser Still Teter | | | FRCP 26, FRCP 37 | | |
| 83 | Fiesser Still Teter | | | FRE 901, FRE 1002 | | |

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 100 | November 18, 2018 Email Streza to Foval | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 101 | November 7, 2018 Email Foval to Streza | | | FRE 401, FRE 402, FRE 403; Lack of foundation | | |
| 301 | Bernard Consulting agreement - (MOVEON0000324-MOVEON0000330) Bernard 1, Comerford Ex 4 | | | FRE 401, FRE 402, FRE 403; Lack of foundation; Jury should not see public figure evidence | | |
| 302 | September 14-15 Email Chain (MOVEON0000223-MOVEON0000224) | Authentic | | FRE 401, FRE 402, FRE 403; Lack of foundation; Jury should not see public figure evidence | | |
| 303 | MoveOn Video MOVEON0000336 | | | Jury should not see public figure evidence | | |
| 304 | MoveOn email from Teter I was punched by Trump supporter- Greenson Dep Ex. 2 Comerford Ex. 15 | | | Jury should not see public figure evidence | | |
| 305 | MoveOn email from Teter I was punched by Trump supporter MOVEON0000293-294 | | | Jury should not see public figure evidence | | |
| 307 | MoveOn email MOVEON0000067-70 Comerford Ex. 13 | Authentic | | Jury should not see public figure evidence | | |

| EX # | Description | Stipulations – authenticity | Stipulations – admissible | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 308 | September 14, 2016 MoveOn Email Chain w/ release MOVEON0000214-216 Comerford 5 and 6 | Authentic | | Jury should not see public figure evidence | | |
| 309 | MoveOn email MOVEON0000119-124 Comerford Ex. 12 | Authentic | | FRE 403 - misleading if it does not include the reference to page 125 (the blank release attached); Jury should not see public figure evidence | | |