IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number: 1:17-cv-00256-MR

| | |
|---|---|
| SHIRLEY TETER, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| PROJECT VERITAS ACTION FUND, *et al.*, | ) |
| Defendants. | ) |

FILED IN COURT
ASHEVILLE, NC

MAY 20 2019

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

Signed: May 20, 2019

Martin Reidinger
United States District Judge