# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00256-MR

SHIRELY TETER,

          Plaintiff,

vs.

PROJECT VERITAS ACTION FUND, PROJECT VERITAS, and JAMES E. O'KEEFE, III,

          Defendants.

## JUDGMENT

**THIS MATTER** came on for trial and was heard by the undersigned judge, and a jury was duly empaneled. Upon the close of the Plaintiff's evidence, the Defendants made an oral motion for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure with respect to the Plaintiff's claim for defamation.

The Court concludes that the Defendants are entitled to judgment as a matter of law with respect to the Plaintiff's defamation claim, and that claim is therefore dismissed. The Court previously entered an Order granting summary judgment in favor of the Defendants on the Plaintiff's claim for

unfair and deceptive trade practices under North Carolina law. That claim is also dismissed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover nothing from the Defendants in the form of damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDCE** in its entirety, and the Defendants shall recover their costs of the action from the Plaintiff.

Signed: June 7, 2019

Martin Reidinger
United States District Judge