# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| Shirley Teter | ) | |
| | ) | |
| v. | ) | Case No.: 1:17-cv-00256-MR-DLH |
| Project Veritas Action Fund, Project Veritas, and | ) | |
| James E. O'Keefe, III | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on    06/07/2019    against    Shirley Teter   ,
                                                           *Date*
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk | $ | |
| Fees for service of summons and subpoena | | 924.86 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | 22,085.42 |
| Fees and disbursements for printing | | |
| Fees for witnesses *(itemize on page two)* | | 553.99 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | | |
| Docket fees under 28 U.S.C. 1923 | | 57.50 |
| Costs as shown on Mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| Other costs *(please itemize)* | | 303.08 |
| TOTAL | $ | 23,924.85 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[X] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:    /s/ Michael Montecalvo

Name of Attorney:   Michael Montecalvo

For:   Project Veritas Action Fund, Project Veritas, and James E. O'Keefe, III      Date: 7/29/2019
           *Name of Claiming Party*

---

### Taxation of Costs

Costs are taxed in the amount of                                      and included in the judgment.

*Clerk of Court*          By:                        *Deputy Clerk*                  *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See attached list of itemized costs. | | | | | | | |
| | | | | | | TOTAL | $553.99 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | Name, City and State of Residence | Attendance | | Mileage | | Total Cost Each Witness |
|---|---|---|---|---|---|---|
| | **Witness Fee (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | |
| | | **Days** | **Total Cost** | **Miles** | **Total Cost** | |
| 4/1/2019 | Comerford, Joanne - de bene esse | 1 | $40 | 4.2 | $2.32 | 42.32 |
| 10/8/2018 | Bernard, Alan R. - deposition | 1 | $40 | 7 | $3.89 | 43.89 |
| 8/21/2018 | Boyd, Leslie - deposition | 1 | $40 | 17.4 | $9.66 | 49.66 |
| 11/8/2018 | Comerford, Jo - deposition | 1 | $40 | 3.9 | $2.18 | 42.18 |
| 3/29/2019 | Martinson , Carol - de bene esse | 1 | $40 | 7.3 | $4.06 | 44.06 |
| 4/16/2019 | Boyd, Leslie - trial | 1 | $40 | 16.7 | $9.28 | 49.28 |
| 4/29/2019 | Gouge, Austin - trial | 1 | $40 | 28.6 | $15.89 | 55.89 |
| 4/29/2019 | Leonard, Peter - trial | 1 | $40 | 59.2 | $32.94 | 72.94 |
| 4/29/2019 | Mercer, Marilyn - trial | 1 | $40 | 96.2 | $53.36 | 93.36 |
| 4/29/2019 | Webber, Hannah - trial | 1 | $40 | 36.8 | $20.41 | 60.41 |
| **subtotal** | | | | | | **$553.99** |

# ITEMIZED BILL OF COSTS

## Fees for service of subpoenas

| | | | |
|---|---|---|---|
| 8/10/2018 | Federal Express Corporation; 782242988130, Leslie Boyd, CANDLER, NC | service fee for subpoena compelling Boyd to attend deposition by overnight mail | $25.13 |
| 8/21/2018 | Federal Express Corporation; 782403415106, Leslie Boyd, CANDLER, NC | service fee for re-serving Boyd because of her unavailability, done with agreement of counsel | $25.08 |
| 10/18/2018 | Federal Express Corporation; 783323448971; Custodian of Records, Asheville Citizen Times, ASHEVILLE, NC | service fee for subpoena to obtain documents from Asheville Citizen Times | $16.59 |
| 10/31/2018 | Federal Express Corporation; 783534954300, The New York Times Company, NEW YORK, NY | service fee for subpoena to obtain documents from New York Times | $17.38 |
| 11/7/2018 | Federal Express Corporation; 783655593525; MoveOn.org Civic Action, David A. Levitt Registered Age, BERKELEY, CA | service fee for subpoena to obtain documents from MoveON Civic | $30.39 |
| 11/7/2018 | Federal Express Corporation; 783655603736; MoveOn.org Political Action, David A. Levitt Registered Age, BERKELEY, CA | service fee for subpoena to obtain documents from MoveON Political | $30.39 |
| 10/11/2018 | Atlantic Process Services - Service of Subpoenas to Alan "Randy" Bernard | service fee for subpoena compelling Bernard's attendance at deposition witness | $260.00 |
| 4/18/2019 | Welborn, Debbie - Process server fee for service of trial subpoena on Leslie Boyd | service fee for subpoena compelling Boyd's attendance at trial | $50.00 |
| 11/8/2018 | Hampshire County, Office of the Sheriff - Service of process of subpoena on Jo Comerford | service fee for subpoena compelling Comerford to attend deposition | $34.90 |
| 4/1/2019 | Hampshire County, Office of the Sheriff - Fee for service of process of subpoena | service fee for subpoena compelling Comerford's attendance at de bene esse deposition | $75.00 |
| 5/5/2019 | Welborn, Debbie - Process server fee for service of trial subpoenas to Peter Leonard, Austin Gouge and Marilyn Mercer | service fee for subpoena compelling attendance at trial for Leonard, Gouge and Mercer | $170.00 |
| 3/29/2019 | Day and Night Process Serving - Fee for service of process of subpoena | service fee for subpoena compelling Martinson's attendance at de bene esse deposition | $50.00 |

| 4/28/2019 | Welborn, Debbie - Process server fee for service of trial subpoena on Hannah Webber | service fee for subpoena compelling Webber's attendance at trial | $50.00 |
|---|---|---|---|
| 7/30/2018 | WESTERN ATTORNEY SERVI - Service of Foreign Subpoena in SF, CA | service fee for subpoena to MoveON for deposition attendance | $90.00 |
| **subtotal** | | | **$924.86** |

### Fees for printed or electronically recorded transcripts necessarily obtained for use in the case

| | | | |
|---|---|---|---|
| 4/8/2019 | AB Court Reporting & Video - Video deposition and transcript of Carol Martinson | reporter fee for hard copy deposition - Martinson | $787.01 |
| 12/19/2018 | CaseWorks, Inc. - Transcript of the Deposition of Ruth Smith | reporter fees for hard copy deposition - Smith | $411.75 |
| 8/14/2018 | Bridges Court Reporting, Inc. - Deposition of Rayleon Ward; copy of transcript and exhibits | reporter fees for hard copy deposition - Ward | $101.25 |
| 8/16/2018 | Bridges Court Reporting, Inc. - Transcription of deposition of Gregory Meade | reporter fees for hard copy deposition - Meade | $165.75 |
| 8/17/2018 | Bridges Court Reporting, Inc. - Copy of transcript for deposition of Joshua Kingry | reporter fees for hard copy deposition - Kingry | $192.00 |
| 8/22/2018 | Bridges Court Reporting, Inc. - Transcription of deposition of Emily Bidwell | reporter fees for hard copy deposition - Bidwell | $131.55 |
| 8/28/2018 | CaseWorks, Inc. - Certified Copy of Transcript: Deposition of Maxine Campbell on 08/28/18 | reporter fees for hard copy deposition - MCampbell | $276.35 |
| 8/30/2018 | Atlantic Professional Reporters - Transcript of deposition of Leslie Boyd | reporter fees for hard copy deposition - Boyd | $512.44 |
| 10/17/2018 | CaseWorks, Inc. - Deposition transcript of Richard Campbell | reporter fees for hard copy deposition - Rcampbell | $600.95 |
| 11/2/2018 | Atlantic Professional Reporters - Deposition of Alan Bernard and David Greenson, including court reporter and original transcripts | reporter fees for hard copy depositions - Bernard and Greenson | $1,034.25 |
| 11/15/2018 | CaseWorks, Inc. - Deposition transcript of Christian Lee Hartsock | reporter fees for hard copy deposition - Hartsock | $920.50 |
| 11/20/2018 | CaseWorks, Inc. - Deposition transcripts of Russell Joseph Verney and Robert Joel Halderman | reporter fees for hard copy depositions - Verney and Halderman | $1,060.75 |

