# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00256-MR

| | |
|---|---|
| SHIRLEY TETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PROJECT VERITAS ACTION FUND, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendants have filed a motion seeking review of the Clerk's Order denying an award of costs in this action. [Doc. 131]. The Court has set a hearing on the Defendants' motion for December 7, 2021, at 9:00 a.m. It is the Court's intention that all counsel of record shall appear in person for this hearing, unless other arrangements are made with the Court in advance of the hearing.

**IT IS, THEREFORE ORDERED** that all counsel of record shall appear in person at the hearing before the Court scheduled for December 7, 2021 at 9:00 a.m. Any absence by counsel from this hearing must be approved by order of this Court in advance of the hearing.

**IT IS SO ORDERED.**

Signed: November 18, 2021

Martin Reidinger
Chief United States District Judge