THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00256-MR

| | |
|---|---|
| SHIRLEY TETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PROJECT VERITAS ACTION FUND, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Motion to Withdraw as Counsel for Plaintiff filed by Preetha Suresh Rini [Doc. 135] and the Motion to Excuse Attendance of Ralph Streza or to Postpone Hearing [Doc. 136].

The Defendants have filed a motion seeking review of the Clerk's Order denying an award of costs in this action. [Doc. 131]. The Court has set a hearing on the Defendants' motion for December 7, 2021, at 9:00 a.m. The Court previously entered an Order requiring all counsel of record to appear in person for this hearing, unless other arrangements were made with the Court in advance of the hearing. [Doc. 133].

Ms. Rini now moves to withdraw as counsel of record for the Plaintiff on the grounds that she is no longer with the firm of Ellis and Winters LLP.

[Doc. 135]. Mr. Streza moves to be excused from attending the December 7, 2021 hearing on the grounds that he no longer practices law and resides in Central California. [Doc. 136]. The Plaintiff continues to be represented by attorneys Dixie Wells and Jonathan Sasser of the law firm of Ellis & Winters, LLP.

In light of these motions, the Court will direct Ms. Wells and Mr. Sasser to advise the Court whether the presence of either Ms. Rini or Mr. Streza is necessary for the Plaintiff's presentation at the December 7, 2021 hearing regarding the issues raised by the Defendants regarding the costs of this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's counsel shall advise the Court promptly whether the presence of either Ms. Rini or Mr. Streza is necessary for the Plaintiff's presentation at the December 7, 2021 hearing regarding the issues raised by the Defendants regarding the costs of this action.

**IT IS SO ORDERED.**

Signed: November 29, 2021

Martin Reidinger
Chief United States District Judge

2

Case 1:17-cv-00256-MR   Document 137   Filed 11/29/21   Page 2 of 2