# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00256-MR

| | |
|---|---|
| SHIRLEY TETER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROJECT VERITAS ACTION FUND, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion to Withdraw as Counsel for Plaintiff filed by Preetha Suresh Rini [Doc. 135]; the Motion to Excuse Attendance of Ralph Streza or to Postpone Hearing [Doc. 136]; and the Response of Plaintiff's Counsel to Order of November 29, 2021 [Doc. 138].

On November 29, 2021, the Court entered an Order directing Plaintiff's counsel to promptly advise whether the presence of either Preetha Rini or Ralph Streza is necessary for the Plaintiff's presentation at the December 7, 2021 hearing regarding the issues raised by the Defendants regarding the costs of this action. [Doc. 137]. On November 30, 2021, Plaintiff's counsel filed a Response, advising that the attendance of these attorneys is not

necessary to Plaintiff's presentation. [Doc. 138]. Counsel requests, however, that "Mr. Streza be available by telephone should the Court have questions on issues not within the knowledge of attending counsel." [Id. at 1].

Counsel's request to allow Mr. Streza to make a telephonic appearance at the December 7, 2021 hearing is denied. Should counsel believe Mr. Streza has any knowledge that may be relevant or pertinent to the issues raised by the Defendant, then counsel should move for a continuance of the hearing until such time that Mr. Streza is available to appear in person. Otherwise, the hearing will go forward as scheduled.

**IT IS, THEREFORE, ORDERED** that Ms. Rini's Motion to Withdraw as Counsel for Plaintiff [Doc. 135] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Excuse Attendance of Ralph Streza or to Postpone Hearing [Doc. 136] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 30, 2021

Martin Reidinger
Chief United States District Judge