| | | | |
|---|---|---|---|
| 11/27/2018 | Bridges Court Reporting, Inc. - Transcript of the deposition of Michael Orozco | reporter fees for hard copy deposition - Orozco | $253.20 |
| 11/27/2018 | Bridges Court Reporting, Inc. - Transcript of the deposition of Sue Huelbig Valdez | reporter fees for hard copy deposition - Huelbig | $135.30 |
| 11/28/2018 | CaseWorks, Inc. - Transcript of the deposition of James O'Keefe | reporter fees for hard copy deposition - O'Keefe | $915.90 |
| 11/30/2018 | National Court Reporters, Inc. - Deposition of Joanne Comerford (reduced for shipping fee, admin fee and etrans fee) | reporter fees for hard copy deposition - Comerford 1 | $2,087.61 |
| 12/13/2018 | Bridges Court Reporting, Inc. - Transcript of the deposition of Kenneth Moore | reporter fees for hard copy deposition - Moore | $369.60 |
| 12/13/2018 | Bridges Court Reporting, Inc. - Transcript of the deposition of Shirley Teter | reporter fees for hard copy deposition - Teter | $605.85 |
| 4/5/2019 | Benchmark Reporting Agency - Video of Deposition of Scott Foval | reporter fees for de bene esse video needed for trial - Foval | $732.50 |
| 4/8/2019 | Naegeli Deposition and Trial - Video deposition of Carol Martinson held on April 8, 2019 | reporter fees for de bene esse video needed for trial - Martinson | $1,443.35 |
| 4/9/2019 | Benchmark Reporting Agency - Certified Transcript of Deposition of Scott Foval | reporter fees for hard copy deposition - Foval | $1,824.11 |
| 4/26/2019 | National Court Reporters, Inc. - Deposition transcript of Joanne Comerford taken on 4/19/19 (reduced for handling fee, admin fee and etrans fee) | reporter fees for hard copy and video deposition - Comerford 2 | $3,891.80 |
| 5/11/2019 | Scott Duncan Video Video deposition of Gregory Meade | reporter fees for video deposition needed for trial cross exam - Meade | $130.00 |
| 5/7/2019 | synchronizing transcript for Maxine Campbell, Richard Campbell, Christian Hartsock, Russell Verney and James O'Keefe | reporter fees for synchronizing video depositions for trial witnesses | $2,167.50 |
| 5/23/2019 | Tracy Dunlap | 54.1(f)(4) transcript of portion of trial - Rule 50 argument | $375.10 |
| 5/22/2019 | Tracy Rae Dunlap - Trial Transcript of Judge's Ruling on Rule 50 motion on May 22, 2019 | 54.1(f)(4) transcript of portion of trial - Rule 50 ruling | $145.00 |
| 5/3/2019 | Tracy Rae Dunlap - Transcript of Pretrial Hearing held on May 3, 2019 | 54.1(f)(4) transcript of pretrial | $160.65 |

| | | | |
|---|---|---|---|
| 3/21/2019 | Tracy Rae Dunlap - Transcript of Hearing on March 19, 2019 - Defendants' Motion for Summary Judgment and Motion to Strike | 54.1(f)(4) transcript of summary judgment | $653.40 |
| **subtotal** | | | **$22,085.42** |
| | | | |
| | | | |
| | **Docket fees under 28 U.S.C. 1923(a)** | | |
| | Final hearing | | $20.00 |
| | Deposition of Gregory Meade presented by Plaintiff at Summary Judgment | | $2.50 |
| | Deposition of Michael Orozco presented by Plaintiff at Summary Judgment | | $2.50 |
| | Deposition 1 of Senator Joanne Comerford presented by Defendants at Summary Judgment | | $2.50 |
| | Deposition of Leslie Boyd presented by Defendants at Summary Judgment | | $2.50 |
| | Deposition of Joe Halderman presented by Plaintiff at Summary Judgment | | $2.50 |
| | Deposition of Russell Verney presented by Plaintiff at Summary Judgment | | $2.50 |
| | Deposition of Ruth Smith presented by Plaintiff at Summary Judgment | | $2.50 |
| | Deposition 2 of Senator Joanne Comerford designated by Plaintiff at pre-trial | | $2.50 |
| | Deposition of Maxine Campbell designated by Defendants at pre-trial | | $2.50 |
| | Deposition of Richard Campbell designated by Defendants at pre-trial | | $2.50 |
| | Deposition of Scott Foval presented in Plaintiff's trial brief | | $2.50 |
| | Deposition of Carol Martinson presented in Plaintiff's trial brief | | $2.50 |
| | Deposition of Christian Harstock presented by Plaintiff at trial | | $2.50 |
| | Deposition of James O'Keefe presented by Plaintiff at trial | | $2.50 |
| | Deposition of Shirley Teter presented by Defendants at trial | | $2.50 |
| **subtotal** | | | **$57.50** |
| | | | |

| Other costs - fees incident to deposition necessarily incurred for use at trial | | | |
|---|---|---|---|
| 4/5/2019 | The Hotel Northampton - Room rental fee for InnSiders Boardroom for deposition of Joanne Comerford | Rental costs for room needed to take de bene esse deposition | $200.00 |
| 4/19/2019 | The Hotel Northampton - Rental fee for speaker phone for deposition of Joanne Comerford | Rental costs for speaker phone needed for deposition pursuant to Plf's counsel request | $103.08 |
| **subtotal** | | | **$303.08** |

| Shipment Date | Shipment Delivery Date | Shipment Tracking Number | Net Charge Amount USD | Proof of Delivery Recipient | Recipient Name | Recipient Company Name | Recipient Address | Recipient City | Recipient State | Recipient Postal Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/2018 | 08/14/2018 | 782242988130 | 25.13 | L.BOYD | Leslie Boyd | | 18 MELTON RD | CANDLER | NC | 28715 |
| 08/21/2018 | 08/22/2018 | 782403415106 | 25.08 | L.BOYD | Leslie Boyd | | 18 MELTON RD | CANDLER | NC | 28715 |
| 10/18/2018 | 10/19/2018 | 783323448971 | 16.59 | E.THOMAS | Asheville Citizen Times | Custodian of Records | 14 OHENRY AVE | ASHEVILLE | NC | 28801 |
| 10/31/2018 | 11/01/2018 | 783534954300 | 17.38 | R.LESLIE | The New York Times Company | | 620 8TH AVE | NEW YORK | NY | 10018 |
| 11/07/2018 | 11/09/2018 | 783655593525 | 30.39 | C.BARLEX | David A. Levitt Registered Age | MoveOn.org Civic Action | 1442 WALNUT STE 358 | BERKELEY | CA | 94709 |
| 11/07/2018 | 11/09/2018 | 783655603736 | 30.39 | C.BARLEX | David A. Levitt Registered Age | MoveOn.org Political Action | 1442 WALNIT ST STE 358 | BERKELEY | CA | 94709 |



# INVOICE

**Paid**

### Atlantic Legal Services d/b/a Fast Serves

Tonya Maggio

Tax ID: 45-2423665

Phone: 1 9102339973
www.FastServes.com

Invoice #:  2018-1398
Invoice Date:  Jul 29, 2019
Due date:  Jul 29, 2019

Amount due:
**$0.00**

Bill To:

Stephanie.Harred@wbd-us.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Serve on Allen Bernard | 1 | $260.00 | $260.00 |
| | | Subtotal | $260.00 |
| | | Total | $260.00 |

## Notes

With regrets, Due to so many unpaid invoices- we no longer send out affidavits until payment is received (With the exception of fellow NAPPS members, which prepayment is required.) Please Mail Checks To
Fast Serves
PO Box 12272
Wilmington, NC 28405

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 97521

66-112/531

Date:  10/11/2018

$260.00

Two hundred sixty--------------------------------------------------------------------------------------DOLLARS 00 CENTS

PAY
TO THE
ORDER
OF

ATLANTIC PROCESS SERVICES
DBA ATLANTIC LEGAL SERVICES
P.O. BOX 12272
WILMINGTON, NC  28405

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈0000097521⑈ ⑈053101121⑈ 0005112916964⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 10/11/2018 | ATPRO/2018-1011 | $260.00 | Service of Subpoenas to Alan "Randy" Bernard |

# INVOICE



**Debbie Welborn**
212 Summerglen Dr
Asheville, NC 28806

## BILL TO

WOMBLE BOND DICKINSON
One West Fourth Street
Winston Salem. NC 27101

## INVOICE #

2019-032

## INVOICE DATE

04/18/2019

| DESCRIPTION | AMOUNT |
| --- | --- |
| Service of Subopena on LESLIE BOYD<br>Served on 4/17/19 at 12:05pm at home address located at<br>18 Melton Road in Candler, NC 28715 | 50.00 |

**TOTAL** $50.00



## TERMS & CONDITIONS

Thank you for your Business. We look forward to working with you in the future.





# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE SHERIFF
*County of Hampshire*
# CIVIL PROCESS DIVISION
### CHIEF DEPUTY MAURICE EGAN
492 Pleasant Street • P.O. Box 684 • Northampton, MA 01061-0684

PATRICK J. CAHILLANE
SHERIFF

Telephone
413-585-0618
(Fax) 413-585-0152

WOMBLE, CARLYLE, SANDRIDGE & RICE
1 WEST FOURTH STREET
WINSTON-SALEM NC 27101

Amount Due: $ 0.00
Invoice #: 18004582
Invoice Date: 11/14/2018

Phone:336-721-3600        Your File #:

## Payment Due Upon Receipt          Writ: WITNESS SUBPOENA
Please send a copy of this invoice with your remittance

SHIRLEY TETER                                   Invoice #:        18004582
vs.                                             Invoice Date:     11/14/2018
PROJECT VERITAS ACTION FUND, PROJECT VERITAS, AND JAMES E.
O'KEEFE, III

Serve:   JO COMERFORD              Served by Deputy Sheriff: RAY GOULET
         186 FEDERAL STREET        Service Date/Time:   11/13/2018   1:35 pm
         NORTHAMPTON MA 01060      Method of Service:   IN HAND

| Fees | Amount |
| --- | --- |
| Attest | 5.00 |
| Basic Service | 20.00 |
| Conveyance | 1.50 |
| Copy Subpoena | 2.00 |
| Travel Fees | 6.40 |
| **Total Fees** | **34.90** |

| Payment Date | Receipt # | Check # | Amount |
| --- | --- | --- | --- |
| 11/13/2018 | 65330 | 97593 | 34.90 |
| **Total Payments** | | | **34.90** |

Amount Due:        0.00

© SoftCode, Inc.    MA_Hampshire_Invoice_CP.rpt                                    Page 1 of 1

*Amherst • Belchertown • Chesterfield • Cummington • Easthampton • Goshen • Granby • Hadley • Hatfield • Huntington • Middlefield*
*Northampton • Pelham • Plainfield • South Hadley • Southampton • Ware • Westhampton • Williamsburg • Worthington*

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 97593

66-112/531

Date: 11/8/2018

$34.90

Thirty-four————————————————————————————DOLLARS 90 CENTS

PAY
TO THE
ORDER
OF

HAMPSHIRE COUNTY, OFFICE OF THE SHERIFF

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑆0000097593⑆ ⑆053101124⑆ 0005112916964⑆

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 11/8/2018 | HAMPSHER/2018-1108 | $34.90 | Service of process of subpoena on Jo Comerford |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 98095

66-112/531

Date: 4/1/2019

$75.00

Seventy-five-------------------------------------------------------------------------------------------DOLLARS 00 CENTS

PAY
TO THE
ORDER
OF

HAMPSHIRE COUNTY, OFFICE OF THE SHERIFF

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈0000098095⑈ ⑆053101121⑆ 0005112916964⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/1/2019 | HAMPSHER/2019-0401 | $75.00 | Fee for service of process of subpoena |

# INVOICE



**Debbie Welborn**
212 Summerglen Dr
Asheville, NC 28806

## BILL TO

WOMBLE BOND DICKINSON
One West Fourth Street
Winston Salem. NC 27101

**INVOICE #**    2019-038

**INVOICE DATE**    05/05/2019

| DESCRIPTION | AMOUNT |
|---|---|
| Service of Subpoenas on the following: | 170.00 |
| 1,,, Peter Leonard at 268 Biltmore Ave Asheville, NC 28801 | |
| $50.00 4/30/19 | |
| 2...Austin Gouge at 194 George Dr Nebo, NC 28761 | |
| $70.00 5/1/19 | |
| 3...Marilyn Mercer at 9A National Ave Fletcher, NC 28732 | |
| $ 50.00 5/1/19 | |

**TOTAL**    **$170.00**



## TERMS & CONDITIONS

Thank you for your business. Its my pleasure
doing business with you folks
GOD BLESS
Deb

SHIRLEY TETER,

        Plaintiff,

vs.

**PROJECT VERITAS ACTION FUND; PROJECT VERITAS; and JAMES O'KEEFE, III,**
        Defendants,

### RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Subpoena to Testify at a Deposition in a Civil Action** and served the same at **612 East 19th Street, Apt. 1, Cheyenne, Wyoming on April 2, 2019** at **2:13 p.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Carol Martinson.**

1.   X       Personally and in person
2.   X       At usual place of abode
3.          At usual place of employment
4.          A person over the age of fourteen, residing at the usual place of abode of **Carol Martinson.**
5.          An alternate location which is neither the residence or place of employment of **Carol Martinson.**

I declare under the penalty of perjury that this information is true.

                                 **George Gliem**
                                 Day & Night Process Serving
                                 PO Box 21015
                                 Cheyenne, Wyoming 82003
                                 (307) 634-7085

Subscribed and sworn to before me this _____ day of April, 2019 by **George Gliem.**

                                 Notary Public

My Commission Expires:
        5/26/2021

**Cost of Service:**     $50.00
**Client's Name:**     **Wobble Bond & Dickinson**
**Hearing Date:**     **April 8, 2019**
**Hearing Time:**     **9:00 a.m.**

BRADLEY CHAPMAN - NOTARY PUBLIC
COUNTY OF LARAMIE    STATE OF WYOMING
MY COMMISSION EXPIRES MAY 26, 2021

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 98090

66-112/531

Date: 3/29/2019

$50.00

Fifty----------------------------------------------------------------------------------------------------------------DOLLARS 00 CENTS

PAY
O THE
RDER
F

DAY AND NIGHT PROCESS SERVING

Two Signatures Required for Amounts in Excess of $1,000.00

ranch Banking and Trust Company

VOID AFTER 180 DAYS

⑈0000098090⑈ ⑆0531011215⑆ 0005112916964⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 3/29/2019 | DAYNIGHT/2019-0329 | $50.00 | Fee for service of process of subpoena |

# INVOICE



**Debbie Welborn**
212 Summerglen Dr
Asheville, NC 28806

**BILL TO**

WOMBLE BOND DICKINSON
One West Fourth Street
Winston Salem. NC 27101

**INVOICE #**    2019-036

**INVOICE DATE**    04/28/2019

| DESCRIPTION | AMOUNT |
|---|---|
| Hannah Webber | 50.00 |
| 633 Padgettown Rd | |
| Black Mountain, NC 28711 | |
| Service of Subpoena Served on 4/27/19 at 10:50am | |

**TOTAL**    **$50.00**



**TERMS & CONDITIONS**

Thank you for your Business. We look forward to working with you in the future.


**WESTERN**
ATTORNEY SERVICES

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 76336 | 99934 | 8/01/18 | .00 |

BILLING QUESTIONS PLEASE    CALL (415) 487-4140

WESTERN ATTORNEY SERVICES
75 Columbia Square
San Francisco, CA 94103-4015

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 99934 | 76336 |
| INVOICE DATE | PAGE |
| 8/01/18 | 1 |

COD CUSTOMERS
75 COLUMBIA SQUARE
SAN FRANCISCO CA 94103-4099

# INVOICE

**FOR CUSTOMER SERVICES:**
415-487-4100
**FOR BILLING QUESTIONS:**
Accounting 415-487-4277
Federal Tax I.D. #94-2598676
E-Mail ar@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DR# | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 7/30/18 | 312958 | STEPHANIE HA 11:08 | ESF 990 | From:WOMBLE BOND DICKINSON        ONE WEST FOURTH STREET        WINSTON-SALEM<br>To:MOVEON.ORG CIVIC/POLITICAL (2  235 MONTGOMERY STREET        SAN FRANCISCO<br>Ref:COD CREDIT CARD<br>SERVICE OF PROCESS        Pages: 1<br>Credit Card Payment Received | 90.00 |
| | | | | Total Invoice Amount:      90.00 | |
| | | | | Less Credit Card Payments:      90.00- | |
| | | | | Total Payment Due:       .00 | |

| | Total | .00 |
|---|---|---|

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171859 | 4/19/2019 | 119356 |

| Job Date | Case No. | |
|---|---|---|
| 4/8/2019 | 1:17-CV-00256-MR-DLH | |

| Case Name | | |
|---|---|---|
| TETER VS. PROJECT VERITAS ACTION FUND | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

**AB** Court Reporting & Video

P: 303-296-0017
800-739-4846
W: agren.com
E: billing@agren.com

Michael Montecalvo, Esq.
WOMBLE BOND DICKINSON
One West Fourth Street
Winston Salem, NC 27101

| | | | |
|---|---|---|---|
| Video Depo Original & 1 Certified Electronic Transcript Copy & Keyword | | | |
| CAROL MARTINSON | 80.00 | Pages | 376.00 |
| 4-Day Expedite Charge | | | 169.60 |
| 01 - Appearance Fee Half Day | | | 150.00 |
| Litigation Support Package | | | 55.00 |
| Exhibit Scanned Copy | 2.00 | Pages | 0.80 |
| FedEx | | | 35.61 |
| **TOTAL DUE >>>** | | | **$787.01** |

* Please include the INVOICE number on all payments*

** Please note forwarding invoices/bills to a firm's client does not release the law firm of financial responsibility.**

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 787.01 |

Tax ID: 84-1334569

Phone: 336-721-3600     Fax:

---

*Please detach bottom portion and return with payment.*

Michael Montecalvo, Esq.
WOMBLE BOND DICKINSON
One West Fourth Street
Winston Salem, NC 27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 119356 | | BU ID | : ABCR&V |
| Case No. | : 1:17-CV-00256-MR-DLH | | | |
| Case Name | : TETER VS. PROJECT VERITAS ACTION FUND | | | |
| Invoice No. | : 171859 | | Invoice Date | : 4/19/2019 |
| **Total Due** | : **$787.01** | | | |

Remit To:  **AB Court Reporting & Video**
**216 16th Street, Suite 600**
**Denver, CO  80202**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88439 | 12/17/2018 | 37591 |

| Job Date | Case No. | |
|---|---|---|
| 11/30/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | | |
|---|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |

| Payment Terms | | |
|---|---|---|
| 1.5% Monthly Finance Fees After 30 Days | | |

# CaseWorks.

Mr. James A. Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

1 CERTIFIED COPY OF TRANSCRIPT OF:

Ruth C. Smith                                                                                                    411.75

Exhibit                                                                        111.00  Pages

**TOTAL DUE  >>>**                                   **$411.75**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

**Tax ID: 47-2577524**

*Please detach bottom portion and return with payment.*

Mr. James A. Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 37591 | | BU ID | : Cap-Rep |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | | |
| Invoice No. | : 88439 | | Invoice Date | : 12/17/2018 |
| **Total Due** | : **$411.75** | | | |

**PAYMENT WITH CREDIT CARD** 

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **PAYMENT PROCESSING CENTER**
**CaseWorks**
**P.O. Box 2598**
**Durham NC  27715**


**BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: James A Dean
One West Fourth Street
Winston-Salem, NC 27101

**Invoice Number:** **103830**
Invoice Date: 08/17/2018

In Re: Campbell v Teter, et al
Witness(s): Rayleon Ward
Attendance Date: 07/27/2018, 2:00 p.m.
Reporter: Laura Riley Bridges

| Qty | Description | Ext |
|---|---|---|
| 51 | Transcript Pages - Copy | 99.45 |
| 6 | Exhibit Pages - Copy | 1.80 |
| | Invoice Total: | 101.25 |

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392



**BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: James A Dean
One West Fourth Street
Winston-Salem, NC 27101

**Invoice Number:** **103860**
Invoice Date: 09/20/2018

In Re: Campbell v Teter, et al
Witness(s): Gregory Meade
Attendance Date: 08/16/2018, 10:00 a.m.
Reporter: Laura Riley Bridges

| Qty | Description | Ext |
|---|---|---|
| 83 | Transcript Pages - Copy | 161.85 |
| 13 | Exhibit Pages - Copy | 3.90 |

Invoice Total: 165.75

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392



**BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: James A Dean
One West Fourth Street
Winston-Salem, NC  27101

| | |
|---|---|
| **Invoice Number:** | **103827** |
| Invoice Date: | 08/17/2018 |

In Re:   Campbell v Teter, et al
Witness(s): Joshua Kingry
Attendance Date: 07/27/2018, 9:19 a.m.
Reporter: Laura Riley Bridges

| Qty | Description | Ext |
|---|---|---|
| 90 | Transcript Pages - Copy | 175.50 |
| 55 | Exhibit Pages - Copy | 16.50 |
| | Invoice Total: | 192.00 |

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392

 **BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: Michael Montecalvo
One West Fourth Street
Winston-Salem, NC 27101

**Invoice Number:** **103863**
Invoice Date: 09/20/2018

In Re: Campbell v Teter, et al
Witness(s): Emily Bidwell
Attendance Date: 08/22/2018, 10:00 a.m.
Reporter: Marianne S. Aguirre - Video: Len Harris

| Qty | Description | Ext |
|-----|-------------|-----|
| 67 | Transcript Pages - Copy | 130.65 |
| 3 | Exhibit Pages - Copy | 0.90 |

Invoice Total: 131.55

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392

# INVOICE

**capital reporting**

**CaseWorks**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86168 | 9/11/2018 | 36052 |

| Job Date | Case No. |
|---|---|
| 8/28/2018 | 1:17-CV-129; 1:17-CV-256 |

| Case Name |
|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC |

| Payment Terms |
|---|
| 1.5% Monthly Finance Fees After 30 Days |

Jamie Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Maxine Campbell | | 276.35 |
| Exhibit | 4.00 Pages | |
| | **TOTAL DUE >>>** | **$276.35** |

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

**Tax ID:** 47-2577524

*Please detach bottom portion and return with payment.*

Jamie Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 36052 | BU ID | : Cap-Rep |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |
| Invoice No. | : 86168 | Invoice Date | : 9/11/2018 |
| **Total Due** | : **$276.35** | | |

**PAYMENT WITH CREDIT CARD** 

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **PAYMENT PROCESSING CENTER**
           **CaseWorks**
           **P.O. Box 2598**
           **Durham NC 27715**



ATLANTIC PROFESSIONAL REPORTERS, LTD.
*Certified Court Reporting*

Direct: (336) 945-9047
National: (800) 717-0001
Facsimile: (336) 945-9053
(888) 717-0001

Atlantic@Triad.rr.com

Remittance / Correspondence to

Post Office Box 11672
Winston-Salem, NC 27116-1672

Federal ID 47-3730528

Federal/State Certified

General Law Reporting
Trial Production / Presentation
Transcript Synchronization
Videotape Onsite / Post Production

# INVOICE

September 9, 2018

In Account With:

James A. Dean, Esq.
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC  27101

| | | |
|---|---|---|
| Case Name | : | CAMPBELL V TETER |
| Court ID No. | : | 1:17-CV-00129-MR |
| Venue | : | WESTERN DISTRICT NC |
| Hearing Date | : | 08/30/2018 |
| Reference No.: | | 111331/5739 |
| Reporter | : | CJS |

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| 1.00 | Appearance Fee | 115.000 | 115.00 |
| 94.00 | Original Transcript + Condense | 4.150 | 390.10 |
| 1.00 | KeyWord Index | 0.000 | 0.00 |
| 10.00 | Exhibits - color | 0.990 | 9.90 |
| 1.00 | Priority Mail / Hand Delivery | 7.900 | 7.90 |

THANK YOU      Total:      522.90

Witness(s)/Details:

Leslie Boyd @ Asheville, NC.  Original transcript sealed to counsel
(Dean).

| | | |
|---|---|---|
| Prompt Payment Discount | : | * * * -> 10.46 |
| Discount Date (If Paid By): | | * * * -> 09/24/2018 |
| Discounted Total Due | : | * * * -> 512.44 |

A Finance Charge of 1.5% Per Month (18% Per Annum) May Be Imposed On Balances Due More Than 30 Days From Invoice/Billing Date
Reasonable Attorney Fees And Costs May Be Imposed On Accounts Requiring Attorney Assistance For Collection



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87134 | 10/29/2018 | 37014 |

| Job Date | Case No. |
|---|---|
| 10/17/2018 | 1:17-CV-129; 1:17-CV-256 |

| Case Name | |
|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | |

| Payment Terms | |
|---|---|
| 1.5% Monthly Finance Fees After 30 Days | |

Jamie Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

1 CERTIFIED COPY OF TRANSCRIPT OF:

Richard L. Campbell                                                              600.95

Exhibit                                                       22.00  Pages

                                                  **TOTAL DUE  >>>**            **$600.95**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

**Tax ID:** 47-2577524

*Please detach bottom portion and return with payment.*

Jamie Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 37014 | | BU ID | : Cap-Rep |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | | |
| Invoice No. | : 87134 | | Invoice Date | : 10/29/2018 |
| **Total Due** | : **$600.95** | | | |

Remit To:   **PAYMENT PROCESSING CENTER**
            **CaseWorks**
            **P.O. Box 2598**
            **Durham NC  27715**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:



ATLANTIC PROFESSIONAL REPORTERS, LTD.
*Certified Court Reporting*

Direct (336) 945-9047
National (800) 717-0001
Facsimile: (336) 945-9053
(888) 717-0001

Atlantic@Triad.rr.com

## INVOICE

Federal/State Certified

General Law Reporting
Trial Production / Presentation
Transcript Synchronization
Videotape Onsite / Post Production

Remittance / Correspondence to

Post Office Box 11672
Winston-Salem, NC 27116-1672

Federal ID 47-3730528

November 10, 2018

In Account With:

James A. Dean, Esq.
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC  27101

Case Name    :   CAMPBELL V TETER
Court ID No. :   1:17-CV-00129-MR
Venue        :   WESTERN DISTRICT NC
Hearing Date :   11/02/2018
Reference No.:   111443/5739
Reporter     :   CJS

| Quantity | Description | Rate | Extension |
|---|---|---|---|
| 1.00 | Appearance Fee | 115.000 | 115.00 |
| 218.00 | Original Transcript + Condense | 4.150 | 904.70 |
| 2.00 | KeyWord Index | 0.000 | 0.00 |
| 42.00 | Exhibits | 0.150 | 6.30 |
| 1.00 | Priority Mail / Hand Delivery | 8.250 | 8.25 |

THANK YOU        Total:        1034.25

Witness(s)/Details:

Alan Bernard, David Greenson @ Asheville, NC   Original transcripts
sealed to counsel (Dean).  Witness copies to counsel (Sandler) for
respective signature.

Prompt Payment Discount   :         * * * ->         20.69
Discount Date (If Paid By):         * * * ->      11/25/2018
Discounted Total Due      :         * * * ->        1013.57

A Finance Charge of 1.5% Per Month (18% Per Annum) May Be Imposed On Balances Due More Than 30 Days From Invoice/Billing Date
Reasonable Attorney Fees And Costs May Be Imposed On Accounts Requiring Attorney Assistance For Collection



# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88130 | 12/5/2018 | 37585 |

| Job Date | Case No. | |
|---|---|---|
| 11/15/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | | |
|---|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |

| Payment Terms | | |
|---|---|---|
| 1.5% Monthly Finance Fees After 30 Days | | |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

1 CERTIFIED COPY OF TRANSCRIPT OF:

Christian Lee Hartsock                                                                     920.50

Exhibit                                               103.00 Pages

**TOTAL DUE  >>>**                                    **$920.50**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

Tax ID: 47-2577524

---

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 37585 | | BU ID | : Cap-Rep |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | | |
| Invoice No. | : 88130 | | Invoice Date | : 12/5/2018 |
| **Total Due** | : **$920.50** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                     Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **PAYMENT PROCESSING CENTER**
            **CaseWorks**
            **P.O. Box 2598**
            **Durham NC 27715**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88142 | 12/5/2018 | 37587 |
| **Job Date** | **Case No.** | |
| 11/20/2018 | 1:17-CV-129; 1:17-CV-256 | |
| **Case Name** | | |
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |
| **Payment Terms** | | |
| 1.5% Monthly Finance Fees After 30 Days | | |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Russell Joseph Verney | | 653.20 |
| Exhibit | 98.00  Pages | |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Robert Joel Halderman | | 407.55 |
| Exhibit | 57.00  Pages | |
| | **TOTAL DUE  >>>** | **$1,060.75** |

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

**Tax ID:** 47-2577524

---

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 37587 | | BU ID | : Cap-Rep |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | | |
| Invoice No. | : 88142 | | Invoice Date | : 12/5/2018 |
| **Total Due** | **: $1,060.75** | | | |

Remit To: **PAYMENT PROCESSING CENTER**
**CaseWorks**
**P.O. Box 2598**
**Durham NC  27715**

---

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:


**BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: James A Dean
One West Fourth Street
Winston-Salem, NC 27101

**Invoice Number:** **103999**
Invoice Date: 11/27/2018

In Re: Campbell v Teter, et al
Witness(s): Michael Orozco
Attendance Date: 10/18/2018, 1:00 p.m.
Reporter: Laura Riley Bridges

| Qty | Description | Ext |
|---|---|---|
| 126 | Transcript Pages - Copy | 245.70 |
| 25 | Exhibit Pages - Copy | 7.50 |
| | Invoice Total: | 253.20 |

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392



**BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: James A Dean
One West Fourth Street
Winston-Salem, NC 27101

**Invoice Number:** **103988**
Invoice Date: 11/27/2018

In Re: Campbell v Teter, et al
Witness(s): Sue (Huelbig) Valdez
Attendance Date: 10/22/2018, 10:00 a.m.
Reporter: Laura Riley Bridges - Video: Scott Duncan

| Qty | Description | Ext |
|---|---|---|
| 68 | Transcript Pages - Copy | 132.60 |
| 9 | Exhibit Pages - Copy | 2.70 |
| | Invoice Total: | 135.30 |

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88322 | 12/12/2018 | 37589 |

| Job Date | Case No. | |
|---|---|---|
| 11/28/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | | |
|---|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |

| Payment Terms | | |
|---|---|---|
| 1.5% Monthly Finance Fees After 30 Days | | |

Mr. James A. Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

1 CERTIFIED COPY OF TRANSCRIPT OF:

    James E. O'Keefe, III                          915.90

        Exhibit                    327.00  Pages

                            **TOTAL DUE >>>**          **$915.90**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

**Tax ID:** 47-2577524

*Please detach bottom portion and return with payment.*

Mr. James A. Dean
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

| | | | | |
|---|---|---|---|---|
| Job No. | : | 37589 | BU ID | : Cap-Rep |
| Case No. | : | 1:17-CV-129; 1:17-CV-256 | | |
| Case Name | : | Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |
| Invoice No. | : | 88322 | Invoice Date | : 12/12/2018 |
| **Total Due** | : | **$915.90** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **PAYMENT PROCESSING CENTER**
           **CaseWorks**
           **P.O. Box 2598**
           **Durham NC  27715**

7835 Freeway Circle, Cleveland, Ohio 44130

Litigation Support Services Invoice

| Invoice Date | Invoice # |
|---|---|
| 12/19/2018 | 23861 |

**Bill To:**

Womble, Bond & Dickinson, LLP
Michael Montecalvo, ESQ
One West Fourth Street
Winston-Salem, NC 27101

**In Re:**

Richard L. Campbell
vs.
Shirley Teter &
Sinclair Communications, Inc.

Contact National Court Reporters Inc
Phone 440.826.4000 Fax 440.826.9800
Darlene Feghali
dfeghali@nationalcourtreporters.com
NationalCourtReporters.com

Case No. 1:17-cv-00129-...

Tax I.D. 20-2169149

**NCR Accepts: Visa * Mastercard * American Express * Discover * ACH/Bank Payments**

| Job Date | Deponent | Service | Description | # | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 11/30/2018 | JoAnn Comerford | Appearance of C... | Court Reporter Appearance Per Hour | 3 | 95.00 | 285.00 |
| | | Transcript Origi... | Transcript Original +1 (includes word index) - + E-Trans | 236 | 6.95 | 1,640.20 |
| | | E-Transcript | E-Transcript User Fee | | 95.00 | 95.00 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 109 | 1.49 | 162.41 |
| | | Administration F... | Administration Fee | | 79.00 | 79.00 |
| | | Shipping & Hand... | Shipping and Handling | | 54.50 | 54.50 |

NCR Cannot Accept International Checks. International Invoices
Must Be Paid Via Credit Card/Direct Bank Wire.

**Total** $2,316.11

*Invoice Payments are Due In-Full Upon Receipt.
And are Not Contingent Upon Payment by Your Client*

Payments/Credits $0.00

Invoices Over 30 Days Will Be Charged a $25 Monthly Administrative Collection
Fee and 1.8% Monthly Interest Charge.

**Balance Due** $2,316.11



**BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: James A Dean
One West Fourth Street
Winston-Salem, NC 27101

| | |
|---|---|
| **Invoice Number:** | **104060** |
| Invoice Date: | 12/13/2018 |

In Re: Campbell v Teter, et al
Witness(s): Kenneth Moore
Attendance Date: 11/12/2018, 9:00 a.m.
Reporter: Laura Riley Bridges - Video: Scott Duncan

| Qty | Description | Ext |
|---|---|---|
| 186 | Transcript Pages - Copy | 362.70 |
| 23 | Exhibit Pages - Copy | 6.90 |
| | Invoice Total: | 369.60 |

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392


**BRIDGES COURT REPORTING**
Serving Legal Professionals

Bridges Court Reporting
P.O. Box 2156
Rutherfordton, NC 28139
Phone: (828) 429-7839
Laura@LBridgesCourtReporting.com

# INVOICE

WOMBLE BOND DICKINSON
ATTN: James A Dean
One West Fourth Street
Winston-Salem, NC 27101

**Invoice Number:** **104063**
Invoice Date: 12/13/2018

In Re:   Campbell v Teter, et al
Witness(s): Shirley Teter
Attendance Date: 11/29/2018, 9:00 a.m.
Reporter: Laura Riley Bridges - Video: Scott Duncan

| Qty | Description | Ext |
|---|---|---|
| 301 | Transcript Pages - Copy | 586.95 |
| 63 | Exhibit Pages - Copy | 18.90 |

Invoice Total:   605.85

Make all checks payable to BRIDGES COURT REPORTING, INC.
If you have any questions concerning this invoice, contact:
Laura Riley Bridges - (828) 429-7839

Tax ID: 46-0813392

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115535 | 4/9/2019 | 63400 |

| Job Date | Case No. | |
|---|---|---|
| 4/5/2019 | | |

| Case Name | | |
|---|---|---|
| Teter vs. Project Veritas et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

222 South Ninth Street Suite 450 • Minneapolis, MN 55402
tel 612.338.3376 fax 612.338.5226
www.benchmark.reporting.com

James A. Dean
Womble Bond Dickinson LLP
One West 4th Street
Winston-Salem, NC 27101

VIDEO INVOICE:

Scott B. Foval                                                                 732.50

                                              TOTAL DUE  >>>            $732.50

Please join TEAM BENCHMARK for the WALK MS event on May 5, 2019 at the beautiful Minnehaha Falls Park in Minneapolis. In addition to your personal fund raising, we will donate $150 for each walker who joins our team, up to $10,000. Benchmark will have a table set up just outside of the pavilion. We will meet at 8:30 AM for donuts, comradery and a team photo before we begin the walk.

Benchmark has raised over $170,000 to date! Help us make this our best year ever! Please cut & paste the following hyperlink into your browser to join our team. Hope to see you there!!
https://secure.nationalmssociety.org/site/TR?fr_id=30323&pg=team&team_id=584109

Tax ID: 41-1224131                                        Phone: 336.721.3600   Fax:336.721.3660

*Please detach bottom portion and return with payment.*

James A. Dean
Womble Bond Dickinson LLP
One West 4th Street
Winston-Salem, NC 27101

| | | | |
|---|---|---|---|
| Job No. | : 63400 | BU ID | : 1 MAIN |
| Case No. | : | | |
| Case Name | : Teter vs. Project Veritas et al. | | |
| Invoice No. | : 115535 | Invoice Date | : 4/9/2019 |
| **Total Due** | : **$732.50** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Benchmark Reporting Agency, Inc.**
            **222 South Ninth Street, Suite 450**
            **Minneapolis, MN  55402**



**Corporate Headquarters**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

# NAEGELI
*Expect Excellence*

DEPOSITION AND TRIAL
NAEGELIUSA.COM
**(800) 528-3335**

*MICHAEL  MONTECALVO  ESQUIRE*
WOMBLE BOND DICKINSON LLP
ONE WEST FOURTH STREET

WINSTON-SALEM,NC 27101

| | |
|---|---|
| Asg. Date: | 04/08/2019 |
| Case\Assg No. | 29773-1 |
| Case Caption: | TETER, SHIRLEY  vs.  PROJECT VERITAS ACTION FUND - IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION |

**Invoice #**   88243

**Invoice Date**   04/12/2019

*VIDEOGRAPHER APPEARANCE FEE OF  CAROL  MARTINSON*

<u>Remarks</u>
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,443.35 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,443.35 |

**Phone: (800) 528-3335**
**Fax: (503) 227-7123**

**Invoice Due Upon Receipt**
**Tax Number: 93-1079908**

Clients are responsible for a late charge at the rate of 1.5% per month, compounded every 30 days, on an invoice more than 30-days delinquent.

Method of Payment:
☐ Check Enclosed

Please Make Checks Payable to:
**NAEGELI DEPOSITION AND TRIAL**

Charge My Credit Card:
☐ VISA   ☐ MasterCard
☐ American Express

SIGNATURE (AS IT APPEARS ON  **CREDIT CARD**

PRINT NAME (AS IT APPEARS ON  **CREDIT CARD**

CREDIT CARD #

EXPIRATION DATE

SECURITY CODE

ADDRESS WITH ZIP CODE (AS IT APPEARS ON **BILLING STATEMENT**)

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115545 | 4/9/2019 | 63399 |

| Job Date | Case No. |
|---|---|
| 4/5/2019 | |

| Case Name | |
|---|---|
| Teter vs. Project Veritas et al. | |

| Payment Terms |
|---|
| Due upon receipt |

222 South Ninth Street Suite 450 • Minneapolis, MN 55402
tel 612.338.3376 fax 612.338.5226
www.benchmark.reporting.com

James A. Dean
Womble Bond Dickinson LLP
One West 4th Street
Winston-Salem, NC 27101

CERTIFIED TRANSCRIPT OF:

    Scott B. Foval                                                   1,824.11

                                               **TOTAL DUE >>>**          **$1,824.11**

Please join TEAM BENCHMARK for the WALK MS event on May 5, 2019 at the beautiful Minnehaha Falls Park in Minneapolis. In addition to your personal fund raising, we will donate $150 for each walker who joins our team, up to $10,000. Benchmark will have a table set up just outside of the pavilion. We will meet at 8:30 AM for donuts, comradery and a team photo before we begin the walk.

Benchmark has raised over $170,000 to date! Help us make this our best year ever! Please cut & paste the following hyperlink into your browser to join our team. Hope to see you there!!
https://secure.nationalmssociety.org/site/TR?fr_id=30323&pg=team&team_id=584109

**Tax ID:** 41-1224131                                                    Phone: 336.721.3600    Fax:336.721.3660

*Please detach bottom portion and return with payment.*

James A. Dean
Womble Bond Dickinson LLP
One West 4th Street
Winston-Salem, NC 27101

| | | | |
|---|---|---|---|
| Job No. | : 63399 | BU ID | : 1 MAIN |
| Case No. | : | | |
| Case Name | : Teter vs. Project Veritas et al. | | |
| Invoice No. | : 115545 | Invoice Date | : 4/9/2019 |
| **Total Due** | : **$1,824.11** | | |

Remit To:    **Benchmark Reporting Agency, Inc.**
                **222 South Ninth Street, Suite 450**
                **Minneapolis, MN  55402**

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

7835 Freeway Circle, Cleveland, Ohio 44130

| Invoice Date | Invoice # |
|---|---|
| 4/26/2019 | 24240 |

**Bill To:**

Womble, Bond & Dickinson, LLP
Michael Montecalvo, ESQ
One West Fourth Street
Winston-Salem, NC 27101

**In Re:**

Teter
-v-
Project Veritas

Contact National Court Reporters Inc
Phone 440.826.4000 Fax 440.826.9800
NCRNetwork@NationalCourtReporters.com
NationalCourtReporters.com

**Case No.** 1:17-cv-00256-...

**Tax I.D.** 20-2169149

## NCR Accepts: Visa * Mastercard * American Express * Discover * ACH/Bank Payments

| Job Date | Deponent | Service | Description | # | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 4/19/2019 | Joanne Comerford | Appearance Cou... | Appearance Court Reporter 8-12 | 4 | 95.00 | 380.00 |
| | | Transcript Origi... | Transcript Original | 98 | 6.95 | 681.10 |
| | | Expedite | Transcript | 98 | 6.95 | 681.10 |
| | | E-TRANS FEE | E-Trans User/License Fee | | 95.00 | 95.00 |
| | | Exhibit | Exhibits (black and white and/or color copies) | | 119.50 | 119.50 |
| | | Word Index | Word Index | | 79.00 | 79.00 |
| | | Appearance Vid... | Appearance Videographer (First hour) | | 395.00 | 395.00 |
| | | Appearance Vid... | Appearance Videographer (each add'l hour) | 3 | 195.00 | 585.00 |
| | | Video Pages | Video Surcharge | 98 | 1.95 | 191.10 |
| | | Digitalized/Sync... | Digitalized/Sync of Video to Transcript Expedited overnight | 4 | 195.00 | 780.00 |
| | | Administration F... | Administration Fee | | 79.00 | 79.00 |
| | | Handling | | | 79.00 | 79.00 |

NCR Cannot Accept International Checks. International Invoices
Must Be Paid Via Credit Card/Direct Bank Wire.

*Invoice Payments are Due In-Full Upon Receipt.
And are Not Contingent Upon Payment by Your Client*

Invoices Over 30 Days Will Be Charged a $25 Monthly Administrative Collection
Fee and 1.8% Monthly Interest Charge.

| | |
|---|---|
| **Total** | **$4,144.80** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$4,144.80** |

_Please make check payable to:_      Invoice #  02186     Date :  5 / 11 / 2019

Scott Duncan Video
PO Box 15103
Asheville, NC  28813

  828. 274. 9279

Bill to:

Womble Bond Dickinson
Mr. Michael Montecalvo
One West 4th St.
Winston-Salem, NC  27101-3318
336-721-3600

RE:      Video Deposition   -   Aug. 16th, 2018     Asheville, NC

| Item | Description | Units | Rate | Amount |
|---|---|---|---|---|
| Video Services | Deponent:: Gregory Meade<br><br>Campbell v. Teter<br><br>USDC  W Distr NC; AVL  Div. 1:17  cv  00129<br><br><br>Expedited  Copy:<br><br>Video deposition of Mr. Meade<br><br>Uploaded as MP4 files (2) on 5 / 11 / 19<br><br>. | | | $    130.00 |

Payment terms: net  30 days
Interest  @ 1.5 % per month

| | | |
|---|---|---|
| Sub-total | | $    130.00 |
| NC sales tax on _____ | | |
| Shipping/ handling | | N / A |
| TOTAL | | $    130.00 |

Thank you from  Scott Duncan Video
          Digital Audio \ Video Services

E-mail:  info@AshevilleLegalVideo.com

828. 274. 9279
828. 575. 6596  mobile

# STATEMENT

| Account No. | Date |
|---|---|
| C18739 | 6/28/2019 |

# CaseWorks.

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $2,167.50 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$2,167.50** |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/7/2019 | 92374 | 127.50 | 8/28/2018 | Maxine Housch Campbell | Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC |
| 5/7/2019 | 92375 | 297.50 | 10/17/2018 | Richard L. Campbell | Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC |
| 5/7/2019 | 92376 | 510.00 | 11/15/2018 | Christian Hartsock | Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC |
| 5/7/2019 | 92377 | 637.50 | 11/20/2018 | Russell Verney | Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC |
| 5/7/2019 | 92378 | 595.00 | 11/28/2018 | James E. O'Keefe, III | Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC |

**Tax ID:** 20-3132569

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

Account No.   :  C18739

Date            :  6/28/2019

**Total Due**   :  **$ 2,167.50**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To: **Payment Processing - Veritext**
**PO Box 71303**
**Chicago IL 60694**

# INVOICE

# CaseWorks.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92378 | 5/7/2019 | 37590 |

| Job Date | Case No. | |
|---|---|---|
| 11/28/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | |
|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | |

| Payment Terms | |
|---|---|
| 1.5% Monthly Finance Fees After 30 Days | |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

DEPOSITION OF:

James E. O'Keefe, III

DVD Synchronized                     7.00  Hours         @          85.00              595.00

**TOTAL DUE  >>>**                                                              **$595.00**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

(-) Payments/Credits:                                                              0.00
(+) Finance Charges/Debits:                                                     0.00
(=) New Balance:                                                                    595.00

Tax ID: 20-3132569

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC  27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 37590 | | BU ID | : Cap-Video |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | | |
| Invoice No. | : 92378 | | Invoice Date | : 5/7/2019 |
| **Total Due** | : **$595.00** | | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                                          Phone#:

Billing Address:

Zip:                              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:     **Payment Processing - Veritext**
                    **PO Box 71303**
                    **Chicago IL  60694**

# INVOICE

# CaseWorks.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92374 | 5/7/2019 | 36053 |

| Job Date | Case No. | |
|---|---|---|
| 8/28/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | |
|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | |

| Payment Terms | |
|---|---|
| 1.5% Monthly Finance Fees After 30 Days | |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

DEPOSITION OF:

    Maxine Housch Campbell

        DVD Synchronized                1.50 Hours   @    85.00       127.50

        **TOTAL DUE >>>**         **$127.50**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

    **(-) Payments/Credits:**       0.00
    **(+) Finance Charges/Debits:**     0.00
    **(=) New Balance:**       127.50

**Tax ID:** 20-3132569

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 36053 | | BU ID | : Cap-Video |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | | |
| Invoice No. | : 92374 | | Invoice Date | : 5/7/2019 |
| **Total Due** | : **$127.50** | | | |

**PAYMENT WITH CREDIT CARD**    AMEX       VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Payment Processing - Veritext**
           **PO Box 71303**
           **Chicago IL 60694**

# INVOICE

# CaseWorks.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92375 | 5/7/2019 | 37015 |

| Job Date | Case No. | |
|---|---|---|
| 10/17/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | |
|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | |

| Payment Terms | |
|---|---|
| 1.5% Monthly Finance Fees After 30 Days | |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

DEPOSITION OF:

    Richard L. Campbell

        DVD Synchronized                3.50  Hours     @     85.00       297.50

                                             **TOTAL DUE >>>**        **$297.50**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 297.50 |

**Tax ID: 20-3132569**

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | | |
|---|---|---|---|
| Job No. | : 37015 | BU ID | : Cap-Video |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |
| Invoice No. | : 92375 | Invoice Date | : 5/7/2019 |
| **Total Due** | : **$297.50** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   [MC]   VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:     **Payment Processing - Veritext**
                 **PO Box 71303**
                 **Chicago IL 60694**

# INVOICE

## CaseWorks.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92376 | 5/7/2019 | 37586 |

| Job Date | Case No. | |
|---|---|---|
| 11/15/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | | |
|---|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |

| Payment Terms | | |
|---|---|---|
| 1.5% Monthly Finance Fees After 30 Days | | |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

DEPOSITION OF:

Christian Hartsock

DVD Synchronized          6.00 Hours        @        85.00          510.00

**TOTAL DUE >>>**                                          **$510.00**

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

(-) **Payments/Credits:**                        0.00
(+) **Finance Charges/Debits:**              0.00
(=) **New Balance:**                            510.00

**Tax ID:** 20-3132569

---

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | |
|---|---|---|
| Job No. | : 37586 | BU ID : Cap-Video |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | |
| Invoice No. | : 92376 | Invoice Date : 5/7/2019 |
| **Total Due** | : **$510.00** | |

Remit To:    **Payment Processing - Veritext**
             **PO Box 71303**
             **Chicago IL  60694**

**PAYMENT WITH CREDIT CARD** 

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE

**CaseWorks**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 92377 | 5/7/2019 | 37588 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2018 | 1:17-CV-129; 1:17-CV-256 | |

| Case Name | | |
|---|---|---|
| Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | |

| Payment Terms | | |
|---|---|---|
| 1.5% Monthly Finance Fees After 30 Days | | |

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | | | |
|---|---|---|---|---|
| DEPOSITION OF: | | | | |
| Russell Verney | | | | |
| DVD Synchronized | 5.00 Hours | @ | 85.00 | 425.00 |
| DEPOSITION OF: | | | | |
| Robert J. Halderman | | | | |
| DVD Synchronized | 2.50 Hours | @ | 85.00 | 212.50 |
| | **TOTAL DUE >>>** | | | **$637.50** |

Invoice due upon receipt and not contingent on client payment.

Thank you for choosing CaseWorks. We truly appreciate your business!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 637.50 |

**Tax ID:** 20-3132569

*Please detach bottom portion and return with payment.*

Michael Montecalvo
Womble Bond Dickinson
One West Fourth Street
Winston Salem NC 27101

| | | | | |
|---|---|---|---|---|
| Job No. | : 37588 | BU ID | : Cap-Video | |
| Case No. | : 1:17-CV-129; 1:17-CV-256 | | | |
| Case Name | : Richard L. Campbell v. Shirley Teter and Sinclair Communications, LLC | | | |
| Invoice No. | : 92377 | Invoice Date | : 5/7/2019 | |
| **Total Due** | : **$637.50** | | | |

Remit To: **Payment Processing - Veritext**
**PO Box 71303**
**Chicago IL 60694**

**PAYMENT WITH CREDIT CARD**  

Cardholder's Name:

Card Number:

Exp. Date: Phone#:

Billing Address:

Zip: Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT NC

INVOICE NO:  00001591

**MAKE CHECKS PAYABLE TO:**

James A. Dean
Womble Carlyle
One West Fourth Street
Winston-Salem, NC 27101

Phone:

Tracy Dunlap, RMR, CRR

P.O. Box 2193
Asheville, NC 28802

Phone:  (828) 771-7217

*Tracy_Dunlap@ncwd.uscourts.gov*

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 05-22-2019 | DATE DELIVERED: 05-23-2019 |

**Case Style:** 1:17-CV-256, Shirley Teter v Project Veritas, et al
Rule 50 motions – May 21, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 62 | 6.05 | 375.10 | | 1.20 | | | 0.90 | | 375.10 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 375.10 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $375.10 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 05-23-2019 |

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT NC

INVOICE NO: 00001590

**MAKE CHECKS PAYABLE TO:**

James A. Dean
Womble Carlyle
One West Fourth Street
Winston-Salem, NC 27101

Phone:

Tracy Dunlap, RMR, CRR

P.O. Box 2193
Asheville, NC 28802

Phone:    (828) 771-7217

*Tracy_Dunlap@ncwd.uscourts.gov*

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 05-22-2019 | DATE DELIVERED: 05-22-2019 |

**Case Style:** 1:17-CV-256, Shirley Teter v Project Veritas, et al
Trial Transcript/Judge's Ruling on Rule 50 motion - May 22, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 20 | 7.25 | 145.00 | | 1.20 | | | 0.90 | | 145.00 |
| Realtime | | 3.05 | | | 1.20 | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 145.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $145.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 05-22-2019 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT NC

INVOICE NO: 00001587

MAKE CHECKS PAYABLE TO:

James A. Dean
Womble Carlyle
One West Fourth Street
Winston-Salem, NC 27101

Phone:

Tracy Dunlap, RMR, CRR

P.O. Box 2193
Asheville, NC 28802

Phone:  (828) 771-7217

Tracy_Dunlap@ncwd.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 05-06-2019 | DATE DELIVERED: 05-07-2019 |

**Case Style:** 1:17-CV-256, Shirley Teter v Project Veritas, et al
Final Pretrial Held May 3, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 153 | 1.05 | 160.65 | | 0.60 | | 160.65 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 160.65 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $160.65 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 05-07-2019 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT NC

INVOICE NO:  00001580

**MAKE CHECKS PAYABLE TO:**

James A. Dean
Womble Carlyle
One West Fourth Street
Winston-Salem, NC 27101

Phone:

Tracy Dunlap, RMR, CRR

P.O. Box 2193
Asheville, NC 28802

Phone:    (828) 771-7217

*Tracy_Dunlap@ncwd.uscourts.gov*

| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 03-21-2019 | DATE DELIVERED: 03-22-2019 |
|---|---|---|

**Case Style:** 1:17-CV-256, Shirley Teter v Project Veritas, et al
Motion for Summary Judgment - March 19, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 108 | 6.05 | 653.40 | | 1.20 | | | 0.90 | | 653.40 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 653.40 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $653.40 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 03-22-2019 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 98094

66-112/531

Date: 4/1/2019

$42.32

Forty-two————————————————————————————————DOLLARS 32 CENTS

**PAY**
TO THE
ORDER
OF

JOANNE COMERFORD

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈"0000098094⑈" ⑆053101121⑆ 000511291696⑈"

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/1/2019 | CROMERFO/2019-0401 | $42.32 | Witness fee plus mileage |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 97513

66-112/531

Date: 10/8/2018

$43.89

Forty-three————————————————————————————————DOLLARS 89 CENTS

PAY
TO THE
ORDER
OF

ALAN R. BERNARD

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑁ SECURITY FEATURES INCLUDED. DETAILS ON BACK ⑁

⑈000009 7513⑈ ⑉053101121⑉ 000511291696 4⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 10/8/2018 | BERNARDA/2018-1008 | $43.89 | Witness appearance fee |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. **97420**

66-112/531

Date:  8/21/2018

$49.66

Forty-nine------------------------------------------------------------------------------------------------------DOLLARS 66 CENTS

**PAY**
TO THE
ORDER
OF

LESLIE BOYD
18 MELTON RD.
CANDLER, NC  28715

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑾"000000974 20⑾  ⑇053 10 11 2 1⑇  0005 1 1 29 16 964⑾"

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 8/21/2018 | BOYDL/2018-0821 | $49.66 | Witness Fee |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 97592

66-112/531

Date: 11/8/2018

$42.18

Forty-two--------------------------------------------------------------------------------DOLLARS 18 CENTS

PAY
TO THE
ORDER
OF

JO COMERFORD

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈000009759 2⑈ ⑈053101121⑈ 000511291696 4⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 11/8/2018 | COMERFOR/2018-1108 | $42.18 | Witness fee |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 98091

66-112/531

Date:  3/29/2019

$44.06

Forty-four------------------------------------------------------------------------------------------------DOLLARS 06 CENTS

PAY
TO THE
ORDER
OF

CAROL MARTINSON

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈0000098091⑈ ⑆053101121⑆ 0005112916964⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|--------------|-----------|-------------|-------------------|
| 3/29/2019 | MARTINSC/2019-0329 | $44.06 | Witness fee and mileage |

THE BACK OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. **98125**

66-112/531

Date:  4/16/2019

$49.28

Forty-nine--------------------------------------------------------------------------------------DOLLARS 28 CENTS

**PAY**
TO THE
ORDER
OF

LESLIE BOYD

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈00000098125⑈ ⑈053101121⑈ 0005112916964⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/16/2019 | BOYDL/2019-0416 | $49.28 | Witness fee and mileage |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 98151

66-112/531

Date: 4/29/2019

$55.89

Fifty-five------------------------------------------------------------------------------------------------DOLLARS 89 CENTS

PAY
TO THE
ORDER
OF

AUSTIN GOUGE

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈00000098151⑈ ⑆053101121⑆ 00051129169641⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/29/2019 | GOUGEA/2019-0429A | $55.89 | Witness fee and mileage |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 98152

66-112/531

Date: 4/29/2019

$72.94

Seventy-two----------------------------------------------------------------------------------DOLLARS 94 CENTS

**PAY**
TO THE
ORDER
OF

PETER LEONARD

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈000009815 2⑈ ⑇053101121⑇ 0005112916964⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/29/2019 | LOENARDP/2019-0429 | $72.94 | Witness fee and mileage |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. **98153**

66-112/531

Date: 4/29/2019

$93.36

Ninety-three———————————————————————————————————————DOLLARS 36 CENTS

**PAY**
TO THE
ORDER
OF

MARILYN MERCER

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈⁰00000981531⁰ ⑇053101121⑇ 00051129169641⁰

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/29/2019 | MERCERM/2019-0429 | $93.36 | Witness fee and mileage |

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. 98154

66-112/531

Date: 4/29/2019

$60.41

Sixty------------------------------------------------------------------------------------------------------------DOLLARS 41 CENTS

**PAY**
TO THE
ORDER
OF

HANNAH WEBBER

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

⑈00000981544⑈ ⑆053101121⑆ 000511291696444⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/29/2019 | WEBBERH/2019-0429 | $60.41 | Witness fee and mileage |

# Banquet Event Order





**The Hotel Northampton**

36 King Street  Northampton, MA USA 01060

Phone: 413-584-3100  Fax: 413-585-0210

| | | |
|---|---|---|
| **Post As:** | Womble Bond Dickinson | |
| **Phone:** | 336-747-2649 **Fax:** | |
| **Contact:** | Audrey Glacken | |
| **Address:** | | |

| | |
|---|---|
| **Event Date:** | Friday, April 19, 2019 |
| **Account:** | Womble Bond Dickinson |
| **On-Site:** | Audrey Glacken |
| **Folio Number:** 490393 | |
| **Deposit Due:** 200.00 **By:** 4/9/2019 | |
| **Deposit Received:** 200.00 | |
| **2nd Deposit:** 0.00 **By:** 2/11/2019 | |

| | |
|---|---|
| **Method of Payment:** Paid upon departure | **Direct Bill Code:** **Tax Exempt:** |

| Date | Time | Room | Function | Set-up | EXP | Rental |
|---|---|---|---|---|---|---|
| Fri, Apr 19, 19 | 8:00 am -11:00 am | InnSiders Boardroom | Meeting | CONF | 6 | 200.00 |

## Food Service

F&B - Not Needed

## Special Requests

**8:00am**

    PLEASE REVIEW ALL DETAILS FOR YOUR EVENT AND IF THEY MEET WITH YOUR APPROVAL - PLEASE SIGN BELOW

*Audrey Glacken* (signature required)

1 A 12.5% service fee (distributed to the service personnel) and a 9.5% administrative fee (not a tip, gratuity, or service fee) & applicable state & local taxes will be added.

## Meeting Room Arrangements

Set Conference Style for _6_ppl
Set Water, Pens, Paper & Mints

A/V Equipment - Not Needed

## Bar Service

## Late Booking                    26319

| | |
|---|---|
| **Booked By:** Rebecca Leary | **Booked Date:** April 01, 2019 |

THE BACK OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101

No. **98104**

66-112/531

Date: 4/5/2019

$200.00

Two hundred————————————————————————————————DOLLARS 00 CENTS

PAY
TO THE
ORDER
OF

THE HOTEL NORTHAMPTON
36 KING ST
NORTHAMPTON, MA 01060

Two Signatures Required for Amounts in Excess of $1,000.00

Branch Banking and Trust Company

VOID AFTER 180 DAYS

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈0000098104⑈ ⑆053101121⑆ 0005112916964⑈

| Invoice Date | Invoice # | Payment Amt | Invoice Narrative |
|---|---|---|---|
| 4/5/2019 | HOTELNOR/2019-0405 | $200.00 | Room rental fee for InnSiders Boardroom for deposition of Joanne Cornerford |

$\mathcal{H}$

*The Hotel Northampton*

36 King Street
Northampton, MA 01060

## BANQUET FUNCTION INVOICE

Function Date : April 19, 2019
Function Name : Womble Bond Dickinson
Function # : 26319-2a
Folio # : 0
Room : InnSiders Boardroom

DBC : 0

| Category | Quantity | Item | Price | Extention | |
|---|---|---|---|---|---|
| A/V RENTALS | 1 | Speaker Phone | 80.00 | | 80.00 |
| ROOM RENTALS NT | 1 | InnSiders Boardroom | 200.00 | | 200.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL CHARGES** | | | | **280.00** |
| | SERVICE CHARGE | 12.50% | | 10.00 |
| | HOUSE CHARGE | 9.50% | | 7.60 |
| | STATE SALES TAX | 6.25% | | 5.48 |
| | LOCAL MEALS TAX | Exempt | | 0.00 |
| | | | | 0.00 |

| | |
|---|---|
| **TOTAL** | 303.08 |
| **DEPOSIT** | 200.00 |
| **BALANCE** | **103.08** |